UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil Action  No.   05-11172 -NMG

Title:    Universal Communications Systems, et al.  v. Lycos, Inc., et al.

**N O T I C E**

Please take notice that the above entitled civil matter was inadvertently assigned to Judge   Gorton   at case opening and should have been assigned to Judge   Keeton  . The case has now been reassigned to Judge   Keeton   for all further proceedings.   From this date forward the number on all pleadings should be followed by the initials   REK  .

Thank you for your cooperation in this matter.


SARAH A. THORNTON
CLERK OF COURT

By:    /s/ Craig J. Nicewicz
Deputy Clerk

Date:  6/25/05

Copies to:     Counsel

(Notice of Transfer - Error.wpd - 3/7/2005)