UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**Universal Communications**</u>                    CIVIL
             **Plaintiff**
                                                CASE NO. <u>05-11172-REK</u>
       V.

<u>**Lycos, Inc.**</u>
             **Defendant**

### NOTICE OF HEARING

<u>**Keeton, S.D.J.**</u>

   PLEASE TAKE NOTICE that the above-entitled case has been set for <u>   </u>

<u>A Status conference on Tuesday, July 26, 2005</u>   at  <u>2:00</u>  P.M.

before Judge <u>   Keeton   </u> in Courtroom # <u> 3 </u> on the <u> 3rd </u> floor.

                                    SARAH A. THORNTON,
                                    CLERK OF COURT

<u>   6/27/05   </u>                    By:   <u>/s/ Karen Folan</u>
     Date                                  Deputy Clerk

**Notice mailed to:**

(Notice of Hearing.wpd - 3/7/2005)