IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATIONS SYSTEMS INC., MICHAEL J. ZWEBNER and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYCOS INC. d/b/a THE LYCOS NETWORK & TERRA NETWORKS, S.A. et al.,<br><br>Defendants. | Civil Action No. 05-11172 (REK) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for defendant, Terra Networks, S.A., in the above-entitled action.

_____
James J. Reardon
LeBoeuf, Lamb, Greene & MacRae, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860)293-3596
Fax: (860)293-3555

Dated: July 8, 2005

## CERTIFICATE OF SERVICE

I, James J. Reardon, hereby certify that on this 8th day of July, 2005, I served a true and correct copy of the foregoing Notice of Appearance via U.S. mail, postage prepaid, properly addressed upon:

John H. Farro, Esq.
Faro & Associates, LLC
44 West Flagler Street, Suite 1100
Miami, Florida 33130
Attorneys for Plaintiff

Larry A. Stumpf, Esq.
Black, Srebnick, Kornspan & Stumpf, PA
201 S. Viscayne Blvd., Suite 1300
Miami, Florida 33130
Attorneys for Lycos, Inc.

Daniel J. Cloherty, Esq.
Dwyer & Collara, LLP
500 Atlantic Avenue
Boston, MA 02210
Co-counsel for Lycos, Inc.

Christopher L. Barnett, Esq.
Stearns, Weaver, Miller, Weissler,
Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Attorney for Terra Networks, S.A.

James J. Reardon