UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Number 05-11172-REK

UNIVERSAL COMMUNICATIONS SYSTEMS,
INC. AND MICHAEL J. ZWEBNER,

    Plaintiffs,

v.

LYCOS, INC. D/B/A THE LYCOS NETWORK,
TERRA NETWORKS, S.A.,
JOHN DOE #1 a/k/a "the_worm06",
JOHN DOE #2 a/ka/ "no_insiders",
JOHN DOE #3 a/k/a "the_worm_06A",
JOHN DOE #4 a/k/a "65175R",
JOHN DOE #5 a/k/a "Henry_Johnson123",
JOHN DOE #6 a/k/a "quondol",
JOHN DOE #7 a/k/a "Tobias95", and
JOHN DOE #8 a/k/a "CrawleySmith",

    Defendants.

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Plaintiffs Universal Communications Systems, Inc. and Michael J. Zwebner in the above-captioned matter.

_____
Matthew P. Zayotti, BBO# 638265
Keegan Werlin, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: July 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on July 19, 2005.

_____