IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNIVERSAL COMMUNICATION
SYSTEMS, INC., and MICHAEL J. ZWEBNER,
Individually and Others Similarly Situated,

        Civil Action Number 05-11172-REK

        Plaintiffs,

vs.

LYCOS, INC., d/b/a THE LYCOS NETWORK
& TERRA NETWORKS, S.A., et al.,

        Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LR. 83.5.2, Alexander Angueira and Christopher L. Barnett, on behalf of the law firm Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. ("Stearns Weaver"), move for leave to withdraw as counsel for Terra Networks, S.A. ("Terra") and state:

1.    This action was originally filed in the U.S. District Court for the Southern District of Florida, and the undersigned counsel was retained to represent and defend Terra in that court.

2.    On June 6, 2005, however, the matter was transferred to the U.S. District Court for the District of Massachusetts. As a consequence of the transfer Terra retained LeBoeuf, Lamb, Greene & MacRae, LLP ("LeBoeuf Lamb") to undertake the representation in Massachusetts.

3.    On July 8, 2005 LeBoeuf Lamb formally made its appearance in this Court on behalf of Terra. (D.E. #57).

4.    Accordingly, the undersigned now move to withdraw as counsel for Terra, in favor of LeBoeuf Lamb's representation.

5.    Defendants, Lycos, Inc. and Terra have consented to the withdrawal.

Civil Action Number 05-11172-REK

**WHEREFORE,** the undersigned respectfully request that the Court issue an order granting Alexander Angueira, Christopher L. Barnett, and the Stearns Weaver law firm leave to withdraw as counsel for Terra in this matter.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A.
Suite 2200 - Museum Tower
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200 - Telephone
(305) 789-3395 - Facsimile

By: _____
    ALEXANDER ANGUEIRA
    aangueira@swmwas.com
    CHRISTOPHER L. BARNETT
    cbarnett@swmwas.com

-2-

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street ▪ Miami, FL 33130 ▪ 305-789-3200

Civil Action Number 05-11172-REK

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail on this ___21___ day of July, 2005 to:

**JAMES J. REARDON, ESQ.**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**RICHARD B. KIRBY, ESQ.**
**MATTHEW P. ZAYOTTI, ESQ.**
Keegan Werlin, LLP
265 Franklin Street
Boston, Mass. 02110-3113

**JOHN H. FARO, ESQ.**
*Attorneys for Plaintiffs*
44 West Flagler Street
Suite 1100
Miami, FL 33130-1808

**LARRY A. STUMPF, ESQ.**
*Attorneys for Lycos, Inc.*
Black, Srebnick, Kornspan & Stumpf, PA
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131

**DANIEL J. CLOHERTY, ESQ.**
*Co-Counsel for Lycos, Inc.*
Dwyer & Collara, LLP
600 Atlantic Avenue
Boston, MA 02210

_____
CHRISTOPHER L. BARNETT

G:\W-LIT\37602\001\MOTIONS\mtn-withdraw.wpd

-3-