IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATIONS SYSTEMS INC., MICHAEL J. ZWEBNER and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYCOS, INC. d/b/a THE LYCOS NETWORK & TERRA NETWORKS, S.A. et al.,<br><br>Defendants. | Civil Action No. 05-11172 (REK)<br><br>**MOTION FOR THE ADMISSION *PRO HAC VICE* OF THOMAS G. ROHBACK** |



FILING FEE PAID:
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____
DATE 7/20/05

Pursuant to Local Rule 83.5.3, James J. Reardon, attorney for the Defendant Terra Networks, S.A. in the above-captioned matter, hereby moves this Court to admit Thomas G. Rohback, Esq. to practice *pro hac vice* before this Court in the above-referenced matter.

As ground for my Motion, I state as follows:

1. I am counsel for the Defendant Terra Networks, S.A., in the above-referenced matter.

2. I have been admitted to practice before this Court since 1994.

3. There are not now, nor have there ever been, any disciplinary proceedings pending against me as a member of the bar in any of the jurisdictions in which I am admitted to practice.

4. Thomas G. Rohback has filed a Certificate, annexed hereto as Exhibit A, which attests that he has satisfied the requirements of Local Rule 83.5.3.

**WHEREFORE**, James J. Reardon moves that Thomas G. Rohback be admitted to practice *pro hac vice* before this Court in the above-referenced matter.

Respectfully submitted,

James J. Reardon (BBO # 566161)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Attorneys for Terra Networks, S.A.

Dated: July 19, 2005

## CERTIFICATE OF SERVICE

I, James J. Reardon, hereby certify that on July 19, 2005, a true copy of the foregoing Motion for the Admission *Pro Hac Vice* was served by first class mail to all counsel of record.

James J. Reardon

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATIONS SYSTEMS INC., MICHAEL J. ZWEBNER and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYCOS, INC., d/b/a THE LYCOS NETWORK & TERRA NETWORKS, S.A. et al.,<br><br>Defendants. | Civil Action No. 05-11172 (REK)<br><br>**CERTIFICATE OF THOMAS G. ROHBACK, ESQ. IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

I, Thomas G. Rohback, hereby certify of the following to be true facts within my personal knowledge:

1. I am an attorney at law of the State of Connecticut and a Partner of LeBoeuf, Lamb, Greene & MacRae, LLP, counsel for Terra Networks, S.A. ("Terra"). I submit this Certificate in support of my application for admission *pro hac vice* as counsel for Terra in this matter.

2. I am a member in good standing of the bar of the highest court of the State of New York (admitted February 5, 1979); the State of Connecticut (admitted June 15, 1998); and the Commonwealth of Pennsylvania (admitted October 12, 1993). I also am admitted to practice before the following federal courts: United States District Court for the District of Connecticut (admitted February 9, 1998); United States District Court for the Southern District of New York (admitted February 20, 1979; United States District Court for the Eastern District of New York (admitted February 20, 1979); United States District Court for the Northern District of New York (admitted April 7, 1980); United States District Court for the Western District of New York (admitted July 10, 1998); United States District for the

Western District of Pennsylvania (admitted February 24, 1994); United States District Court for the Eastern District of Pennsylvania (admitted October 14, 1994); United States District Court for the Eastern District of Tennessee (admitted July 23, 1996); United States District Court for the Northern District of Illinois (admitted May 2, 2000); United States Court of Appeals for the Second Circuit (admitted May 29, 1985); United States Court of Appeals for the Third Circuit (admitted July 23, 1993); United States Court of Appeals for the Seventh Circuit (admitted March 17, 1995); United States Court of Appeals for the Eleventh Circuit (admitted May 20, 1998); United States Court of Appeals for the Sixth Circuit (admitted November 29, 1999); United States Court of Appeals for the Eighth Circuit (admitted January 8, 2003).

3. There are no disciplinary proceedings pending against me in any jurisdiction and I have never been reprimanded, suspended, placed on inactive status or disbarred, nor have I ever resigned from the practice of law in any jurisdiction.

4. The Defendant has requested to be represented by me along with James J. Reardon from the law offices of LeBoeuf, Lamb, Greene & MacRae, LLP.

5. I have studied and am familiar with and agree to abide by the rules of this Court and all applicable provisions of the Federal Rules of Civil Procedure.

6. I have reviewed the rules governing the United States District Court for the District of Massachusetts and shall comply with said rules, including all disciplinary rules.

Under the pains and penalties of perjury this 19th day of July, 2005.

_____
Thomas G. Rohback, Esq.