UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS INC., a Nevada Corporation; MICHAEL J. ZWEBNER, individually; and others similarly situated<br>    Plaintiffs,<br><br>    v.<br><br>LYCOS, INC. and TERRA LYCOS, INC., d/b/a THE LYCOS NETWORK,<br>Defendants. | Civil Action No. NO. 05-10435-REK<br>CONSOLIDATED WITH |
| UNIVERSAL COMMUNICATION SYSTEMS INC., a Nevada Corporation; MICHAEL J. ZWEBNER, individually; and others similarly situated<br>    Plaintiffs,<br>    v.<br>LYCOS, INC., d/b/a THE LYCOS NETWORK and TERRA NETWORKS, S.A. , JOHN DOE #1 aka "the worm06" JOHN DOE #2 aka "no_insiders" JOHN DOE #3 aka "the worm06A" JOHN DOE #4 aka "65175R" JOHN DOE #5 aka "Henry_Johnson123" & JOHN DOE #6 aka "quondo1" JOHN DOE #7 aka "Tobias95" JOHN DOE #8 aka "CrawleySmith" Defendants. | CONSOLIDATED PROCEEDINGS<br><br>Civil Action No. 05-11172-REK<br>    (LEAD CASE) |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Lycos, Inc.  I certify that I am admitted to practice in this Court.

DATED:  August 9, 2005        Respectfully submitted,


                                        /s/ Rachel Zoob-Hill
                           Rachel Zoob-Hill (BBO No. 659041)
                           DWYER & COLLORA, LLP

600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 371-1000
Fax: (617) 371-1037

**CERTIFICATE OF SERVICE**

I, Rachel Zoob-Hill, Esq., hereby certify that a true and correct copy of the above document was sent by First Class Mail to all counsel of record on the 9th day of August, 2005.

/s/ Rachel Zoob-Hill
Rachel Zoob-Hill