UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNIVERSAL COMMUNICATION SYSTEMS   )
INC., a Nevada Corporation; MICHAEL J.   )
ZWEBNER, individually; and   )
others similarly situated   )
    Plaintiffs,   )   Civil Action
   )   NO. 05-10435-REK
    v.   )   CONSOLIDATED WITH
   )   NO. 05-11172-REK
   )
LYCOS, INC. and TERRA LYCOS, INC., d/b/a   )
THE LYCOS NETWORK,   )
    Defendants.   )
_____)


_____
UNIVERSAL COMMUNICATION SYSTEMS   )
INC., a Nevada Corporation; MICHAEL J.   )
ZWEBNER, individually; and   )   CONSOLIDATED PROCEEDINGS
others similarly situated   )
    Plaintiffs,   )   Civil Action
   )   NO. 05-11172-REK
    v.   )   LEAD CASE
   )
   )
LYCOS, INC., d/b/a THE LYCOS   )
NETWORK and TERRA NETWORKS, S.A. ,   )
JOHN DOE #1 aka "the worm06"   )
JOHN DOE #2 aka "no_insiders"   )
JOHN DOE #3 aka "the worm06A"   )
JOHN DOE #4 aka "65175R"   )
JOHN DOE #5 aka "Henry_Johnson123" &   )
JOHN DOE #6 aka "quondo1"   )
JOHN DOE #7 aka "Tobias95"   )
JOHN DOE #8 aka "CrawleySmith"   )
    Defendants.   )
_____)

## DEFENDANT LYCOS INC.'S MOTION TO DISMISS THE COMPLAINTS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Lycos, Inc. hereby moves this Court for an Order dismissing the Complaints in this consolidated action with prejudice. The grounds for this motion are set forth fully in the accompanying Memorandum of Law. Those grounds for dismissal include the following:

1. The causes of action set forth in the Complaints are barred under Section 230 of the Communications Decency Act, 47 U.S.C. § 230.

2. The Plaintiffs have released the Defendants from all liability allegedly arising from the claims asserted in the Complaints; and

3. The allegations for each of the four counts set forth in the Lead Case Complaint and each of the three counts set forth in the Initial Case Complaint fail to state a claim upon which relief can be granted.

For all these reasons, as well as those set forth in greater detail in the accompanying Memorandum of Law, Defendants respectfully request that this Court issue an Order dismissing all claims asserted against them in the Complaints.

Respectfully submitted,

LYCOS, INC.

By its attorneys,

/s/ Rachel Zoob-Hill
David A. Bunis, (BBO #550570)
Daniel J. Cloherty (BBO #565772)
Rachel Zoob-Hill (BBO #659041)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1000

Dated: August 9, 2005

## RULE 7.1 CERTIFICATION

2

     I, Daniel J. Cloherty, hereby certify pursuant to Local Rule 7.1(A)(3) that I conferred with John Faro, counsel for the Plaintiffs in a good faith attempt to resolve or narrow the issues raised in Lycos Inc.'s Motion To Dismiss the Complaints in this consolidated action. The Plaintiffs have declined to consent to the relief requested in this Motion.

                                        /s/ Daniel J. Cloherty
                                        Daniel J. Cloherty