UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC., MICHAEL J. ZWEBNER and others Similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LYCOS, INC. d/b/a THE LYCOS NETWORK & TERRA NETWORKS, S.A., et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-10435-REK<br>CONSOLIDATED WITH<br>NO. 05-11172-REK |
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC., a Nevada Corporation, and MICHAEL J. ZWEBNER,<br><br>    Plaintiffs,<br><br>vs.<br><br>LYCOS, INC., a Spanish Company with its USA Offices in Miami Dade County, Florida, d/b/a LYCOS NETWORK and TERRA NETWORKS, S.A.,<br><br>    Defendants. | CONSOLIDATED PROCEEDINGS<br><br>CIVIL ACTION<br>NO. 05-11172-REK<br>LEAD CASE |

### STIPULATED MOTION TO ESTABLISH BRIEFING SCHEDULE ON TERRA S.A.'S MOTION TO DISMISS

1. On July 26, 2005, the Court denied all pending motions in the above-captioned matter without prejudice, and requiring compliance with LR 7.1. However, the Court did not enter a briefing schedule.

2. Counsel certifies that on August 9, 2005, counsel for Defendant Terra Networks, S.A. ("Terra") and counsel for Plaintiffs Universal Communications Systems, Inc. and Michael J.

Zwebner (collectively, "Plaintiffs") conferred pursuant to LR 7.1 regarding Defendant's Motion to Dismiss and regarding the establishment of a briefing schedule.

3.  Plaintiffs have consented to allow Terra until August 16, 2005 in which to file its Motion to Dismiss.

4.  Terra has contacted counsel for Defendant Lycos, Inc. who also consents to this Stipulation.

WHEREFORE,

After conferring pursuant to LR 7.1, Defendant Terra requests that the Court enter an Order permitting Terra to file its Motion to Dismiss on August 16, 2005.

TERRA NETWORKS, S.A.

/s/ James J. Reardon, Jr.
_____
James J. Reardon, Jr.
BBO#566161
LeBoeuf, Lamb, Greene & MacRae, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860)293-3596
Fax: (860)293-3555

Dated: August 9, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC., MICHAEL J. ZWEBNER and others Similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LYCOS, INC. d/b/a THE LYCOS NETWORK & TERRA NETWORKS, S.A., et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-10435-REK<br>CONSOLIDATED WITH<br>NO. 05-11172-REK |
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC., a Nevada Corporation, and MICHAEL J. ZWEBNER,<br><br>    Plaintiffs,<br><br>vs.<br><br>LYCOS, INC., a Spanish Company with its USA Offices in Miami Dade County, Florida, d/b/a LYCOS NETWORK and TERRA NETWORKS, S.A.,<br><br>    Defendants. | CONSOLIDATED PROCEEDINGS<br><br>CIVIL ACTION<br>NO. 05-11172-REK<br>LEAD CASE |

## ORDER

The foregoing Stipulated Motion to Establish Briefing Schedule on Terra Networks S.A.'s Motion to Dismiss having been heard, it is hereby ordered that Terra Networks S.A. shall file its Motion to Dismiss on or before August 16, 2005.

_____
Hon. Robert E. Keeton

## **CERTIFICATE OF SERVICE**

I, James J. Reardon, hereby certify that on this 9th day of August, 2005, I served a true and correct copy of the foregoing via U.S. mail, postage prepaid, properly addressed upon:

John H. Farro, Esq.
Faro & Associates, LLC
44 West Flagler Street, Suite 1100
Miami, Florida 33130
Attorneys for Plaintiff

Larry A. Stumpf, Esq.
Black, Srebnick, Kornspan & Stumpf, PA
201 S. Viscayne Blvd., Suite 1300
Miami, Florida 33130
Attorneys for Lycos, Inc.

Daniel J. Cloherty, Esq.
Dwyer & Collara, LLP
500 Atlantic Avenue
Boston, MA 02210
Co-counsel for Lycos, Inc.

/s/ James J. Reardon, Jr.
_____
James J. Reardon, Jr.