UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS, INC., a Nevada Corporation; MICHAEL J. ZWEBNER, individually; and others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>LYCOS, INC. and TERRA LYCOS, INC., d/b/a THE LYCOS NETWORK,<br><br>      Defendants. | 05-CV-10435-REK<br><br>CONSOLIDATED WITH<br><br>05-CV-11172-REK |
| UNIVERSAL COMMUNICATION SYSTEMS, INC., a Nevada Corporation; MICHAEL J. ZWEBNER, individually; and others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>LYCOS, INC., d/b/a THE LYCOS NETWORK and TERRA NETWORKS, S.A.,<br>JOHN DOE #1 aka "the worm06"<br>JOHN DOE #2 aka "no_insiders"<br>JOHN DOE #3 aka "the worm06A"<br>JOHN DOE #4 aka "65175R"<br>JOHN DOE #5 aka "Henry_Johnson123" &<br>JOHN DOE #6 aka "quondo1"<br>JOHN DOE #7 aka "Tobias95"<br>JOHN DOE #8 aka "CrawleySmith<br><br>      Defendants. | CONSOLIDATED PROCEEDINGS<br><br>**05-CV-11172-REK**<br>**(LEAD CASE)** |

**ASSENTED TO MOTION FOR APPROVAL OF WITHDRAWAL OF APPEARANCE**

1

Pursuant to Local Rule 83.5.2, this <u>assented to</u> motion is to withdraw the appearance of Nicholas J. Walsh, Dwyer & Collora, LLP, as to Defendant Lycos, Inc. ("Lycos"), in the above two matters. In support of this motion, Lycos states:

1. Mr. Walsh has accepted a new job and is therefore ending his association with Dwyer & Collora, LLP.

2. Lycos will continue to be represented by David A. Bunis, Daniel J. Cloherty, and Rachel Zoob-Hill at Dwyer & Collora, LLP.

3. Pursuant to Local Rule 83.5.2(c)(2), leave of Court is required for Mr. Walsh's withdrawal because the Defendant Lycos Inc.'s Motion To Dismiss The Complaints (Docket No. 66) is pending before the Court. Mr. Walsh's withdrawal will not affect that motion.

4. Pursuant to Local Rule 83.5.2(c)(4), leave of Court is required for Mr. Walsh's withdrawal because a hearing is scheduled before the Court on September 28, 2005, at 2:00 p.m. Mr. Walsh's withdrawal will not affect the hearing.

5. No party will be prejudiced by Mr. Walsh's withdrawal.

6. The Plaintiffs and Co-Defendant Terra Networks, S.A., have assented to Mr. Walsh's withdrawal.

WHEREFORE, Lycos respectfully requests that this Court enter an order granting Nicholas J. Walsh's withdrawal from these two matters.

DATED:  August 11, 2005                    Respectfully submitted,

                                                  /s/ Nicholas J. Walsh
                                        David A. Bunis, (BBO # 550570)
                                        Daniel J. Cloherty (BBO # 565772)
                                        Nicholas J. Walsh (BBO # 647702)
                                        Rachel Zoob-Hill (BBO # 659041)
                                        DWYER & COLLORA, LLP
                                        600 Atlantic Avenue
                                        Boston, MA 02210
                                        Phone: (617) 371-1000
                                        Fax: (617) 371-1037

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Nicholas J. Walsh, Esq., hereby certify that the parties' counsel conferred in a good faith effort to narrow or resolve the issues raised by this motion on August 10, 2005, and that as a result of these conferences, the Plaintiffs and Co-Defendant Terra Networks, S.A., have assented to the relief sought in this motion.

                                                  /s/ Nicholas J. Walsh
                                                  Nicholas J. Walsh

## CERTIFICATE OF SERVICE

I, Nicholas J. Walsh, Esq., hereby certify that a true and correct copy of the above document was sent by first class mail, postage prepaid, to counsel for the Plaintiffs and counsel for Terra Networks, S.A., on the 11th day of August, 2005.

                                                  /s/ Nicholas J. Walsh
                                                  Nicholas J. Walsh