UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS INC., a Nevada Corporation; MICHAEL I ZWEBNER, individually; and others similarly situated<br>　　Plaintiffs,<br><br>v.<br><br>LYCOS, INC. and TERRA LYCOS, INC., d/b/a THE LYCOS NETWORK,<br>　　Defendants. | Civil Action<br>NO. 05-10435-REK<br>CONSOLIDATED WITH<br>NO. 05-11172-REK |
| UNIVERSALCOMMUNICATION SYSTEMS INC., a Nevada Corporation; MICHAEL I ZWEBNER, individually; and others similarly situated<br>　　Plaintiffs,<br><br>v.<br><br>LYCOS,INC, d/b/a THE LYCOS NETWORK and TERRA NETWORKS, S.A., JOHN DOE#1 aka "the worm06" JOHN DOE #2 aka "no_insiders" JOHN DOE #3 aka "the womi06A" JOHN DOE#4aka"65175R" JOHN DOE #5 aka "Henry Johnsonl23"& JOHN DOE#6aka"quondol" JOHN DOE#7aka"Tobias95" JOHN DOE #8 aka"CrawleySmith"<br>　　Defendants. | CONSOLIDATED PROCEEDINGS<br><br>Civil Action<br>NO. 05-11172-REK<br>LEAD CASE |

**DEFENDANT TERRA NETWORKS S.A.'S
MOTION TO DISMISS THE COMPLAINTS**

Pursuant to Fed. R. Civ. P. 12(b)2, and 12(b)6, Defendant Terra Networks S.A. ("Terra"), a Spanish Company hereby submits this motion to dismiss the Complaint. The grounds for this Motion are set forth fully in the accompanying Memorandum of Law. The grounds for dismissal

include the following:

1.    The case must be dismissed because Terra is not subject to personal jurisdiction. In the alternative, the case must bet dismissed because

1.    The causes of action set forth in the Complaints are barred under Section 230 of the Communication Decency Act, 47 U.S.C. § 230.

2.    The Plaintiffs have released the Defendants from all liability allegedly arising from the claims asserted in the Complaints; and

3.    The allegations for each of the four counts set forth in the Lead Case Complaint fail to state a claim upon which relief can be granted.

For all these reasons, as well as those set forth in greater detail in the accompanying Memorandum of Law, Defendant Terra respectfully requests that this Court issue an Order dismissing all claims asserted against it in the Complaints.

TERRA NETWORKS, S.A.

_____
Thomas G. Rohback (Pro Hac Vice)
James J. Reardon, Jr. (BBO#566161)
LeBoeuf, Lamb, Greene & MacRae, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860)293-3596
Fax: (860)293-3555

Dated: August 16, 2005

**RULE 7.1 CERTIFICATION**

I, James J. Reardon, Jr., hereby certify pursuant to Local Rule 7.1(A)(3) that I conferred with John Faro, counsel for the Plaintiffs in a good faith attempt to resolve or narrow the issues raised in Terra Networks, S.A.'s Motion to Dismiss the Complaints in this consolidated action. The Plaintiffs have declined to consent to the relief requested in this Motion.

_____
James J. Reardon, Jr.