UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC. AND MICHAEL J. ZWEBNER,<br><br>Plaintiffs,<br><br>v.<br><br>LYCOS, INC. D/B/A THE LYCOS NETWORK, TERRA NETWORKS, S.A.,<br>JOHN DOE #1 a/k/a "the_worm06",<br>JOHN DOE #2 a/ka/ "no_insiders",<br>JOHN DOE #3 a/k/a "the_worm_06A",<br>JOHN DOE #4 a/k/a "65175R",<br>JOHN DOE #5 a/k/a "Henry_Johnson123",<br>JOHN DOE #6 a/k/a "quondol",<br>JOHN DOE #7 a/k/a "Tobias95", and<br>JOHN DOE #8 a/k/a "CrawleySmith",<br><br>Defendants. | Civil Action Number 05-11172-REK<br>Lead Case |
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC. AND MICHAEL J. ZWEBNER,<br>Plaintiffs,<br><br>v.<br><br>LYCOS, INC. D/B/A THE LYCOS NETWORK AND TERRA LYCO, INC.<br>Defendants. | Civil Action No. 05-10435-REK<br>Trailing Case |

## NOTICE OF VOLUNTARY DISMISSAL

On July 26, 2005, the Court ordered the consolidation of the above-captioned actions, and

designated Civil Action No. 05-11172-REK as the Lead Case and Civil Action No. 05-10435-

REK as the Trailing Case. Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure,

the Plaintiffs Universal Communications Systems, Inc. and Michael J. Zwebner hereby

voluntarily dismiss without prejudice the complaint in the **Trailing Case only**, which action is

entitled, *Universal Communications Systems, Inc. and Michael J. Zwebner v. Lycos, Inc. d/b/a The Lycos Network and Terra Lyco, Inc.*, Civil Action No. 05-10435-REK (initially commenced in the United States District Court for the Southern District of Florida as Civil Action No. 04-21618).[1]  Pursuant to Rule 41(a), the Plaintiffs are entitled as of right to voluntarily dismiss the Trailing Case because no Defendant has answered the Complaint or served a motion for summary judgment.

<div style="margin-left:40%">

PLAINTIFFS UNIVERSAL
COMMUNICATIONS SYSTEMS, INC. AND
MICHAEL J. ZWEBNER,

By their attorneys,


Richard B. Kirby, BBO #273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

John H. Faro, BBO #159260
Faro & Associates
44 West Flagler Street, Suite 1100
Miami, Florida  33130
(305) 424-1112

</div>

Dated:  August 23, 2005

---

[1] In light of the Plaintiffs' intention to proceed primarily based upon the complaint in Civil Action Number 05-11172, as was stated by Plaintiffs' counsel, Attorney John Faro, at the most recent Status Conference, the Plaintiffs believe that the continued pendency of the Trailing Case is no longer necessary.  Accordingly, in order to simplify and narrow the issues pending before the Court, the Plaintiffs have determined to voluntarily dismiss Civil Action Number 05-10435.