*EXHIBIT "A"*

## SEC EDGAR Filing Information

## Form 425 -- Prospectuses and communications, business combinatio

Documents: **2**

SEC Accession No.
**0000950157-00-000536**
Filing date: **2000-10-10**
Accepted: **1995-09-28 00:00:00**

### Table of submitted documents:

| Seq | Type | Document | Size | Description |
|-----|------|----------|------|-------------|
| 1 | 425 | 0001.txt | 2200 | RULE 425 |
| 2 | EX-99 | 0002.txt | 6683 | PRESS RELEASE |
| | | 0000950157-00-000536.txt | 11189 | **Complete submission text file** |

## Filer Information

**LYCOS INC** (Filed by) **(0001007992)**
IRS No.: **043277338** | State of Incorp.: **DE** | Fiscal Year End: **0731**
SIC: **7370** Services-Computer Programming, Data Processing, Etc.

**Business Address**
400 2 TOTTEN POND ROAD
WALTHAM MA 02451
7813702700

**Mailing Address**
400-2 TOTTEN POND ROAD
WALTHAM MA 02154

**TERRA NETWORKS SA** (Subject) **(0001097636)**
Type: **425** / Act: **34** | File No.: **000-28011** | Film No.: **736924**
SIC: **7370** Services-Computer Programming, Data Processing, Etc.

**Business Address**
VIA DE LAS DOS CASTILLAS 33 COMPLEJO ATI
POZUELO DE ALARCON 28223
MADRID SPAIN
0113491452

**Mailing Address**
VIA DE LAS DOS CASTILLAS 33 COMPLEJO ATI
POZUELO DE ALARCON 28223
MADRID SPAIN

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 C9+mlWcPrYc4Zbmv+nQCi5yH6XAI1Y28DaV1siQAnOCpe5MR7FIRlduy/+BfxZAr
 o9wNylkOIwd43CeGYjQrjQ==
```

`<SEC-DOCUMENT>`/in/edgar/work/0000950157-00-000536/0000950157-00-000536.txt : 20001011
`<SEC-HEADER>`0000950157-00-000536.hdr.sgml : 20001011
ACCESSION NUMBER:            0000950157-00-000536
CONFORMED SUBMISSION TYPE:   425
PUBLIC DOCUMENT COUNT:       2
FILED AS OF DATE:            20001010

SUBJECT COMPANY:

        COMPANY DATA:
                COMPANY CONFORMED NAME:                TERRA NETWORKS SA
                CENTRAL INDEX KEY:                     0001097636
                STANDARD INDUSTRIAL CLASSIFICATION:    [7370
]`</COMPANY-DATA>`

                FILING VALUES:
                        FORM TYPE:              425
                        SEC ACT:
                        SEC FILE NUMBER:        000-28011
                        FILM NUMBER:            736924
`</FILING-VALUES>`

                BUSINESS ADDRESS:
                        STREET 1:        VIA DE LAS DOS CASTILLAS 33 C   ?LEJO ATI
                        STREET 2:        POZUELO DE ALARCON 28223
                        CITY:            MADRID SPAIN
                        BUSINESS PHONE:  0113491452
`</BUSINESS-ADDRESS>`

                MAIL ADDRESS:
                        STREET 1:               VIA DE LAS DOS CASTII    3 33 COMP
                        STREET 2:               POZUELO DE ALARCON 28    3
                        CITY:                   MADRID SPAIN
`</MAIL-ADDRESS>`
`</SUBJECT-COMPANY>`

                        FILED BY:

                        COMPANY DATA:
                                COMPANY CONFORMED NAME:
                                CENTRAL INDEX KEY:
                                STANDARD INDUSTRIAL CLASSIFI(   ION:
]                              IRS NUMBER:
                                STATE OF INCORPORATION:
                                FISCAL YEAR END:
`</COMPANY-DATA>`

                                FILING VALUES:
                                        FORM TYPE:           425
`</FILING-VALUES>`

                                BUSINESS ADDRESS:
```

STREET 1:
CITY:
STATE:
ZIP:
BUSINESS PHONE

</BUSINESS-ADDRESS>

MAIL ADDRESS:
STREET     :
CITY:
STATE
ZIP:

</MAIL-ADDRESS>
</FILED-BY>
</SEC-HEADER>
<DOCUMENT>
<TYPE>425
<SEQUENCE>1
<FILENAME>0001.txt
<DESCRIPTION>RULE 425
<TEXT>


Type:   425
Sequence:  1
Description:   Rule 425 Communications

                    Filed by Lycos, Inc.
                    Pursuant to Rule 425 under the Securities
                    Act of 1933 Commission File Number 0-27830
                    Subject Company: Terra Networks, S.A.

     This announcement contains forward-looking statements within the meaning
of the "safe harbor" provisions of the Private Securities Litigation Reform
Act of 1995. These statements are based on management's current expectations
or beliefs and are subject to a number of factors and uncertainties that could
cause actual results to differ materially from those described in the
forward-looking statements. The forward-looking statements contained herein
address future financial and operating results and the benefits of the merger.
The following factors, among others, could cause actual results to differ
materially from those described in the forward-looking statements: the risk
that our businesses will not be integrated successfully; costs related to the
merger; increased competition and its effects on pricing, spending,
third-party relationships and revenues; inability to obtain, or meet
conditions imposed for, antitrust approvals related to the merger; inability
to further identify, develop and achieve commercial success for new products,
services and technologies; inability to establish and maintain relationships
with commerce, advertising, marketing, technology and content providers; and
failure to obtain necessary stockholder approvals for the merger. For a
detailed discussion of these and other cautionary statements, please refer to
Lycos' and Terra's filings with the Securities and Exchange Commission.

     Investors and security holders are urged to read the proxy
statement/prospectus regarding the merger because it contains important
information. Investors and security holders may obtain a free copy of the
final proxy statement/prospectus and other documents filed by Lycos and Terra
with the SEC at the SEC's web site at www.sec.gov. The proxy
statement/prospectus and these other documents may also be obtained for free
from Lycos or Terra.

```
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-99
<SEQUENCE>2
<FILENAME>0002.txt
<DESCRIPTION>PRESS RELEASE
<TEXT>
```

### TERRA LYCOS CLOSE SET FOR END OF MONTH

CMGI Votes All Shares in Favor of the Merger

WALTHAM, Mass. -- October 9, 2000 -- Lycos, Inc. (NASDAQ: LCOS), the Internet's leading multi-brand network, today announced that its merger with Terra Networks is set to close by the end of this month. The final milestone in advance of the closing is the Special Meeting for Lycos stockholders, which will be held on October 27, 2000 at which Lycos shareholders have the opportunity to vote on the proposed merger. The proxy statement was mailed to Lycos shareholders on September 28. Lycos's largest shareholder, CMGI, Inc. has voted all of its shares in favor of the merger.

"Receiving CMGI's support is an important milestone that helps pave the way for the successful completion of the merger," said Bob Davis, president and CEO of Lycos, Inc. "The new Terra Lycos is a global powerhouse sitting at the center of the converging worlds of media and communications. I look forward to this months shareholder meeting and moving forward with our mission of creating the most visited online destination in the world.?

"CMGI and Lycos have a long and successful history together," said David Wetherell, chairman and CEO of CMGI, Inc. "I look forward to the formation of Terra Lycos and am confident that each of us, as the two largest Internet companies in the Northeast, will continue to find many ways to cooperate in the months and years ahead."

Terra Networks recently completed the Terra rights offering in which the company raised 2.2 billion Euros ($1.9 billion based on conversion rate on September 22). Upon completion of the Terra merger with Lycos, Terra Lycos is expected to have approximately $3 billion in cash, making it one of the most well capitalized Internet companies in the world.

Lycos and Terra have received all regulatory approvals required to date to move forward with the merger. On September 22, the SEC declared the registration statement for the merger effective. Equivalent procedures are moving forward with the CNMV in Spain. Lycos and Terra have also received all anti-trust clearances required prior to the merger.

About Lycos, Inc.

Founded in 1995, Lycos, Inc. is a leading Web media company and owner of the Lycos Network, one of the most visited hubs on the Internet reaching nearly one out of every two U.S. Web users. The Lycos Network is a unified set of Web sites, attracting a diverse audience by offering a variety of services, including leading Web search and navigation resources; Web community and communications services including free homepage building, free Web-based e-mail, clubs, chat, instant messaging; a personalized My Lycos start page; a comprehensive shopping center featuring more than 3,100 merchants; and an assortment of compelling content such as games, music, news, fun and educational information and activities for kids as well as information about

investing, technology, entertainment, sports, small business, travel and more.
The Lycos Network is composed of Lycos.com, Tripod, WhoWhere, Angelfire,
MailCity, HotBot, HotWired, Wired News, Webmonkey, Sonique, Quote, Gamesville,
Lycos Zone and Matchmaker. Headquartered near Boston in Waltham, Mass., Lycos,
Inc. is a global Internet leader with a major presence throughout the U.S.,
Europe, Asia, Canada and Latin America.

On May 16, Lycos, Inc. entered into a definitive agreement with Terra
Networks, S.A. (MC: TRR; NASDAQ: TRRA), a global Internet company and the
leading provider of Internet access and interactive content and services to
the Spanish and Portuguese-speaking world, under which Terra will acquire
Lycos in a stock-for-stock transaction. Upon completion of the transaction,
Lycos shareholders will own approximately 41.6% to 49.9% of the new company,
Terra Lycos. The formation of Terra Lycos is subject to shareholder and
regulatory approval.

Forward Looking Statements

This release contains forward-looking statements within the meaning of the
"Safe Harbor" provisions of the Private Securities Litigation Reform Act of
1995. These statements are based on management's current expectations or
beliefs and are subject to a number of factors and uncertainties that could
cause actual results to differ materially from those described in the

<PAGE>

2

forward-looking statements. The forward-looking statements in this release
address the following subjects: expected date of closing the merger; future
financial and operating results; and timing and benefits of the merger.

The following factors, among others, could cause actual results to differ
materially from those described in the forward-looking statements: the risk
that Terra's and Lycos's businesses will not be integrated successfully; costs
related to the merger; failure of the Terra or Lycos stockholders to approve
the merger; inability to obtain, or meet conditions imposed for, antitrust
approvals related to the merger; inability to further identify, develop and
achieve commercial success for new products, services and technologies;
increased competition and its effects on pricing, spending, third-party
relationships and revenues; inability to establish and maintain relationships
with commerce, advertising, marketing, technology and content providers.

For a detailed discussion on these and other cautionary statements, please
refer to Terra's filings with the Securities and Exchange Commission,
including the Risk Factors section of Terra's F-1 filing that became effective
in November 1999, and Lycos's filings with the Securities and Exchange
Commission, including the section titled "Factors Affecting the Company's
Business, Operating Results and Financial Conditions" of the Management's
Discussion and Analysis in its Form 10-K for the year ended July 31, 1999 and
the Risk Factors section of Lycos's S-3 filing that became effective in March,
2000.

We urge investors to read the proxy statement/prospectus and any other
relevant documents that Terra Networks and Lycos have filed and will file with
the SEC because they contain important information.

Investors will be able to obtain copies of the registration statements and
other documents from the SEC's Public Reference Room at 450 Fifth Street, N.W.

Washington, D.C. 20549, Telephone (202) 942-8090, Fax (202) 628-9001, E-mail:
publicinfo@sec.gov. In addition, documents (excluding any exhibits) filed with
the SEC by Terra Networks will be available free of charge from Terra
Networks. Read the proxy statement/prospectus carefully before making a
decision regarding the share exchange.

```
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```

*EXHIBIT "B"*

## SEC EDGAR Filing Information

## Form 15-12G -- Securities registration termination [Section 12(g)

Documents: **1**

SEC Accession No.
**0000950157-00-000591**
Filing date: **2000-10-27**
Accepted: **1995-09-28 00:00:00**

### Table of submitted documents:

| Seq | Type | Document | Size | Description |
|-----|------|----------|------|-------------|
| 1 | 15-12G | 0001.txt | 2541 | FORM 15 |
| | | 0000950157-00-000591.txt | 4027 | **Complete submission text file** |

## Filer Information

**LYCOS INC** (Filer) **(0001007992)**
IRS No.: **043277338** | State of Incorp.: **DE** | Fiscal Year End: **0731**
Type: **15-12G** | Act: **34** | File No.: **000-27830** | Film No.: **747848**
SIC: **7370** Services-Computer Programming, Data Processing, Etc.

**Business Address**
400 2 TOTTEN POND ROAD
WALTHAM MA 02451
7813702700

**Mailing Address**
400-2 TOTTEN POND ROAD
WALTHAM MA 02154

```
JMENT>
 PE>15-12G
 EQUENCE>1
.FILENAME>0001.txt
<DESCRIPTION>FORM 15
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


FORM 15

Certification and Notice of Termination of Registration
under Section 12(g) of the Securities Exchange Act of
1934 or Suspension of Duty to file Reports Under
Sections 13 and 15(d) of the Securities Exchange
Act of 1934.

Commission File Number 0-27830

Lycos, Inc.

(Exact name of registrant as specified in its charter)

400-2 Totten Pond Road
Waltham, MA 02451-2000
(781) 370-2700

(Address, including zip code, and telephone number, including area code, of
registrant's principal executive offices)

Common Stock, par value $0.01 per share (Title of each class of securities
covered by this Form)

None
(Titles of all other classes of securities for which a duty to file
reports under Section 13(a) or 15(d) remains)

Please place an X in the box(es) or designate the appropriate rule
provision(s) relied upon to terminate or suspend the duty to file reports:

| | | | |
|---|---|---|---|
| Rule 12g-4(a)(1)(i) | [ x ] | Rule 12h-3(b)(1)(ii) | [ ] |
| Rule 12g-4(a)(1)(ii) | [ ] | Rule 12h-3(b)(2)(i) | [ ] |
| Rule 12g-4(a)(2)(i) | [ ] | Rule 12h-3(b)(2)(ii) | [ ] |
| Rule 12g-4(a)(2)(ii) | [ ] | Rule 15d-(6) | [ ] |
| Rule 12h-3(b)(1)(i) | [ ] | | |

Approximate  number of holders of record as of the  certification or notice
date:

| Description of Security | # of Holders |
|---|---|
| Common Stock, par value $0.01 per share | 1 |


Pursuant to the requirements of the Securities Exchange Act of 1934,
Lycos, Inc. has caused this certification/notice to be signed on its behalf
by the undersigned duly authorized person.

Date:    October 27, 2000                     By: /s/ Edward M. Philip
                                              -------------------------------

Name:  Edward M. Philip
Title: Chief Operating Officer and
       Chief Financial Officer

</TEXT>
</DOCUMENT>

*EXHIBIT "C"*



# Florida Profit

## TERRA NETWORKS USA, INC.

### PRINCIPAL ADDRESS
C/O RAISSA ROUSE, ESQ.
1201 BRICKELL AVE., STE. 700
MIAMI FL 33131
Changed 11/22/2000

### MAILING ADDRESS
1201 BRICKELL AVE
SUITE 500
MIAMI FL 33131
Changed 05/22/2001

| **Document Number** | **FEI Number** | **Date Filed** |
|---|---|---|
| P99000048283 | 650938990 | 05/26/1999 |
| **State** | **Status** | **Effective Date** |
| FL | INACTIVE | NONE |
| **Last Event** | **Event Date Filed** | **Event Effective Date** |
| MERGED | 12/28/2001 | 12/31/2001 |

## Registered Agent

| **Name & Address** |
|---|
| CORPDIRECT AGENTS<br>103 N. MERIDIAN ST., LOWER LEVEL.<br>TALLAHASSEE FL 32301 |
| Name Changed: 11/22/2000 |
| Address Changed: 11/22/2000 |

## Officer/Director Detail

| **Name & Address** | **Title** |
|---|---|
| MENEDEZ CAMBO, PATRICIA<br>1221 BRICKELL AVENUE<br><br>MIAMI FL 33131 | VS |
| DEESTEBAN, ANTONIO<br>1221 BRICKELL AVENUE | DT |

| | |
|---|---|
| MIAMI FL 33131 | |
| URGELES, ANTONIO GARCIA<br>1221 BRICKELL AVENUE<br><br>MIAMI FL 33131 | DCEO |
| BELLOD, MANUEL<br>1221 BRICKELL AVENUE<br><br>MIAMI FL 33131 | DV |
| PONCE, IGNACIO<br>1221 BRICKELL AVENUE<br><br>MIAMI FL 33131 | CFO |
| ROUSE, RAISSA ESQ.<br>1221 BRICKELL AVENUE<br><br>MIAMI FL 33131 | S |

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2000 | 11/22/2000 |
| 2001 | 05/22/2001 |

Previous Filing         Return to List         Next Filing

View Events
View Name History

## Document Images
Listed below are the images available for this filing.

| |
|---|
| 12/28/2001 -- Merger |
| 05/22/2001 -- ANN REP/UNIFORM BUS REP |
| 11/28/2000 -- Amendment |
| 11/22/2000 -- REINSTATEMENT |
| 12/13/1999 -- Name Change |
| 08/10/1999 -- Amendment |
| 05/26/1999 -- Domestic Profit |

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

   

# P99000048283

**Document Number Only**

SECRETARY OF STATE
DIVISION OF CORPORATIONS

01 DEC 28 AM 9: 54

CT Corporation System
660 East Jefferson Street
Tallahassee, FL 32301
850-222-1092

*Corporation(s) Name*

EFFECTIVE DATE
12/31/01

Terra Networks USA, In.

into:

Terra Networks USA, LLC

00000474355C
-12/31/01--01003-
****60.00

12 B

( )Profit
( )Nonprofit

( )Amendment

(✓)Merger

( )Foreign
( )LLC

( )Dissolution

( )Mark

( )Limited Partnership
( )Reinstatement

( )Annual Report
( )Reservation
( )Fictitious Name

( )Other
( )Ch. RA
( )UCC

( )Certified Copy

( )Photocopies

( )CUS

(XXX)Walk in

(XXX)Pick-up

( )Will Wait

Name Availability:
Document Examiner: 12-28-01
Updater: Today Please
Verifier:
Acknowledgement:
W.P. Verifier:

**Please Return Extra
Copies File Stamped
To:
Melanie Strickland**

*Thank You!*

To: Brenda Tadlock

FF $6 00

12-28-01   03:19pm   From-WINSTON & STRAWN 1 (212) 294-6817    +12122944700    T-443   P 02/12   F-839

# WINSTON & STRAWN

16 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

444 SOUTH FLOWER STREET
LOS ANGELES, CALIFORNIA 90071-2911

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

21 AVENUE VICTOR HU
75116 PARIS, FRANC

1400 L STREET, N W
WASHINGTON, D.C 20005

December 28, 2001

Ms. Brenda Tadlock
Florida Department of State
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

> Re:  **Terra Networks USA, Inc.**
> **1201 Brickell Avenue, Suite 700**
> **Miami, FL 33131**
> **Florida Document/Registration: P99000048283**

Dear Brenda:

Attached please find the Certificate of Merger and Agreement and Plan of Merger in connection with the merger of Terra Networks USA, Inc., a Florida Corporation (the "Non-Surviving Corporation"), with and into Terra Networks USA, LLC, a Delaware limited liability company (the "Surviving Company"). Both the Non-Surviving Corporation and the Surviving Company are wholly owned subsidiaries of Lycos, Inc., a Virginia corporation. The Surviving Company is a newly formed limited liability company and will be applying for registration to transact business in Florida following the merger.

As mentioned, the originals will be sent to you shortly. Please do not hesitate to contact me at 212-294-2605 if you have any questions or comments.

With renewed thanks for all of your assistance and best wishes for the New Year,

Sincerely,

Margaret Civetta



## Foreign Limited Liability

### TERRA NETWORKS USA, LLC

**PRINCIPAL ADDRESS**
1201 BRICKELL AVENUE, SUITE 700
MIAMI FL 33131
Changed 10/31/2003

**MAILING ADDRESS**
100 FIFTH AVENUE, C/ PETER KAROL
WAITHAM MA 02451
Changed 10/31/2003

| | | |
|---|---|---|
| **Document Number**<br>M02000000210 | **FEI Number**<br>N/AE | **Date Filed**<br>01/14/2002 |
| **State**<br>DE | **Status**<br>ACTIVE | **Effective Date**<br>NONE |
| **Last Event**<br>REINSTATEMENT | **Event Date Filed**<br>10/31/2003 | **Event Effective Date**<br>NONE |
| **Total Contribution**<br>0.00 | | |

## Registered Agent

| Name & Address |
|---|
| C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION FL 33324 |

## Manager/Member Detail

| Name & Address | Title |
|---|---|
| LYCOS, INC.<br>100 FIFTH AVENUE<br>WALTHAM MA 02451 | MGRM |

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2003 | 10/31/2003 |
| 2004 | 03/09/2004 |

Previous Filing    Return to List    Next Filing

View Events
No Name History Information

# Document Images
Listed below are the images available for this filing.

03/09/2004 -- ANN REP/UNIFORM BUS REP
10/31/2003 -- REINSTATEMENT
01/14/2002 -- Foreign Limited

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLI**





*EXHIBIT "D"*



## Our Offices



**Primary Offices**

**SPAIN**

**Corporate Headquarters and Office of the Executive Chairman:**
Terra
Calle Nicaragua, 54
Barcelona, Spain
Tel: 34-93.363.13.00

**Central Offices:**
Terra
Paseo de la Castellana, 92
28046 Madrid, Espana
Tel: 34-91.452.39.00

**UNITED STATES**

**Operating Headquarters**
100 5th Ave
Waltham, MA. 02451 U.S. A.
Tel: 781-370-2700
Fax: 781-370-2600

**Miami**
1201 Brickell Avenue, Suite 700
Miami, FL 33131 U.S.A.
Tel: 305-714-8590

**New York**
115 5th Ave, 2nd Floor
New York, NY 10003 U.S.A.
Tel: 212-898-6600
Fax: 212-898-6699

**San Francisco**
660 Third Street, 4th Floor
San Francisco, CA 94107 U.S.A.
Tel: 415-276-8400
Fax: 415-276-8499

▲ Back to top

**ARGENTINA**
Av. Leandro N. Alem, 712. PISO 2
Capital Federal
Buenos Aires, Argentina (C.P.1001)
Tel: 54-11-5776-5000
Fax: 54-11-5776-5057

**BRASIL**
Av. Naciones Unidas,
12901 Conjunto 1201
Sao Paulo, Brazil (C.P.04578-000)
Tel: 55-11-5509-0500

**CHILE**
Av. Vitacura 2736, 2° piso
Las Condes
Santiago de Chile, Chile
Tel: 562-33-06-900
Fax: 562-234 0321

**COLOMBIA**
Calle 71 A No. 6-30 piso 7
Bogota, Colombia
Tel: 57 1 606 9898
Fax: 57 1 606 9895

**GUATEMALA**
Diagonal, 6 10-01,
Zona 10 Ed. Las Margaritas

**PERU**
Los Sauces 374,
Piso 9 Oficina 902 Torre Roja.

Torre 2, OF. 902B..
Guatemala C.A.
Tel: 502-379-99-99
Fax: 502-379-99-98/502-336-62-37

San Isidro Lima, Peru
Tel: 51-1-411-1260

**MEXICO**
Blvd Diaz Ordaz 123 pte
Col Santa Maria. Monterrey, N.L.
64650. Mexico
Tel: 52(81) 8150.4252
Fax: 52(81) 8150.4356

**VENEZUELA**
C/ San Felipe,
Redoma Torre Bancaracas, of. 906.
La Castellana
Caracas, Venezuela.
Tel: 582-266-06-41

▲ Back to top

© 2004 Terra Networks, S.A. All Rights Reserved.

Terra Networks Case 1:05-cv-11172-REK    Document 75-5    Filed 09/14/2005    Page 4 of 5    Page 1 of 2




ABOUT US  DO BUSINESS WITH US  TRUST & PRIVACY  PRESS ROOM  CONTACT US  SITE MAP
THIS IS  OUR PORTAL NETWORK  OUR MANAGEMENT  **OUR OFFICES**  MANAGEMENT

terra

## Our Offices

**Primary Offices**

**SPAIN**

**Corporate Headquarters and
Office of the Executive Chairman:**
Terra
Calle Nicaragua, 54
Barcelona, Spain
Tel: 34-93.363.13.00

**Central Offices:**
Terra
Paseo de la Castellana, 92
28046 Madrid, Espana
Tel: 34-91.452.39.00

**UNITED STATES**

**Operating Headquarters**
100 5th Ave
Waltham, MA. 02451 U.S. A.
Tel: 781-370-2700
Fax: 781-370-2600

**Miami**
1201 Brickell Avenue, Suite 700
Miami, FL 33131 U.S.A.
Tel: 305-714-8590

**New York**
115 5th Ave, 2nd Floor
New York, NY 10003 U.S.A.
Tel: 212-898-6600
Fax: 212-898-6699

**San Francisco**
660 Third Street, 4th Floor
San Francisco, CA 94107 U.S.A.
Tel: 415-276-8400
Fax: 415-276-8499

▲ Back to top

**ARGENTINA**
Av. Leandro N. Alem, 712. PISO 2
Capital Federal
Buenos Aires, Argentina (C.P.1001)
Tel: 54-11-5776-5000
Fax: 54-11-5776-5057

**BRASIL**
Av. Naciones Unidas,
12901 Conjunto 1201
Sao Paulo, Brazil (C.P.04578-000)
Tel: 55-11-5509-0500

**CHILE**
Av. Vitacura 2736, 2° piso
Las Condes
Santiago de Chile, Chile
Tel: 562-33-06-900
Fax: 562-234 0321

**COLOMBIA**
Calle 71 A No. 6-30 piso 7
Bogota, Colombia
Tel: 57 1 606 9898
Fax: 57 1 606 9895

**GUATEMALA**
Diagonal, 6 10-01,
Zona 10 Ed. Las Margaritas

**PERU**
Los Sauces 374,
Piso 9 Oficina 902 Torre Roja.

http://www.terranetworks.com/english/about/locations.asp                    9/5/2005

Torre 2, OF. 902B..
Guatemala C.A.
Tel: 502-379-99-99
Fax: 502-379-99-98/502-336-62-37

San Isidro Lima, Peru
Tel: 51-1-411-1260

**MEXICO**
Blvd Diaz Ordaz 123 pte
Col Santa Maria. Monterrey, N.L.
64650. Mexico
Tel: 52(81) 8150.4252
Fax: 52(81) 8150.4356

**VENEZUELA**
C/ San Felipe,
Redoma Torre Bancaracas, of. 906.
La Castellana
Caracas, Venezuela.
Tel: 582-266-06-41

▲ Back to top

© 2004 Terra Networks, S.A. All Rights Reserved.

*EXHIBIT "E"*



terra

## Our portal network



**Terra Networks, S.A. is the leading Internet company in the Spanish- and Portuguese-speakin** orld
**with the largest portal network in Spain and Latin America. It also has an outstanding position** the US
**and Europe.**

## Latin America

| | |
|---|---|
| Argentina | www.terra.com.ar |
| Brazil | www.terra.com.br |
| Colombia | www.terra.com.co |
| Costa Rica | www.terra.co.cr |
| Chile | www.terra.cl |
| El Salvador | www.terra.com.sv |
| Guatemala | www.terra.com.gt |
| Honduras | www.terra.com.hn |
| Mexico | www.terra.com.mx |
| Nicaragua | www.terra.com.ni |
| Panama | www.terra.com.pa |
| Peru | www.terra.com.pe |
| Puerto Rico | www.terra.com.pr |
| Dominican republic | www.terra.com.do |
| Uruguay | www.terra.com.uy |
| Venezuela | www.terra.com.ve |

## USA

Spanish portal  www.terra.com

## Europe

| | |
|---|---|
| Denmark | www.jubii.dk |
| Spain | www.terra.es |
| Sweden | www.spray.se |

## Our vertical portals

| | |
|---|---|
| Finance | (www.invertia.com, www.uno-e.com) |
| Travel | (www.rumbo.com, www.onetravel.com) |



**ABOUT US**  DO BUSINESS WITH US   TRUST & PRIVACY   PRESS ROOM   CONTACT US   SITE MAP

THIS IS   **OUR PORTAL NETWORK**   OUR MANAGEMENT   OUR OFFICES   MANAGEMENT

**terra**

## Our portal network



**Terra Networks, S.A. is the leading Internet company in the Spanish- and Portuguese-speakin      rld with the largest portal network in Spain and Latin America. It also has an outstanding position      he US and Europe.**

### Latin America

| | |
|---|---|
| **Argentina** | www.terra.com.ar |
| **Brazil** | www.terra.com.br |
| **Colombia** | www.terra.com.co |
| **Costa Rica** | www.terra.co.cr |
| **Chile** | www.terra.cl |
| **El Salvador** | www.terra.com.sv |
| **Guatemala** | www.terra.com.gt |
| **Honduras** | www.terra.com.hn |
| **Mexico** | www.terra.com.mx |
| **Nicaragua** | www.terra.com.ni |
| **Panama** | www.terra.com.pa |
| **Peru** | www.terra.com.pe |
| **Puerto Rico** | www.terra.com.pr |
| **Dominican republic** | www.terra.com.do |
| **Uruguay** | www.terra.com.uy |
| **Venezuela** | www.terra.com.ve |

### USA

**Spanish portal**   www.terra.com

### Europe

| | |
|---|---|
| **Denmark** | www.jubii.dk |
| **Spain** | www.terra.es |
| **Sweden** | www.spray.se |

### Our vertical portals

| | |
|---|---|
| **Finance** | (www.invertia.com, www.uno-e.com) |
| **Travel** | (www.rumbo.com, www.onetravel.com) |

*EXHIBIT "F"*



Registrate GRATIS!                                    USA, viernes, 9 de septiembre de 200





**CANALES**

- Amor
- Arte y Cultura
- Autos
- Deportes
- Entretenimiento
- Especiales
- Foto Spot
- Horóscopo
- Inmigración
- Mi Casa
- Mi Dinero
- Mujer
- Música
- Noticias
- Puerto Rico
- Salud
- Sexalud
- Teen
- Tecnología
- Viajes y Turismo
- Vida Blue
- Walter Mercado

**COMPARTE**

- Amor y Amistad
- Compras
- Envíos de Dinero
- Herencia Hispana
- Postales

**COMUNÍCATE**

- Acceso a Internet
- Chat
- Foros
- Fotolog
- Mi Celular
- Mira Mi Foto
- Tarjetas Prepagas

**DIVIÉRTETE**

- Chistes y Comics
- Compras

**SERVICIOS:**   📻 Radio   📱 Mi Celular   💬 Chat   ✍ Tests   📰 Foros   📮 Postales

Envía Dinero

**BÚSQUEDA EN INTERNET**

🔍 Google   | Control Paternal

**LOGIN**

¿No tienes cuenta en Terra?
**¡Regístrate GRATIS!**

identif or
contr ia
Recu ID/contraseña
el Servicio:
Con
LOGIN

**MÚSICA**



**UNA CONEXIÓN ÍNTIMA**
¡Pon a prueba lo que sabes de tus **artistas favoritos** y gana **Ipods y viajes!**

Rev us correos »
iLe predicción! »
Esc tus estaciones

ve el clima en t
ciudad y aprende
sobre las alergias
de verano

**FUTBOL MEXICANO »**



**DIMES Y DIRETES**
**Hugo Sánchez** le contestó a **Ricardo Lavolpe**

**PROMOCIÓN »**



**UNA CASA PARA TI**
Descubre las ventajas de comprar una **casa nueva**.

**AUTOS »**



**¿TODOTERRENO O SEDAN?**
El **Lexus RX 330** combina

**RECOM DAMO**

Haz c qui para delici recetas de comi aft.com

Podrí anar música gratis Nestlé
Crunc

¿Quie abrir tu propi negoc Visita Mi
Nego

**TEEN »**



**¿QUIERES SER DELGADA?**
Entérate que no debes dejar de hacer todos los días.

**FINANZAS »**

Empresa (ticker):
[          ] IR

DOW JONES ▲ 0.78%
NASDAQ CMP ▲ 0.44%
BOLSAS PRINCIPALES »
DIVISAS »

**MI CEL R »**



Banderas
**ENTRETENIMIENTO**   Música

**Fondos super cool para tu móvil** Corazones, signos del



**NOTICIAS**   Consultas Migratorias | Huracán Katrina

**AYUDA DE LA OTAN:** Operación naval para asistir a EE.UU.

**DESPUÉS DE KATRINA:** Se desata tormenta política en EE.UU.

**ELECCIONES MÉXICO:** Partido de Fox abre con debate interno campaña en televisión

**LICENCIAS DE MANEJO:** Aprueban iniciativa para

**TIBIA TAQUILLA:** El cine de Hollywood, el perdedo del verano!!

**SE HABLA ESPAÑOL:** ABC ofrecer dos sus show de 'prime time 'en español

**DESESPERADAMENTE SEXY:** Eva ngoria, elegid la actriz más sensual de la tele

**EE.UU BAILA A RITMO LATINO:** eggaeton y la música mexicana lideran los rankin

Conciertos

Intimo

Juegos

Radio

Reggaeton

Tests y Ejercicios

The Girl

Videos

**INFORMATE**

Buscador

Clima

Compara Precios

Horócopo Terra

Horóscopo Walter

Loteria

Resultados Futbol

licencia de manejo a indocumentados en California

**DEPORTES**  Beisbol | Futbol Mundial | Formula 1

**FUTBOL MEXICANO:** Reynaldo Navia se perderá el clásico

**:** Argentinos Juniors quiere seguir en la cima

**FUTBOL PERUANO:** Sporting Cristal prepara celebración

**COPA SUDAMERICANA:** Nacional ahora piensa en el América de México

**AUTOS**  Todos ... | ... | ... | ... |

**PRUEBAS DE MANEJO:** Todoterre    con alma de sedán

**AUTOS Y FAMOSOS:** Rashel Díaz    u Range Rove

**CONSEJOS DE UNA REINA:** Andr    i es una experta en pinchazos

**AUTOS EN FOTOS:** Nissan Pathfin    LE 4x2 2005

**ESPECIALES DE CARROS:** Depor    s americanos

**VIDA BLUE**  Sin Censura | Sin Sol   S    a

**SHAKIRA:** Descubre su carga sen:

**SIMBOLO SEXUAL:** Maria Sharap

**GAY:** ¿Un Gay-minator en CA?

**JUGUETES SEXUALES:** De lo 'digi    a lo eléctrico

**DIVERSIÓN**  Descarga juegos | Mis estaciones

**THE GIRL:** Contenido sólo para adultos

**RADIO:** Música rock, romántica, reggaetón, salsa...

**JUEGOS:** Disfruta de los mejores juegos en la web

**CHISTES Y HUMOR:** ¡Muérete de la risa cada día!

**VIDEOS:** Exclusivos de tus cantantes favoritos

Contactar | Advertise | Trabaja con nosotros | Aviso Legal | Privacidad

Argentina | Brasil | Chile | Colombia | Costa Rica | El Salvador | España | Guatemala | Honduras
México | Nicaragua | Panamá | Perú | Puerto Rico | Rep. Dominicana | Uruguay | Venezuela
© Copyright 2000-2005, Terra Networks, S.A.

*EXHIBIT "G"*

27

Registro | Terra

**CANALES Y SERVICIOS** ▼

USA, viernes 9 de septiembre de 2005                    Registrate    Ciao   Premium

> Portada

| Nuevo Usuario |
|---|
| Modificar Datos |
| Cuenta Familiar |
| Recordar ID y Contraseña |
| Ayuda Familiar |
| Aviso de Privacidad |
| Opciones de Comunicación |

**Nuevo Usuario Regístrate para obtener tu ID**

# ¡Regístrate Ahora!

Obtén tu Identificador de Terra y contraseña para acceder a tu correo Terra y todos los servicios y promocio... en el portal.
Los campos con **(\*)** son obligatorios.

## Escogiendo tu ID y contraseña

**Elige tu ID (identificador)**  `marurc`  **@terra.com (\*)**

» 3 y 32 caracteres.
» Son válidos las letras (excepto 'ñ' y vocales acentuadas), los numeros, el guión, el subrayado y el punto.

**Elige tu contraseña**  [_____]  **(\*)**

**Escribe otra vez tu contraseña**  [_____]  **(\*)**

» 6 y 32 caracteres.
» Son válidos las letras, números y caracteres especiales.
» Se distingue entre mayúsculas y minúsculas.

Utilizará:        ID pa...a
acceder ...    ...omoci...nes y
servicios      Terra ...om

Tu correo      ...erra será el ID
que escoj...    ...guido de
**@terra.c...**
Accede a       ...gina de correo
para activ...    ...cuenta al
terminar ...     ...gistrarte.

## Si olvidas tu contraseña

**Pregunta para recordar contraseña**  [Seleccione una de la Lista] ▼ **(\*)**

**Respuesta a la pregunta**  [_____]  **(\*)**

Puedes seleccionar una pregunta de la lista o escoger "otro". Si decides crearla tu, asegúrate que únicamente tú conozcas la respuesta. Si alguna vez se te olvida la contraseña, el sistema te hará la pregunta y al responder correctamente te mostrará la contraseña.

Asegúrate       ...que tu
respuesta       ...ácil de recordar
para tí pe...    ...ficil para otros.

## Datos Personales

**Nombre**  [_____]  **(\*)**

**Apellido**  [_____]  **(\*)**

**E-mail (correo) alternativo**  [_____]
**Notificaciones sobre tu cuenta de Terra serán enviadas a esta dirección de correo.**

**Sexo**  ⦿ Hombre  ○ Mujer  **(\*)**

**Fecha de nacimiento**  [Día ▼] de [Mes ▼] de [____]  **(\*)**

**Dirección**  [_____]

**Ciudad**  [_____]  **(\*)**

**País de residencia**  [Estados Unidos ▼]  **(\*)**

**Estado**  [-- ▼] estado de USA **(\*)**

Terra te b...      ...rá artículos,
noticias y       ...cios más
relevantes       ...ados en la
informació...     ...e ingreses en
esta secci...

Si no tiene...    ...a cuenta de
correo alte...    ...iva tu nuevo
Correo Te...      ...erá utilizado
para envia...     ...otificaciones
sobre tu c...     ...a de Terra.

| | |
|---|---|
| Código postal | _____ (*) |
| País de origen | **Estados Unidos** ▼ (*) |
| Ocupación | [ seleccione uno de la lista ] ▼ (*) |

☑ **Deseo recibir correo electrónico de terceros**
(con ofertas especiales para los usuarios de Terra)

☑ **Deseo recibir correo electrónico del Grupo Terra**
(con ofertas y promociones únicas para mí)

☑ **Deseo recibir Newsletters de Terra**
(descubre nuestros boletines de Deportes, Mujer, Entretenimiento, Autos y más)

**Ofertas que puedes disfrutar al registrarte**

Selecciones ☐ ¡Envíenme un ejemplar GRATIS de la revista en Español más popula    el mundo:
SELECCIONES! Llena de útiles consejos médicos y financieros, historias her    y mucho
más. Mi suscripción continuará durante 12 ejemplares más (13 en total) por    $19.97. Si
no me gusta, marcaré "cancelar" en la factura, la devolveré y no les deberé r

[ BORRAR ]    [ ENVIAR ]

Diseño: Gustavo Simchen.

» Conoce Terra en otros países    » Aviso Legal    » Privacidad    © Copyright    , Terra Network

*EXHIBIT "H"*

28

Subj:    **Print it...(Welcome to Terra.Com)**
Date:   9/9/2005 6:04:01 P.M. Eastern Daylight Time
From:  Marurc
To:     JohnF75712

**Haz clic en el enlace abajo para verificar tu dirección de correo y tu cuenta de Terra.** Esto te ayuda a proteger tu identidad y te permite participar en todas nuestras propiedades.

## Importante: ¡Haz clic aquí para verificar tu nueva cuenta!

**Tu ID (identificador) de Terra:**
marurc

**Tu nueva dirección de Correo Terra:**
marurc@terra.com

**Tu correo alternativo:**
marurc@aol.com

**Manteniendo tu cuenta:** Por favor **actualiza tu dirección de correo alternativa** en caso de cambiarla para que podamos ayudarte con cualquier problema de tu cuenta de Terra. También puedes ir a **www.terra.com**, hacer clic en Registrate y luego dirigirte a Datos Personales.

## ¿Qué puedo hacer con mi nueva cuenta de Terra?

**Administrar Tus Opciones de Comunicación**
¡Descubre nuestros boletines de Deportes, Entretenimiento, Mujer, Autos y más.

**Correo Terra**
» 5 Megabytes de espacio en Disco
» Bloqueo de correo no deseado (SPAM)
» Consolidación de cuentas de Correos.
Recibe otras cuentas de correo a través del Correo Terra

**Foros**
Publica fotos y anexos en tus conversaciones.

**Horóscopo Terra**
Lee tu horóscopo personalizado gratuito ahora en nuestro canal de Astrología. ¡Horóscopos, Tarot, numerología y mucho más!

**Mira Mi Foto**
¡Califica las fotos de otros usuarios y envíanos tus fotos para saber si los demás creen que son 'HOT' o no!

© Copyright 2004, Terra Networks
95 Merrick Way. Suite 706 - Coral Gable, FL - 33134
www.terra.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading entitled:

## PLAINTIFFS' RESPONSE, BY WAY OF OPPOSITION,
## TO DEFENDANT, TERRA NETWORKS, S.A. MOTION TO DISMISS [DE 70, 71]

was forwarded, this 13<sup>th</sup> day of September, 2005, by First Class Mail, to the individuals nam

on the attached DISTRIBUTION LIST.

John H. Pyro, Esq.
(BBO#159260)

DISTRIBUTION:

Richard Kirby, Esq.
Matthew Zayotti, Esq.
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113
Phone (617) 951-1400
Facsimile (617) 951-1354

Daniel J. Cloherty, Esq.
DWYER & COLLARA, LLP
600 Atlantic Avenue
Boston, MA 02210
Phone (617) 371-1021
Facsimile (617) 371-1037

Thomas G. Rohback, Esq.
James J. Reardon, Jr.
LeBoeuf, Lamb, Greene, & MacRae, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone 860, 293-3596
Fax    860, 293-3555

29

John J. Moakley, Clerk
U. S. District Court
United States Courthouse
1 Courthouse Way
Boston, MA  02210

SCANNED
DATE: 9/14/05
BY: M.P.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
(Boston Division)

| | |
|---|---|
| UNIVERSAL COMMUNICATION ) | |
| SYSTEMS, INC. (A Nevada Corporation), ) | |
| MICHAEL J. ZWEBNER (individually) & ) | |
| Others Similarly Situated ) | |
| Plaintiffs ) | CIVIL ACTION |
| vs. ) | NO. 05-10435-REK |
| ) | CONSOLIDATED WITH |
| LYCOS INC. *dba* THE LYCOS ) | NO. 05-11172-REK |
| NETWORK & TERRA LYCOS, INC. ) | |
| _____/ | |

CONSOLIDATED PROCEEDINGS

| | |
|---|---|
| UNIVERSAL COMMUNICATION ) | |
| SYSTEMS, INC. (A Nevada Corporation), ) | |
| MICHAEL J. ZWEBNER (individually) & ) | |
| Others Similarly Situated ) | |
| Plaintiffs ) | CIVIL ACTION |
| vs. ) | CASE NO. 05-11172-REK |
| ) | LEAD CASE |
| LYCOS INC. *dba* THE LYCOS ) | |
| NETWORK & TERRA NETWORKS, S.A.,) | |
| JOHN DOE #1 aka *"the_worm06"*, ) | |
| JOHN DOE #2 aka *"no_insiders"*, ) | |
| JOHN DOE #3 aka *"the_worm_06A"*, ) | |
| JOHN DOE #4 aka *"65175R"*, ) | |
| JOHN DOE #5 aka *"Henry_Johnson123"* &) | |
| JOHN DOE #6 aka *"quondo1"* ) | |
| JOHN DOE #7 aka *"Tobias95"* ) | |
| JOHN DOE #8 aka *"CrawleySmith"* ) | |
| Defendants ) | |
| _____/ | |

DOCKETED

75

**PLAINTIFFS' RESPONSE, BY WAY OF OPPOSITION,
TO DEFENDANT, TERRA NETWORKS, S.A. MOTION TO DISMISS [DE 70, 71]**

The Plaintiffs, Universal Communication Systems, Inc. & Michael J. Zwebner, (herein also collectively "UCSY"), respond, by way of this *Opposition*, to the Defendant Terra Networks, S.A.("TERRA") *Motion To Dismiss* [DE 70, 71].

I.      TERRA's Contested Jurisdictional Facts

A.      The TERRA Opposition - TERRA asserts that (a) the Raging Bull web site on The Lycos Network is "owned and operated by Terra's former subsidiary, Lycos"; (b) "Terra is a holding company for affiliated companies which primarily do business in Spanish-speaking countries[1]", (c) Terra "has never sold products or services in Massachusetts", (d) TERRA "does not own or lease space in Massachusetts, and (e) TERRA "has not retained liabilities of Lycos" from and after the sale the date of LYCOS in October of 2005, [DE 71 @ 4].

All of the prior assertions, with the possible exception of item (e), are contrary to the public records available from the SEC, the representations appearing upon the TERRA Corporate web page, and the representations appearing upon the TERRA Spanish language U.S. web portal for TERRA.COM, which is available for subscription throughout the United States, including Massachusetts.

---

[1]  Spanish is the dominant language in a number communities in this country, including Miami, Los Angeles, and many of the cities that border the southwestern United States. Accordingly, the market for Spanish language web services in this country is already existant and growing.

2

II.    Alternate (Substantive) Basis For TERRA Motion To Dismiss

A. The TERRA Opposition - TERRA asserts that all of UCSI claims are barred by the Communication Decency Action ("CDA"). 47 USC §230 [DE 71 @ 16]; the UCSY Anti-Dilution claim (Count III) is insufficiently plead, to set forth a claim under the Chapter 495.151, Fla. Stats., [DE 71 @ 18]; all claims have been released, [DE 71 @ 18]; the Federal cyber stalking statute does not implicate a "private of action". [DE 71 @ 19]; and, the State cyber stalking statute, Chapter 784.048, Fla. Stats. is invalid[2] [DE 71 @ 20].

This UCSY Opposition shall reference, where appropriate, its prior Opposition to the LYCOS Motion To Dismiss, and, supplement those arguments, to the extent not previously addressed in the prior filed UCSY Opposition.

I.    SUMMARY OF OPPOSITION –

A.    Personal Jurisdiction Over TERRA

1.    TERRA Contacts With Massachusetts - This District Court has personal jurisdiction over TERRA as a result of (a) TERRA's merger with LYCOS, and, thereafter, the TERRA assumption of control over the operation/coordination of the operation of the LYCOS business from within Massachusetts, (b) the TERRA physical presence in Massachusetts; (c) the TERRA coordinated operation of its Spanish language web portal, along with LYCOS business, from within Massachusetts; and, (d) TERRA's purposeful availment of the privileges and immunities of the Commonwealth of Massachusetts, through its contracting to provide services to Massachusetts residents in Massachusetts.  The Court is reminded that it is the "construct and operation" of the Lycos Network by the business entity formed upon the merger of LYCOS &

---

[2]    The reference in the Amended Complaint to Chapter 784.048, Fla. Stats., includes a typographical error.  The correct statutory provision, in the same Chapter, is Chapter 784.046, Fla. Stats..

3

TERRA, which is the subject of the Amended Complaint. Accordingly, the foregoing activities of TERRA, which occur in Massachusetts, are directly related to claims which are the subject of the Amended Complaint

      2.    <u>LYCOS Contacts With Massachusetts</u> – To the extent that TERRA is involved in the management of this merged enterprise, and there is no credible reason to believe that it is not, each of LYCOS and TERRA are to be treated, for personal jurisdictional purposes, as a representative and/or as an agent of the other, much like partners. Accordingly, this District Court has personal jurisdiction over TERRA, both based upon either it's own and/or the LYCOS contacts within this forum, LYCOS, *Liberty Mutual Insurance Co. v. Gardere & Wynne,* LLC, 1994 WL 707133, *6, (D.Mass. 1994), citing *Maker v. Bermingham* 592 N.E.2d 1339, (Mass. App. 1992), 32 Mass.App.Ct. 971.

      B.    <u>There Is Legal Basis For All Of The Claims</u>

      The legal basis for the claims of the Amended Complaint is set forth in the UCSY Opposition to the LYCOS Motion To Dismiss, which is herein incorporated by reference, [DE 72, Summary Of Opposition @ 2-8].

      1.    <u>Release Ineffective To Bar Claims Based Upon Deceitful Conduct</u> - As to the "release" defense, UCSY herein supplements it prior arguments as follows. Massachusetts Courts have held that facts supporting <u>deceitful</u> conduct, are <u>distinct from</u> those facts which give rise to a breach of contract claim; and, that contractual provisions, which purport to limit liability under such contract, do not present a bar to recovery for such deceitful conduct, *Standard Register Co. v. Bolton-Emerson, Inc.* 38 Mass. App. Ct. 545, 649 N.E.2d 791, 794 (1995) citing

4

*VMark Software, Inc. V. EMC Corp.*, 37 Mass App.Ct. 610, 619-621, 642 N.E. 587 (1994)[3]. As the Court can readily appreciate, the principles referenced in *VMark* and *Bates* are equally controlling, and applicable, to claims which arise from deceitful conduct that is unrelated[4] to the contract in which the release appears. Moreover, insofar all of the claims seek to enjoin the defendants' conduct that has, as its root cause, the manipulation of the publicly traded securities, and thus involve deceitful conduct, the principles articulated in *Standard Register* and *VMark*, also disfavor enforcement of a release in this case.

2.    Release Is Inapplicable To Non-Signatory To Subscriber Agreement - The release cannot apply to the corporate Plaintiff, UCSY, as a matter of law, because UCSY was not a signatory to the Subscriber agreement between LYCOS and individual Plaintiff, ZWEBNER. The interpretation of such release requires that this Court apply "traditional contract principles", to construe the agreement in a manner so as to provide "meaningful" as opposed to an "illusory" interpretation, *Manchester Knitted Fashions, Inc. v. Amalgamated Cotton Garment & Allied Industries Fund, et al.*, 967 F. 2d 688, 694 (1st Cir 1992). The *Manchester Knitted* Court also held that a contract cannot apply to a non-signatory, such as UCSY, where the extension of its provisions to a non-signatory was not intended by the signatories to the contract, *Id. @* 694

---

[3]    In the *VMark* case, the Massachusetts Appellate Court, in its review of a claim under Section 11, MGLA 93A, for fraudulent inducement to enter into a software license, refused to give effect to a limitation of liability provision contained in such license, *Id. @* 619, FN[11], citing *Bates v. Southgate*, 31 N.E. 2d 551 (1941) for the long standing principle that a party may not escape liability for misrepresentation by resort to a limitation of liability provision in a standard agreement.

[4]    The claims asserted in the Amended Complaint do not arise from either of the Plaintiffs' use of the Lycos Network, which is the rational for enforcement of the so-called "release".

ARGUMENT & CITATION OF AUTHORITY

II.    TERRA IS SUBJECT TO THE PERSONAL JURISDICTION OF THIS
DISTRICT COURT.

    A.    TERRA Does Not Dispute The Adequacy Of Service Of Process

Notable by its absence from the TERRA Motion, is any objection to service of process.
Count II of the Amended Complaint sets forth a cause of action arising under the laws of the
United States, 47 USC §223.    Count II of the Amended Complaint asserts, *inter alia*, that
LYCOS & TERRA operate a telecommunication facility (The Lycos Network), [DE 8 @
Paragraphs 40 & 41], and, that they knowingly permit The Lycos Network to be used to harass
and stalk UCSY and its management, [DE 8 @ Paragraph 44].    Presumably the "operation" of
this "telecommunication facility" is from the TERRA "Operating Headquarters" in
Massachusetts.    Thus, not only is there a direct nexus between the actions complained of within
this judicial district, but also the activity complained of is directed from this judicial district.
Accordingly, the "cause of action" under 47 USC §223 against TERRA arises from activities of
TERRA within this judicial district.

A cause of action under 47 USC §223 may be brought in any court in which a violation
of the statute occurs, *Nitke v. Ashcroft,* 253 F.Supp.2d 587, (S.D.N.Y.2003), citing 47 USC
§223(a)(1)(B).    Once having established that this judicial district is available to UCSY, and an
appropriate venue for pursuit of its Federal claim against TERRA, the doctrine of pendant
personal jurisdiction applies to the related State claims ("*Hermann* rule[5]"), *Nahigian v. Leonard
et al.*, 233 F.Supp. @ 159.    The so-called *Hermann* rule is accepted in Massachusetts, *Salpoglou
v. Shlomo Widder, M.D., P. A.*, 899 F.Supp. 835, 838 (D. Mass 1995).    Accordingly, this Court

---

[5]  *IUE AFL-CIO Pension Fund v. Hermann*, 9 F.3d 1049 (2nd Cir. 1993).

6

also has personal jurisdiction over TERRA, with respect to Counts I, III & IV, which arise under State (Florida) law.

      B.      <u>TERRA Operations Within Massachusetts</u>

      1.      <u>LYCOS Did Not Survive As An Independent Operating Company</u> - The <u>merger</u> of TERRA with LYCOS, into a <u>single juristic entity,</u> in October 2000, resulted in the creation of a new entity, TERRA LYCOS, TERRA SEC Form 424, filing, October 10, 2000, annexed hereto as <u>Exhibit "A"</u>. Immediately thereafter LYCOS withdrew its federal SEC registration, LYCOS SEC Form 10 filing, October 27, 2000, annexed hereto as <u>Exhibit "B"</u>. It is clear that LYCOS did not survive[6] as an independent <u>operating</u> subsidiary company of TERRA, but rather its business operation was simply folded into the entity[7], TERRA LYCOS, which combined the assets and personnel of both companies, into a single operating company, which was, thereafter, run from Massachusetts. The consolidation of these businesses into an amorphous enterprise, is reflected in the adoption of common themes for registration of subscribers to their respective web portals in the U.S. and foreign markets; and, the common advertising themes, which utilize both trade names and trademarks of each company, or of the combined company. For example, the TERRA's U.S. based enterprises, which have and continue to be operated from Miami (e.g. Terra Networks USA, Inc. (a TERRA company), have been merged into Terra Networks, LLC, (which lists LYCOS as the "managing member"), all share the "TERRA" family trademark in their trade name. LYCOS also owned and operated a Florida based company, Terra Networks Operations, Inc. (a LYCOS owned entity), which also merged into Terra Networks, LLC. This

---

[6]  It is not known if the corporate charter was maintained, or alternatively, if maintained, was little more than a paper company, with all of its operating responsibilities merged into the entity, TERRA LYCOS.

[7]  UCSY regards this entity as having the attributes of a "partnership". This conclusion is based upon the approximate equal ownership of this new enterprises by the shareholders of each of participants in the merger.

7

constant "morphing" of one business into another, under the same, or substantially the same, trade name, simply reflects the reality of intermingling of corporate assets and interests, which are indivisible, to all but the accountants, Exhibit "C"

2. TERRA Control Over Operation Of Lycos Network - From and after the merger between LYCOS & TERRA in October 2000, TERRA operated the merged business entity, TERRA LYCOS, from (4) offices throughout the United States, with it "Operating Headquarters" located adjacent to, or in the former LYCOS facility, in Waltham, Massachusetts, TERRA Corporate Web page "About Us: Our Offices", annexed hereto as Exhibit "D". The Operating Headquarters, located in Massachusetts, were presumably used to administer and operate The Lycos Network, including the offending Raging Bull web site, which is maintained on this Network. It is believed that TERRA also used this same Operating Headquarters to promote its a U.S. web portal, TERRA.COM, to potential Spanish language U.S. subscribers throughout the U.S., including in Massachusetts, TERRA Corporate Web page "About Us: Our Portal Network", annexed hereto as Exhibit "E".

C. TERRA Operations Outside Of Massachusetts Targeted At Massachusetts Residents

1. Solicitation Of Massachusetts Residents On "Interactive" Web Site - TERRA solicits[8] subscribers to its Spanish language web portal, TERRA.COM, on its interactive TERRA.COM web site, which is accessible to residents of Massachusetts from within Massachusetts, TERRA.COM Interactive web site, TERRA.COM home page, "Registrate

---

[8] The home page of TERRA.COM includes a free registration/subscription, which requires the disclosure of certain individual personal information, to permit log in privileges for use of the services offered by the TERRA.COM portal.

8

Gratis" window, annexed hereto as Exhibit "F". It makes no difference to this analysis whether TERRA performs this solicitation from within the United States or from Spain.

The TERRA.COM home page enables subscription, by "on-line" registration, from anywhere throughout the United States, including Massachusetts, TERRA.COM home page, "Registrate Gratis" window, annexed hereto as Exhibit "F"; TERRA.COM, application form for on-line registration, 'Registrate Ahora" for "marurc", annexed hereto as Exhibit "G". This registration process includes an email acknowledgement of registration by TERRA, and assignment of an "ID", which sent to a new subscriber, See acknowledgement and assignment of ID to subscriber ""marurc", annexed hereto as Exhibit "H".

2.      TERRA Coordination Of Operation Of TERRA.COM and Lycos Network - The integration of the Lycos Network and TERRA.COM is also evident in the virtual identity in the registration process, and Subscriber agreements of each of LYCOS and TERRA. Moreover, each of these "independent" operations provide for the sharing of registration information between them, (Privacy Policy provisions, which are explicitly incorporated into their Subscriber agreements). Accordingly, each of TERRA and LYCOS routinely exchange names and email address of their respective subscribers, and presumably use such information for targeted advertising, based upon the demographic information associated with each such subscriber.

3.      TERRA Contracts With Massachusetts Residents To Provide Services To Massachusetts Residents In Massachusetts – Upon completion of the foregoing registration process, which includes an acceptance of the TERRA Subscriber agreement, TERRA provides its Massachusetts subscribers with Spanish language services, through it U.S. web portal, TERRA.COM.      Such purposeful availment of the privileges and immunities of the

9

Commonwealth of Massachusetts, lend additional support to the overall fairness equation, in subjecting TERRA to the personal jurisdiction of this District Court.

It makes no difference to the foregoing analysis if TERRA has never physically set foot in Massachusetts. More specifically, the Massachusetts long arm statute permits exercise of personal jurisdiction over a non-resident operator of a web site, upon a finding that such site is "interactive", as opposed to purely informational or "passive", *Venture Tape Corp. v. McGills Glass Warehouse*, 292 F.Supp. 2d 230, 232 (D. Mass. 2003). In this case, the U.S. Spanish language web portal, TERRA.COM provides services accessible to Massachusetts registered subscribers, pursuant to a service agreement, with TERRA in Massachusetts. This registration process, creates a nexus between the subscriber and TERRA in Massachusetts, and thereby enables TERRA to target certain of its services to its Massachusetts subscribers. It is noted that the registration process includes the disclosure of the subscriber's email address. Accordingly, TERRA's services and products, and those of it web site sponsors, can be targeted to registered subscribers in Massachusetts by email solicitation alone. Thus, once registered, a Massachusetts subscriber need not log onto the TERRA.COM web portal to be targeted in Massachusetts by TERRA, or one of the TERRA web portal sponsors.

The issue of personal jurisdiction over a non-resident, web site operator has as yet to be squarely addressed in this Circuit. Notwithstanding, it would appear from *Venture Tape* decision that this Circuit is inclined to follow the $3^{rd}$ Circuit lead in this area, *Id.* @ 232, citing in *Toys "R" Us, Inc. v. Step Two S.A., et al.*, 318 F.3d 446 ($3^{rd}$ Cir 2003). In this $3^{rd}$ Circuit approach, personal jurisdiction over a non-resident, web site operator is permissible, provided that there is "something more[9] than simply making an interactive web site available (in the

---

[9] The non-resident's "purposeful availment" of the privilege of doing business in the forum satisfies this requirement, *Id.* 452

forum)", *Id.* @ 452-53. In this case, unlike the *Toys "R" Us* fact pattern, there is something more – TERRA's "registration of Massachusetts subscribers by the web host", TERRA's "contract for the supply of services" in Massachusetts on its U.S. Spanish language web portal, TERRA.COM, and, the TERRA's physical location of its "Corporate Operations" in Massachusetts.

> When a defendant makes a conscious choice to conduct business with residents of the forum state, "it has clear notice that it is subject to suit there"... *Zippo Manufacturing Co. v. Zippo Dot Com, Inc.*, 952 F. Supp. 1119, 1124-26 (W.D. Pa. 1997) (citing *World-Wide Volkswagen*, 444 U.S. @ 297, 100 S.Ct. @ 559)

See also *Hartoy Inc. v. Thompson,* 2003 WL 21468079 (D. S.D. Fla 2003) for application of the so-called *Zippo* Court's "sliding scale" analysis for application of long arm statutes to a non-resident, interactive web site. In the *Hartoy* Court's analysis of very similar jurisdictional issues, the District Court adopted the "sliding scale" of electronic contacts with Florida by an internet based business, to gauge the reasonableness of subjecting the defendant to personal jurisdiction under the Florida Long Arm statute, *Id.* @ \*4. Upon performance of this analysis, the District Court in *Hartoy* concluded that where the web site of a foreign corporation permitted/enabled the consummation of a transaction on its web site within the State of Florida, its was engaged in business within the State Of Florida[10], so as to satisfy the Florida Long Arm Statute requirements for the exercise of personal jurisdiction, *Id.* @ \*4, citing *Gorman v. Ameritrade Holding Corp.*, 293 F.3d 506, 510 (D.C. Cir. 2002). Not unlike the non-resident Defendant in *Gorman*, TERRA actively solicits Massachusetts residents, within Massachusetts, as subscribers to its U.S. to its internet accessible portal, TERRA.COM. Such Massachusetts

---

[10] The Florida long arm statute is more conservative than the Massachusetts long arm statute, in that the Courts of Florida cannot exercise personal jurisdiction over a non-resident, to the full extent permitted under the procedural due process requirements of the 14th Amendment.

11

residents are enrolled, on-line, as subscribers to TERRA's internet service, through TERRA's

U.S. internet accessible portal, on its interactive web site, TERRA.COM, from within

Massachusetts.    Thereafter, TERRA supplies it Massachusetts subscribers with services, under

contract, in Massachusetts.

D.    The Allegation Of Personal Jurisdiction Over TERRA Make Out A *Prima Facie*

Case For This Court's Exercise Of Personal Jurisdiction & Remain Undisturbed

1.    Jurisdictional Allegations Of Amended Complaint – The factual allegations

setting forth the basis for this Court's exercise of personal jurisdiction over TERRA appear in

Paragraph 14 of the Amended Complaint, [DE 8 @ Paragraph 14], which is reproduced below:

14.    The Defendant, TERRA NETWORKS, S.A. is company which is believed
to have its principle place of business in Barcelona Spain.    TERRA NETWORKS, S.A.
conduct world-wide operations through affiliates and business agents located in various
countries throughout the world, including the United States....

(b)    At the time of the acts complained of herein, TERRA NETWORKS, S.A.,
exercised and/or had the right to exercise control over both LYCOS, INC.
& THE LYCOS NETWORK, including the right to control and/or restrict
access to the LYCOS NETWORK.    Upon information and belief, the
DEFENDANT, TERRA NETWORKS, S.A., exercised control over
LYCOS, INC. & THE LYCOS NETWORK, from its offices in Miami-
Dade County, Florida.

(c)    At all times material hereto, TERRA NETWORKS directly and indirectly,
conducted its various business operations through a maize of companies
throughout the world, including its operations in the United States.    The
DEFENDANT, LYCOS, INC. was an integral part of this maize....

(g)    Upon information and belief, a unity of interest exists between each of
TERRA NETWORKS, S.A. and LYCOS, INC., which each of TERRA
NETWORKS, S.A. and LYCOS, INC., acting as the agent, representative,
and/or principal of each other when performing the acts alleged in this
Complaint; and each of TERRA NETWORKS, S.A. and LYCOS, INC.
should be treated as fully responsible and liable for the acts alleged in this
Complaint.

12

2.    Contested Jurisdictional Facts – TERRA has filed a Declaration by its former legal director, Diego Colchera, [DE 71, Declaration Exhibit] in which he states that:

(a)    TERRA conducts "no business of its own in Massachusetts", [DE 71, Declaration Exhibit, Paragraph 2]

(b)    TERRA' has ever had a physical presence in the United States, [DE 71, Declaration Exhibit, Paragraph 3];

(c)    at the time of the merger of LYCOS with TERRA, LYCOS became a wholly owned subsidiary, [DE 71, Declaration Exhibit, Paragraph 4];

(d)    the TERRA corporate web site is "entirely a passive site, used for the dissemination of information". [DE 71, Declaration Exhibit, Paragraph 7];

(e)    the TERRA corporate web site incorrectly lists "Waltham, Massachusetts as an operational headquarters", [DE 71, Declaration Exhibit, Paragraph 7]; and

(f)    the Raging Bull web site "was never controlled or maintained by Terra", [DE 71, Declaration Exhibit, Paragraph 12]

This Declaration is unworthy of consideration by this Court.  It is noted and emphasized that even though the Colchera Declaration references the TERRA corporate web page in his Declaration, he does not address the activities of the TERRA U.S. web portal, TERRA.COM, in his statements regarding the presence of TERRA in Massachusetts.  These activities, relative to TERRA.COM, are referenced on the same corporate web pages; and, such corporate pages explicitly acknowledges the existence and availability of such services to U.S. residents, including the residents of Massachusetts, TERRA corporate web page, "Our Portal Network", annexed hereto as Exhibit "E".  It is, thus, undisputed that TERRA is engaged in providing

13

services to Spanish language residents of the U.S. through its U.S. web portal, TERRA.COM, and such fact is ignored by Colchera in his Declaration, which states in Paragraph 2 that,

> TERRA conducts no business of its own in Massachusetts.    TERRA does not actively solicit business in Massachusetts, and TERRA has not sold products or services in Massachusetts.

Paragraph (2) is thus inaccurate and misleading.

The TERRA business operation, in respect to its Spanish language, U.S. web portal, TERRA.COM, is indeed relevant to the issues before the Court, because it reflects, in each of the Lycos English language web site and the TERRA.COM Spanish language web site, an "intermingling of parent and subsidiary assets".    More specifically, even a superficial comparison of these two web sites reveals the adoption of common advertising themes, registration practices, subscriber agreements, common trademark usage, etc..  TERRA explicitly acknowledges in its Motion To Dismiss that such factors are relevant on the issue of the corporate independence of TERRA and LYCOS, [DE 71, TERRA Motion To Dismiss @ 10]. Such independence, or in this case the converse, merger of the businesses of each company into an integrated business entity, TERRA LYCOS, is persuasive evidence of TERRA participation and control over the operation of the Lycos Network – which is administered from within Massachusetts.

3.    The Public Record Contradicts The Colchera Declaration - At the outset, it is noted that the Plaintiffs first raised the issue of the TERRA presence in the United States, (Florida), based upon the representations contained on the TERRA corporate web site, more than six (6) months ago on March 3, 2005, *Plaintiffs' Response By Way Of Opposition To Defendant, Terra Networks, S.A. Motion To Dismiss [DE 18]*.    In the six (6) months since this issue was

14

first brought to the attention of TERRA, no effort has been made to correct this representation, relative to its presence in the United States, including Massachusetts, on the TERRA corporate web site[11].

Not only is the Colchera Declaration unworthy of consideration by this Court because its incompleteness and material omissions relative to TERRA.COM, but it is also contradictory of the public representations made by TERRA to the SEC filings. Accordingly, the contradictory allegations contained in the Colchero Declaration are inadequate to refute the TERRA relationship with LYCOS in Massachusetts, or the TERRA presence in Massachusetts, *Mass. School of Law at Andover, Inc. v. American Bar Ass'n.*, 142 F.3d 26, 34 (1st Cir. 1998), citing to *Ticketmaster-New York, Inc. v. Alioto*, 26 F.3d 201, 212 (1st Cir 1994), which looks to the "totality of the circumstance", in assessment of whether the exercise of personal jurisdiction over a non-resident offends traditional notion of justice and fair play.

E.    Totality Of Circumstances Favor Exercise Of Personal Jurisdiction Over TERRA

Under the foregoing circumstances, TERRA, either directly, or indirectly through LYCOS, was engaged in continuous and systematic contact with the Massachusetts, and, controlled and/or participated in the control/operation, of the Lycos Network. All of the claims asserted against TERRA sound in tort. The operation of the Lycos Network in Massachusetts, gave rise to the Plaintiffs claims. Accordingly, the cause of action against TERRA is related to TERRA's conduct, or that of its partner/agent, LYCOS, in Massachusetts. The *prima facie* jurisdictional facts, alleged in the Amended Complaint, [DE 8 @ Paragraph 14], remain undisturbed because the Colchera Declaration is unworthy of consideration by this Court, as a

---

[11]    The TERRA web page Exhibits that are attached to this Opposition were obtained for inclusion herein as recently as September 5, 2005.

result of material omissions relative to TERRA's business activities in the U.S.    This total failure to address the implications of TERRA's provision of service to Massachusetts residents on it Spanish language U.S. web portal, TERRA.COM, is material to the "intermingling" of the assets of LYCOS and TERRA, specifically, the common registration process, sharing of registration information, common advertising themes, common trademark usage, to name a few.

Moreover, such Declaration is contradictory of the public record (TERRA corporate web page) with respect to the location off the TERRA offices in the U.S,, including Massachusetts. It is noted and emphasized that the issue of the TERRA presence was raised more than six (6) months ago, based upon the representations appearing in the TERRA corporate web site, in pleadings filed in the District Court in Florida.    No correction of this alleged inaccuracies in this representations, as to the location of the TERRA U.S. offices, has as yet occurred.    To the extent not accurate, TERRA is estopped from disclaiming their accuracy.    In view of the totality of circumstances, including the contradictory assertions contained in the Colchera Declaration, TERRA cannot be heard to complain that the exercise of general personal jurisdiction over it by this Court offends traditional notions of fair play and substantial justice.

III.    ALL OF THE COUNTS OF THE AMENDED COMPLAINT COMPORT WITH THE REQUIREMENTS OF RULE 12(B)(6)

A.    "Good Samaritan" Immunity Defense - The TERRA Motion adds nothing to the prior filed LYCOS Motion To Dismiss, relative to the defenses asserted under the Communication Decency Act, and under the "release' contained in the contract (Subscriber Agreement" between LYCOS and Plaintiff, Zwebner.    The LYCOS position is that such immunity is virtually "absolute", irrespective of the nature of the activities that are complained of.    The TERRA Motion To Dismiss, as did the LYCOS Motion To Dismiss, simply invokes the

16

4th Circuit appellate decision in *Zeran*, without analysis or comparison, or application of the law
to the facts of this case, [DE 71 @ 17]

The Court is reminded that the Baltimore District Court interpretation of the CDA,
affirmed by the 4th Circuit, favored the retention and enforcement of State laws, not otherwise
inconsistent with the policy objectives of the CDA,  More specifically, the District Court in
*Zeran*, held that the policy provisions of the CDA, and the explicit exemptions contained in the
CDA, reflect the Congress' unambiguous intent to retain state law remedies, except in event of
clear conflict between those remedies and the CDA, *Zeran v. America Online, Inc.,* 958 F.Supp.
1124, 1131 (E.D.Va.1997), *affirmed* 129 F.3d 327, *certiorari denied* 118 S.Ct. 2341, 524 U.S.
937, 141 L.Ed.2d 712.  The *Zeran* District Court went on to find that the Congressional purpose
in enacting the CDA was not to preclude State regulation of the internet, "...but rather to
eliminate obstacles to the private development of blocking and filtering technologies capable of
restricting inappropriate online content.", *Id.* @ 1131.

B.     Release Defense – The interpretation of the release in the Subscriber agreement
between LYCOS and the individual Plaintiff, ZWEBNER, is a matter of law for determination
by the Court.

The release in the Subscriber Agreement, with Plaintiff, ZWEBNER, by its express terms
is limited in its application, if at all, to claims arising from ZWEBNER's use of the Lycos
Network.  None of the claims asserted in the Amended Complaint arise out of the Plaintiffs' use
of the Lycos Network.

The TERRA reliance upon the release in the Subscriber Agreement between LYCOS and
Plaintiff, ZWEBNER, as effective to bar to all claims, irregardless of their basis [DE 3, 18], is
unavailing as to either of the Plaintiffs.  UCSY contends that none of claim arise out of the use

17

of the Lycos Network, but rather the use, or more accurately, the abuse thereof by others, including all of the Defendants. More specifically, Count I of the Amended Complaint is based upon the use of the Lycos Network by others to manipulate the stock price of the UCSY publicly traded stock; Count II is based upon the use of the Lycos Network by others to harass and abuse the Plaintiffs with anonymous telecommunications; Count III of the Amended Complaint is based upon the LYCOS compilation of misinformation regarding the Plaintiffs, and distribution thereof in a manner so as to damage the business reputation of the UCSY; and. Count IV of the Amended Complaint is based upon complicity of defendant to engage in the use of electronic means (internet) to stalk the Plaintiff, ZWEBNER, in the State of Florida. Accordingly, the claims asserted against the defendants do not arise as a result of either of the Plaintiff's use of the Lycos Network. Accordingly, none of the claims are barred by the release.

In performing its analysis and determination the Court is to apply "traditional contract principles", to construe the agreement in a manner so as to provide "meaningful", as opposed to an "illusory", interpretation, *Manchester Knitted Fashions, Inc. v. Amalgamated Cotton Garment & Allied Industries Fund, et al.*, 967 F. 2d 688, 694  The "intent of the parties" is the focus of any such analysis.

UCSY is not a signatory to the Subscriber agreement. Clearly the parties did not intend UCSY to be bound by such agreement. Had that been the case, it was incumbent upon the drafter, LYCOS, to provide such inclusive language, which it did not. Accordingly, even if the release is inclusive of the scope of the claims of the Amended Complaint, and the enforcement thereof is not contrary to the public policy of Massachusetts, it is still not effective to bar the claims asserted by UCSY against any of the defendants.

18

The District Court in *Manchester Knitted Fashions (MKF)* was confronted with a situations, not unlike presented by the facts in this case, namely, an assertion by the union (plaintiff) that *MKF* was liable to the union for withdrawals made from the pension fund, even though *MKF* was not a signatory to the original trust agreement, which established the pension fund. The basis for the union claim was that the *MKF* execution of a Supplemental agreement, which referenced the original trust document, amounted to an acceptance/assumption by *MKF* for losses sustained by withdrawals from the pension fund. The *MKF* Court refused to extend liability to *MKF*, a non-signatory to the original trust agreement; and, further held that in its execution of the Supplement agreement, MKF could not have "...contemplated the imposition of...liability...(under the trust agreement)...when it executed the Supplemental agreement.", *Id.* @ 694

Upon performance of similar analysis, UCSY contends that the release is inapplicable to the claims asserted in the Amended Complaint, and, in any event, is unenforceable against a non-signatory.

C.    Summary & Conclusion -

The TERRA pervasive presence throughout the United States, as a result of its on-line solicitation and registration of Spanish language residence, in the United States, comprises a purposeful availment of the privileges and immunities of the United States, so as to afford national service process upon TERRA.   TERRA does not contest that it has been properly served, and it has not entered a special appearance in this matter, for the limited purpose of contesting this Court's personal jurisdiction.

The claims of the Amended Complaint are based upon the "construct and operation" of the Lycos Network.   Accordingly, the conduct which is the subject of the claims originates from

19

within Massachusetts. The TERRA Motion To Dismiss strains credibility relative to absence of direct involvement by TERRA in the operation of the Lycos Network, a business for which TERRA paid in excess of 1 billion dollars. Under these facts and circumstances, it does not offend traditional notions of justice and fair play, to subject TERRA to the personal jurisdiction of this District Court in Massachusetts..

## IV.    CONCLUSION

The *prima facie* allegations of personal jurisdiction over TERRA by this Court, remain undisturbed. The Plaintiffs are entitled to limited discovery to challenge the allegations that TERRA does provide services to residents of Massachusetts in Massachusetts. To the extent that such issue is pivotal to this Court determination, Plaintiffs request deferral of decision on the TERRA Motion To Dismiss, until Plaintiffs are afforded an opportunity to conducted limited discovery on this point (e.g. TERRA.COM contracts for services in Massachusetts).

Similarly, with respect to the TERRA alternate basis for dismissal, the determination of what duties comprise the exercise of "a publisher traditional functions", requires a factual determination by this Court, which is impermissible under the procedural posture in which such defense is presented.

Respectfully,

John H. Faro, Esq. (BBO #159260)
Attorney For Plaintiffs

Faro & Associates
44 West Flagler Street, Suite 1100
Miami, Florida 33130-1808
phone (305) 424-1112
fax    (305) 424-1114

20

*EXHIBIT "A"*