UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNIVERSAL COMMUNICATION SYSTEMS   )
INC., a Nevada Corporation; MICHAEL J.   )
ZWEBNER, individually; and   )
others similarly situated   )
    Plaintiffs,   )
                                            )
    v.   )
                                            )   Civil Action
                                            )   NO. 05-11172-REK
LYCOS, INC., d/b/a THE LYCOS   )
NETWORK and TERRA NETWORKS, S.A. ,   )
JOHN DOE #1 aka "the worm06"   )
JOHN DOE #2 aka "no_insiders"   )
JOHN DOE #3 aka "the worm06A"   )
JOHN DOE #4 aka "65175R"   )
JOHN DOE #5 aka "Henry_Johnson123" &   )
JOHN DOE #6 aka "quondo1"   )
JOHN DOE #7 aka "Tobias95"   )
JOHN DOE #8 aka "CrawleySmith"   )
    Defendants.   )
_____)

**ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF LYCOS INC'S MOTION TO DISMISS THE COMPLAINTS**

       Pursuant to Local Rule 7.1(B)(3), Defendant Lycos Inc. ("Lycos") hereby moves for leave to file an Assented To Reply Memorandum In Support Of Lycos Inc's Motion To Dismiss The Complaints ("Reply Memorandum").  As grounds for this motion, Lycos states that a Reply Memorandum is necessary to respond to the issues raised in the Plaintiff's Opposition to Lycos' Motion to Dismiss the Complaints, and will assist the Court in addressing said Motion to Dismiss, which is currently set for hearing on

September 28, 2005. A copy of the Lycos' proposed Reply Memorandum is attached hereto as Exhibit A.

Wherefore, Lycos respectfully requests that it be granted leave to file the attached Reply Memorandum in support of its pending Motion.

Respectfully submitted,

LYCOS, INC.

By its attorneys,

/s/ Rachel Zoob-Hill
David A. Bunis, (BBO #550570)
Daniel J. Cloherty (BBO #565772)
Rachel Zoob-Hill (BBO #659041)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1000

Dated: September 27, 2005