IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNIVERSAL COMMUNICATION
SYSTEMS, INC., and MICHAEL J. ZWEBNER,
Individually and Others Similarly Situated,

        Plaintiffs,

vs.

LYCOS, INC., d/b/a THE LYCOS NETWORK
& TERRA NETWORKS, S.A., et al.,

        Defendants.
_____/

Civil Action Number 04-MA-952-REK

### RENEWED UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to LR. 83.5.2, Alexander Angueira and Christopher L. Barnett, on behalf of the law firm Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. ("Stearns Weaver"), renew their motion for leave to withdraw as counsel for Terra Networks, S.A. ("Terra") and state:

1. This action was originally filed in the U.S. District Court for the Southern District of Florida, and the undersigned counsel was retained to represent and defend Terra in that court.

2. On June 6, 2005, however, the matter was transferred to the U.S. District Court for the District of Massachusetts. As a consequence of the transfer Terra retained LeBoeuf, Lamb, Greene & MacRae, LLP ("LeBoeuf Lamb") to undertake the representation in Massachusetts.

3. On July 8, 2005 LeBoeuf Lamb formally made its appearance in this Court on behalf of Terra. (D.E. #57).

4. Accordingly, on July 21, 2005, the undersigned filed their Motion for Leave to Withdraw As Counsel for Terra. (D.E. #62).

Civil Action Number 05-11172-REK

5. On July 26, 2005, the Court entered a Procedural Order denying all pending motions without prejudice, including the undersigned's Motion to Withdraw. (D.E. #63)

6. The undersigned, therefore, renews their Motion to Withdraw as Counsel.

7. Defendants, Lycos, Inc. and Terra have consented to the withdrawal.

**WHEREFORE,** the undersigned respectfully request that the Court issue an order granting Alexander Angueira, Christopher L. Barnett, and the Stearns Weaver law firm leave to withdraw as counsel for Terra in this matter.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Suite 2200 - Museum Tower
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200 - Telephone
(305) 789-3395 - Facsimile

By: _____
ALEXANDER ANGUEIRA
aangueira@swmwas.com
CHRISTOPHER L. BARNETT
cbarnett@swmwas.com

-2-

Civil Action Number 05-11172-REK

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail on this __29__ day of September, 2005 to:

**JAMES J. REARDON, ESQ.**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**RICHARD B. KIRBY, ESQ.**
**MATTHEW P. ZAYOTTI, ESQ.**
Keegan Werlin, LLP
265 Franklin Street
Boston, Mass. 02110-3113

**JOHN H. FARO, ESQ.**
*Attorneys for Plaintiffs*
44 West Flagler Street
Suite 1100
Miami, FL 33130-1808

**LARRY A. STUMPF, ESQ.**
*Attorneys for Lycos, Inc.*
Black, Srebnick, Kornspan & Stumpf, PA
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131

**DANIEL J. CLOHERTY, ESQ.**
*Co-Counsel for Lycos, Inc.*
Dwyer & Collara, LLP
600 Atlantic Avenue
Boston, MA 02210

              _____
              CHRISTOPHER L. BARNETT

G:\W-LIT\37602\001\MOTIONS\Renewed.mtn-withdraw.wpd

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ■ 150 West Flagler Street ■ Miami, FL 33130 ■ 305-789-3200