**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**
(Boston Division)

| | | |
|---|---|---|
| UNIVERSAL COMMUNICATION | ) | |
| SYSTEMS, INC. (A Nevada Corporation), | ) | |
| MICHAEL J. ZWEBNER (individually) & | ) | |
| Others Similarly Situated | ) | |
| Plaintiffs | ) | CIVIL ACTION |
| vs. | ) | CASE NO. 05-11172-REK |
| | ) | |
| LYCOS INC. *dba* THE LYCOS | ) | |
| NETWORK & TERRA NETWORKS, S.A.,) | | |
| JOHN DOE #1 aka *"the_worm06"*, | ) | |
| JOHN DOE #2 aka *"no_insiders"*, | ) | |
| JOHN DOE #3 aka *"the_worm_06A"*, | ) | |
| JOHN DOE #4 aka *"65175R"*, | ) | |
| JOHN DOE #5 aka *"Henry_Johnson123"* &) | | |
| JOHN DOE #6 aka *"quondo1"* | ) | |
| JOHN DOE #7 aka *"Tobias95"* | ) | |
| JOHN DOE #8 aka *"CrawleySmith"* | ) | |
| Defendants | ) | |

**PLAINTIFFS' MOTION UNDER RULE 15
FOR LEAVE TO FILE AMENDED COMPLAINT**

The Plaintiffs, Universal Communication Systems, Inc, (herein also "UCSY") and

Michael J. Zwebner, (herein also "ZWEBNER"), by an through the undersigned counsel, herein

move, pursuant to Rule 15(a), Fed.R.Civ. Proc., for an Order granting leave to file their

Amended Complaint, which is annexed hereto as Exhibit "1".

Compliance With Local Rule 7.1 – Preliminary to the filing of the instant Motion, Boston

counsel for the Plaintiffs, Matthew Zayotti, Esq. contacted counsel for the Defendants, Lycos,

Inc. and Terra Networks, S.A. to advise them of the Plaintiffs intent to file for leave to amend

their pleadings. In each instance, Daniel Cloherty, Esq. ('counsel for LYCOS, Inc.) and James

Reardon, Esq. (counsel for TERRA NETWORKS, S.A,) voiced opposition to the filing of the

instant Motion.    Accordingly, it is anticipated that they each shall file a formal opposition to such Motion.

<u>Dismissal Of Amended Complaint</u> - The instant Motion For Leave To Amend has been necessitated by this Court's ruling on October 11, 2005, that the allegations of the Amended Complaint [DE 8] were insufficient, under Rule 12(b)(6), to state a cause of action against the LYCOS and TERRA NETWORKS.

In granting the LYCOS and TERRA NETWORKS Motions To Dismiss [DE 66], under Rule 12(b)(6), the Court ruled that the allegations of the Amended Complaint, specifically Paragraphs 35 and 36, were insufficiently plead to establish that either LYCOS or TERRA NETWORKS had rendered "culpable assistance" to the John Doe Defendants in respect to their postings of information on the UCSY message board of the RAGING BULL web site.    In reaching its decision, the Court indicated that the Plaintiffs could not argue that the factual allegation of Paragraph 35 & 36, support the legal conclusion that the "construct and operation" of the LYCOS NETWORK contributed to the development of the information on the UCSY message board of the RAGING BULL web site, because the Amended Complaint did not seek to hold either LYCOS or TERRA NETWORKS potentially liable to Plaintiffs as a <u>content provider</u>.    The proposed Second Amended Complaint has removed the latter deficiency in the pleadings.

The proposed Amended Complaint has been further refined to separate the claims against LYCOS & TERRA NETWORKS, on the one hand, for the JOHN DOE Defendants, on the other hand.    Accordingly, Count I is now limited to the JOHN DOE Defendants, and Counts II to V are directed to exclusively to LYCOS & TERRA NETWORKS.

2

In addition, the proposed Amended Complaint has been amended to correct a typographical error in the prior Count IV, specifically, to change of the reference to the Florida cyber stalking statute from *F.S. 784.048 to 784.046.*

The proposed Amended Complaint adds a Demand For Jury Trial, as to all factual matters triable before a jury.

Lastly, the Defendant's counsel had inferred at the October 11, 2005, hearing before the Court that the pleadings were also insufficient to establish subject matter jurisdiction over the JOHN DOE Defendants.   Notwithstanding that the counsel for LYCOS has not, as yet, entered an appearance on behalf of the JOHN DOE Defendants, Plaintiffs have reviewed their pleadings and further amended the allegations of jurisdictional facts as to the John Doe Defendants, whom it has reason to believe are Roberto Villasenor, a citizen of the State Of California, and thereby remove any potential objection to the sufficiency of the allegations of jurisdictional facts.

Good Cause To Permit Further Amendment - Notwithstanding that the Plaintiffs' claims against the Defendants, in one form or another, have been pending for more than 15 months, the hearing before this Court on October 11, 2005, was the first opportunity in which judicial scrutiny and comment on the sufficiency of the pleading has been offered.   Accordingly, the Plaintiffs have not, until October 11, 2005, been apprised of any deficiencies in their pleadings, and, therefore, have not had an opportunity to refine their cause of action against the Defendants to comply with the guidance of the Court.   Thus, the proposed amendments are the first instance in which the Plaintiffs have had to clarify, and more precisely refine, the basis of their complaints against the Defendants, consistent with Rule 12(b)(6).   Accordingly, the Plaintiffs believe that there is good cause for granting the instant Motion For Leave To Amend, and respectfully request that their Motion For Leave To Amend be granted.

3

Jury Demand – The proposed Amended Complaint also has been amended to include a demand for a trial before a jury.

Relation Back - Insofar as the claims asserted in the proposed Amended Complaint arise out of the same set of operative facts as the prior pleading, it is also respectfully requested that the date of filing of the proposed Amended Complaint related back to the date of the filing of the original pleadings in this matter.

Respectfully,

John H. Faro, Esq.
(BBO #159260)

Faro & Associates
44 W. Flagler Street, Suite 1100
Miami, FL 33130
Phone (305) 424-1112
Fax    (305) 424-1114

4

EXHIBIT "1"

(PROPOSED AMENDED COMPLAINT)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (Boston Division)

| | |
|---|---|
| UNIVERSAL COMMUNICATION ) <br> SYSTEMS, INC. (A Nevada Corporation), ) <br> MICHAEL J. ZWEBNER (individually) & ) <br> Others Similarly Situated ) <br>           Plaintiffs ) <br> vs. ) <br> ) <br> LYCOS INC. *dba* THE LYCOS ) <br> NETWORK & TERRA NETWORKS, S.A.,) <br> JOHN DOE #1 aka *"the_worm06"*, ) <br> JOHN DOE #2 aka *"no_insiders"*, ) <br> JOHN DOE #3 aka *"the_worm_06A"*, ) <br> JOHN DOE #4 aka *"65175R"*, ) <br> JOHN DOE #5 aka *"Henry_Johnson123"* &) <br> JOHN DOE #6 aka *"quondo1"* ) <br> JOHN DOE #7 aka *"Tobias95"* ) <br> JOHN DOE #8 aka *"CrawleySmith"* ) <br>           Defendants ) <br> _____/ | CIVIL ACTION <br> CASE NO. 05-11172-REK |

## SECOND AMENDED COMPLAINT – CLASS ACTION

The is an action by the PLAINTIFF, UNIVERAL COMMUNICATION SYSTEMS, INC. (herein also "UCSY" or "PLAINTIFF" or "CORPORATE PLAINTIFF") and Michael J. ZWEBNER (herein also "ZWEBNER" or "PLAINTIFF" or "INDIVIDUAL PLAINTIFF") against the Defendants, LYCOS, INC. & TERRA NETWORKS, S.A., (collectively, "TERRA LYCOS"), also *dba* THE LYCOS NETWORK (also collectively "DEFENDANTS" or "TERRA LYCOS"), JOHN DOE #1 aka *"the_worm06"*, JOHN DOE #2 aka *"no_insiders"*, JOHN DOE #3 aka *"the_worm_06A"*, JOHN DOE #4 aka *"65175R"*, JOHN DOE #5 aka *"Henry_Johnson123"*, and JOHN DOE #6 aka *"quondo1"*, JOHN DOE #7 aka *"Tobias95"*, JOHN DOE #8 aka *"CrawleySmith"* (also collectively "JOHN DOE DEFENDANTS"), all of whom were at one time or another, subscribers to the LYCOS NETWORK

<u>NATURE OF ACTION</u>

The Defendants, TERRA LYCOS, are and remain in privity with the JOHN DOE Defendants, by virtue of a formal agreement between them (also Subscriber Agreement) relating to use of the LYCOS NETWORK by the JOHN DOE Defendants.   The interests of TERRA LYCOS and the JOHN DOE Defendants, are, thus, indivisible, so that a disposition of this action against the JOHN DOE Defendants, in the absence of TERRA LYCOS, may as a practical matter impair or impede TERRA LYCOS ability to protect their interests in the operation of the LYCOS NETWORK.     Accordingly, TERRA LYCOS is indispensable to pursuit of the PLAINTIFFS' claims against the JOHN DOE Defendants.

The PLAINTIFFS' claims arise from Defendants (a) violation of Florida Law specifically *F.S. §517.301*, for Fraudulent Transactions: falsification and/or concealment of facts, (b) violations of Federal Law, specifically, *47 USC §223*, for Cyber Stalking, (c) violation of Florida Law, specifically, *F.S. § 495.151. et seq.*, for dilution of UCSY's trade name, and (d) *F.S. § 784.046. et al.*, for Cyber Stalking.

All of the claims asserted herein relate to <u>either</u> the JOHN DOE Defendants posting of false and misleading information relating to the financial condition, business prospects and management integrity of the Plaintiffs, upon the "UCSY" message board on RAGING BULL financial site maintained by the LYCOS NETWORK (<u>Count I</u>); <u>or</u>, relate to the TERRA LYCOS participation in the development of false and misleading information upon the "UCSY" message board on RAGING BULL financial site, (Counts II to V).

CLASS ACTION ALLEGATIONS

1.    The Corporate PLAINTIFF, UCSY, is a publicly traded company, which has been the object of numerous anonymous false, defamatory and harassing postings on one or more message boards, which have been compiled and distributed by TERRA LYCOS.

2.    The individual PLAINTIFF, ZWEBNER, is an officer and director of UCSY, who has been the object of numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by TERRA LYCOS.

3.    The individual PLAINTIFF, ZWEBNER, is also a stockholder in UCSY, who has sustained losses, both realized and unrealized, as a result of the numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by TERRA LYCOS.

4.    The corporate PLAINTIFF is one of several hundred companies which has been the object of numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by the TERRA LYCOS.

5.    The individual PLAINTIFF, ZWEBNER, is one of several hundred officers and directors of companies who has been the object of numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by the DEFENDANTS.

6.    The individual PLAINTIFF, ZWEBNER, is one of several hundred stockholder in public companies, such as UCSY, who has sustained losses, both realized and unrealized, as a result of the numerous anonymous false, defamatory and harassing postings on one or more message boards which have been compiled and distributed by TERRA LYCOS.

3

7.     The claims asserted herein by the above named PLAINTIFFS present questions of fact and law that are common to all members of the classes to which these PLAINTIFFS belong.

8.     The claims and/or defense of the above named PLAINTIFFS are typical of the claims and defenses of the members of the classes to which the PLAINTIFFS belong.

9.     The PLAINTIFFS are representative of each of the classes of Plaintiffs set forth herein, and shall fairly and adequately protect the interest of each of these classes.

10.     The DEFENDANTS named herein comprises the class of defendant against whom the following claims are asserted.


## PARTIES

11.     The PLAINTIFF, UCSY, is a corporation that is organized and existing under the laws of the State Of Nevada.   UCSY is a Nevada corporation which is listed and publicly traded in the over-the-counter exchange.   The ticker symbol for UCSY is "UCSY", which is also the trade name of corporate PLAINTIFF.   Accordingly, "UCSY" is also used as the shorthand identifier of the corporate PLAINTIFF in these pleadings.   The PLAINTIFF, UCSY, maintains its corporate offices in the city of Miami Beach, Florida.

12.     The PLAINTIFF, ZWEBNER, is a citizen of the United Kingdom and of the State Of Israel, whose principle residence is within the State Of Israel.   ZWEBNER also maintains a second residence within the city of Miami Beach, Florida.   ZWEBNER is the Chairman of the Board of Directors of UCSY and its Chief Executive Officer.

13.     Upon information and belief, the Defendant, LYCOS, INC. is company organized and existing under the laws of the Commonwealth of Massachusetts.   LYCOS, INC. has its principle place of business within the city of Waltham, Massachusetts.

4

14.    At the time of the acts complained of, the Defendant, TERRA NETWORKS, S.A. was company which is believed to have its principle place of business in Barcelona Spain. TERRA NETWORKS, S.A. conduct world-wide operations through affiliates and business agents located in various countries throughout the world, including the United States.

(a) Upon information and belief, at the time of the acts complained of, the Defendant, TERRA NETWORKS, S.A. was a company organized and existing under the laws of the country of Spain.

(b)    At the time of the acts complained of herein, TERRA NETWORKS, S.A., exercised and/or had the right to exercise control over both LYCOS, INC. & THE LYCOS NETWORK, including the right to control and/or restrict access to the LYCOS NETWORK.  Upon information and belief, the DEFENDANT, TERRA NETWORKS, S.A., exercised control over LYCOS, INC. & THE LYCOS NETWORK, from its offices in Waltham, Massachusetts.

(c)    At all times material hereto, TERRA NETWORKS directly and indirectly, conducted its various business operations through a maize of companies throughout the world, including its operations in the United States.    The DEFENDANT, LYCOS, INC. was an integral part of this maize.

(d)    At the time of the acts complained of herein, TERRA NETWORKS operated one or more to its companies or affiliates from its office in Waltham, Massachusetts, and/or indirectly operate one or more companies or affiliates through a business agent who maintains its office in Waltham, Massachusetts.

(e)    At the time of the acts complained, one or more of the TERRA NETWORKS Florida based business agents and/or Florida based affiliates were operated by the DEFENDANT, LYCOS, INC..

(f)    On or about August 2, 2004, TERRA NETWORKS, S.A. sold its interest in Defendant, LYCOS, INC. to DAUM COMMUNICATIONS CORP (a Korean Company).    Notwithstanding such sale, TERRA NETWORKS, S.A. continues to directly and/or indirectly operate one or more of its businesses, through a business agent with offices in Miami-Dade County, Florida.

(e)    . TERRA NETWORKS, S.A. have and continue to conceal its whereabouts for the purpose of avoiding service of process in this and related litigation.

(g)    Upon information and belief, a unity of interest exists between each of TERRA NETWORKS, S.A. and LYCOS, INC., which each of TERRA NETWORKS, S.A. and LYCOS, INC., acting as the agent, representative, and/or principal of each other when performing the acts alleged in this Complaint; and each of TERRA NETWORKS, S.A. and LYCOS, INC. should be treated as fully responsible and liable for the acts alleged in this Complaint.

15.    THE LYCOS NETWORK is a wholly owned subsidiary, or division, or affiliate of the DEFENDANT, LYCOS INC., which operates an array of web sites from within the United States, including the RAGING BULL web site.    Upon information and belief, THE LYCOS NETWORK operates from the LYCOS, INC. offices in Waltham, Massachusetts.

16.    Upon information and belief, the pseudonyms for the JOHN DOE Defendants "the_worm06" and the    "the_worm_06A", are registered by TERRA LYCOS to Robert Villasenor, Jr., a citizen of the State Of California.    Plaintiffs also believe that each and every

6

other JOHN DOE Defendant aliases is also registered to Roberto Villasenor, Jr., or to individuals acting in concert with Roberto Villasenor, Jr..

## JURISDICTION & VENUE

17.    This is a civil action arising under Federal and State law, between citizens of diverse jurisdictions, wherein the amount in controversy exceeds $75,000.    The Complaint also seeks injunctive relief.

18.    The claims asserted herein arise

under <u>Federal Law</u>, including specifically, under

      (a)    *47 USC §223* (for Cyber Stalking - a private/implied right of action); and,

under <u>State Law</u>, specifically under

      (b)    *F.S. §517.301,* (for Fraud Fraudulent Transactions: falsification and/or concealment of facts);

      (c)    *F.S. 495.151, et seq.* (for Trade Name Dilution); and

      (d)    *F.S. §784.046. et al.,* (for Cyber Stalking).

19.    This Court has jurisdiction over the parties and the Federal claims asserted herein under *28 USC §1331 & §1332*; and, over the State claims under this Court's Supplemental Jurisdiction, in that such State Claims are so related to the above Federal claims that they form part of the same case and controversy.

20.    Venue is proper in this District pursuant to *28 USC §§1391(b) & (c).*

## BACKGROUND FACTS & PARTIES

21.    Since as early as about September 1998 up to June 2002, PLAINTIFF, ZWEBNER, was the Chairman of *Talk Visual Corporation*– a public company which trades in equity markets under the ticker symbol "TVCE" (formerly "TVCP"); and, from about November 2001, up to and including the present, Chairman of *Universal Communication Systems Inc*, (UCSY) - a public company which trades in equity markets under the ticker symbol "UCSY".

22.    At the time of the acts complained of, the TERRA LYCOS operated and maintained a website designated QUOTE.COM, which is purportedly dedicated to providing commercial information, data and financial services to a QUOTE.COM, web site visitors and to an authorized user (also herein "Subscriber") to THE LYCOS NETWORK.  This QUOTE.COM site permits retrieval of stock quotation information and technical data for a company having a publicly traded security, and a link to a message board on the TERRA LYCOS RAGING BULL web site, which automatically appears upon retrieval of a stock quotation for a given company.

23.    One of the privileges of membership accorded to an authorized Subscriber/User to THE LYCOS NETWORK, is the ability of such Subscriber/User to create a message board dedicated to a particular business or enterprises.  TERRA LYCOS suggests to its Subscriber that they use the "stock ticker symbol", associated with such particular business or enterprises, as a means of identification of a message board, on for example, the RAGING BULL web site.

24.    Another of the privileges of membership accorded to an authorized Subscriber/User to THE LYCOS NETWORK, is the ability of such Subscriber/User to post messages (herein also "postings") on message boards on the TERRA LYCOS RAGING BULL web site..   These postings are "anonymous" in that they do not reveal the true identity of the

poster but rather are attributed to an individual "screen name" or "alias" assigned to the poster by TERRA LYCOS.

25.    TERRA LYCOS maintains a message board on their RAGING BULL web site devoted to the PLAINTIFF, UCSY.   Since about the year 2000, the UCSY message board has had more than 57,000 postings by the TERRA LYCOS Subscribers, including several thousand postings by Mr. Roberto G. Villasenor (herein also "VILLASENOR) under one more pseudonym/alias.    Because of the similarity in the vast number of these 57,000 postings to posting known to be associated with VILLASENOR, PLAINTIFFS believe that VILLASENOR is the source of these postings, or that they originate with a limited number if individuals, who are associated with VILLASENOR.

COUNT I<br>
<em>(Fraudulent Securities Transactions- F.S. §517.301)</em>

26.    The PLAINTIFFS incorporate paragraph (1) to (25), as if restated herein.

27.    Each of the DEFENDANTS,  JOHN DOE #1 aka *"the_worm06"*, JOHN DOE #2 aka *"no_insiders"*, JOHN DOE #3 aka *"the_worm_06A"*, JOHN DOE #4 aka *"65175R"*, John Doe #5 aka *"Henry_Johnson123"*, JOHN DOE #6 aka *"quondo1"*, JOHN DOE #7 aka *"Tobias95"*, and JOHN DOE #8 aka *"CrawleySmith"* were, at one time or another, subscribers to the RAGING BULL web site maintained by TERRA LYCOS on THE LYCOS NETWORK.

28.    Upon information and belief, each of the JOHN DOES named herein in Paragraph 27 are one in the same individual, Roberto Villasenor, Jr. and/or are individuals acting in concert with Roberto Villasenor, Jr..    Accordingly, the JOHN DOE DEFENDANTS are also collectively referred to hereinafter as "VILLASENOR".

9

29.    Upon information and belief, VILLASENOR is in the business of manipulating the price of securities of companies, specifically, micro-cap and/or start-up companies, such as UCSY, which have limited, if any, operating history and limited reporting history, by

(a)    first "shorting" the stock in such companies,

(b)    "trashing" such company and/or the integrity/competency of its management, through the systematic and orchestrated posting of derogatory information about the financial condition, business prospects and management integrity of the such company on a message board devoted to such company, so as to artificially depress the market price of the publicly traded stock of the such company, and

(c)    "covering his shorts" by buying the publicly traded stock in such company at a depressed market price.

30.    VILLASENOR has and continues to post messages which purport to contain information relating to the financial condition, business prospects and management integrity of the PLAINTIFFS, upon the "UCSY" message board on RAGING BULL financial site maintained by the LYCOS NETWORK.    A representative sampling of the postings of VILLASENOR are annexed hereto as Composite *Exhibit "1"*

31.    The VILLASENOR postings appearing on the "UCSY" message board on RAGING BULL financial site, which is maintained by the LYCOS NETWORK, were intended to depress the market for UCSY stock, by creating stockholder insecurity and apprehension relating to the financial condition, business prospects and management integrity of the PLAINTIFFS.

32.    The VILLASENOR postings appearing on the "UCSY" message board on RAGING BULL financial sit, which is maintained by the LYCOS NETWORK, are false, misleading and/or incomplete, so as to be fraudulent.

33.    As a direct and proximate result of the VILLASENOR posting appearing on the "UCSY" message board on RAGING BULL financial site, the market price for the UCSY stock has been substantially depressed, and remains substantially depressed.

34.    As a direct and proximate result of the VILLASENOR posting appearing on the "UCSY" message board on RAGING BULL financial site, a number of stockholders, including the Plaintiff, ZWEBNER, have either sold their UCSY stock at depressed prices, and thereby have incurred a substantial realized loss, and/or, alternatively, a number of stockholders, have retained their UCSY stock, and thereby have incurred a substantial unrealized loss.

35.    The actions of VILLASENOR, as set forth in paragraphs (29) to (33) violate *F.S. §517.301(1)(c)*

WHEREFORE, the PLAINTIFFS demand

(a)    the entry of a permanent injunction against VILLASENOR, and all parties acting in concert with them, from the further creation and dissemination of false and misleading information relative to the PLAINTIFFS which is misleading as to the UCSY business prospects, its products and/or its management; and

(b)    judgment against VILLASENOR, jointly and severally, for actual and consequential damages in the amount of $100M, or according to proof.

## COUNT II
### *(Fraudulent Securities Transactions- F.S. §517.301)*

36.    The PLAINTIFFS incorporate paragraph (21) to (25), as if restated herein.

11

37.    At all times material hereto, TERRA LYCOS operate the LYCOS NETWORK for profit, specifically, the generation of advertising revenues, based upon the visitor NETWORK traffic to the various sites hosted on such NETWORK, including the Raging Bull financial web site.

38.    At all times material hereto, TERRA LYCOS have adopted a NETWORK construct and operation, and business practice, to increase and maintain visitor NETWORK traffic to the various sites hosted on such NETWORK, including the Raging Bull financial web site.

39.    The construct and operation of the LYCOS NETWORK, relative to the provision of subscriber services, including NETWORK access and posting privileges, has and continues to be designed solely in furtherance of the TERRA LYCOS commercial objectives, specifically, to increase and maintain visitor NETWORK traffic to the various sites hosted on such NETWORK, including the Raging Bull financial web site.    Interest in, and, thus, visitor traffic to, for example, the "UCSY" message board on the RAGING BULL financial web site, is dependant upon the continuous generation of new postings on such message boards on the RAGING BULL web site, over a sustained period of time.

40.    TERRA LYCOS provides access to the LYCOS NETWORK, specifically, to the RAGING BULL financial web site, by both visitors and registered subscribers, the principle difference being that registered subscribers can both create new postings and review existing postings, whereas non-subscribers are limited to review of existing postings.

41.    TERRA LYCOS explicitly recognizes in their Subscriber Agreement (Paragraph 6) the potential for misuse of the RAGING BULL financial web site, by a subscriber, in violation

of Federal and/or State securities laws, as set forth above in Count I, by the posting of false and misleading information relating to a given company on the RAGING BULL financial web site.

42.    Notwithstanding such recognition of the potential for abuse of NETWORK privileges by a subscriber to such NETWORK, such as that set forth in Count I & Paragraph 41 above, and the natural consequences of such false and misleading information upon the unwitting targets of such false and misleading information, including the PLAINTIFFS, TERRA LYCOS has constructed and continues to operate their NETWORK, and has adopted certain business practices, which contribute to the development and promotion of such false and misleading information on such message boards, and are thereby accountable for the content of the UCSY message board maintained and hosted by TERRA LYCOS on the RAGING BULL financial web site.    Accordingly, TERRA LYCOS is responsible for the content of the information appearing on the of the UCSY message board.

43.    The actions of TERRA LYCOS which contributes to the to the development and promotion of such false and misleading information, as set forth in Paragraph 42 above, includes

(a)    the configuration of the TERRA LYCOS subscriber registration process, so to augment the repetition of the same offensive posting of the same misinformation by a subscriber on the UCSY message board, and/or the facilitation of the repetitive posting of the same misinformation by a single subscriber, under multiple pseudonyms, on the UCSY message board;

(b)    the promotion of the illegal activities (e.g. stock manipulation) of the posters on the UCSY message board, by linkage such message board to other financial sites within the LYCOS NETWORK, specifically, the QUOTED.COM financial web site;

13

(c)    the concealment of the identity of subscribers from the targets of their misleading postings so as to frustrate the initiation of legal action against such stock manipulators, including actively resisting the disclosure of their identity in response to legal process;

(d)    the intervention in legal proceedings against it's subscribers to frustrate the enforcement of injunctive relief against such subscribers, enjoining further interference in the business of another, through the continued posting of false and misleading information on the RAGING BULL financial web site; and/or

(e)    upon information and belief, the providing legal advice and assistance to posters to resist the enforcement of injunctive relief against such subscribers for interference in the business of another through the posting of false and misleading information on the RAGING BULL financial web site

44.    The actions of TERRA LYCOS, as set forth in paragraph (42) to (43), inclusive, are in violation *F.S. §517.301(1)(c)*

WHEREFORE, the PLAINTIFFS demand judgment against the TERRA LYCOS

(a)    the entry of a permanent injunction against TERRA LYCOS and all parties acting in concert with them, from the further creation and dissemination of false and misleading information, relative to the PLAINTIFFS, which is misleading as to the UCSY business prospects, its products and/or its management; and

(b)    judgment against TERRA LYCOS, jointly and severally, for actual and consequential damages in the amount of $100M, or according to proof.

14

COUNT III
*(Cyber Stalking Under Federal Law - 47 USC §223)*

45.     The PLAINTIFFS incorporate paragraph (37) to (44) as if restated herein.

46.     TERRA LYCOS owns, controls and operates a commercial telecommunication facility, specifically, THE LYCOS NETWORK, within the contemplation and scope of federal regulation by the Federal Communications Commission (FCC), including *47 USC §223*.

47.     The TERRA LYCOS telecommunications facility, specifically the "UCSY" message board of the RAGING BULL web site of the LYCOS NETWORK, has and continues to be used to transmit and publish comments, suggestions, images and other communications from the TERRA LYCOS authorized, anonymous subscribers, which are calculated to annoy, abuse, threaten and harass the UCSY, more specifically, the UCSY management, Michael Zwebner.

48.     TERRA LYCOS has constructed and continues to operate their NETWORK, and has adopted certain business practices, in the manner set forth in Paragraph 43 above, and thereby contributes to the development of the content of such false and misleading information, appearing on the UCSY message board of the Raging Bull web site of their NETWORK. Accordingly, TERRA LYCOS is responsible for the content of the information appearing on the UCSY message board, specifically, the annoying, abusive and threatening content of the "UCSY" message board of the RAGING BULL web site of the LYCOS NETWORK.

49.     The actions of TERRA LYCOS, as set forth in Paragraphs 43 & 46 to 48, are intentional and calculated to cause the Plaintiffs harm, including the infliction of emotional distress to the UCSY management, Michael Zwebner.

50.     The PLAINTIFFS, have the right to be and remain free from the systematic and orchestrated posting of false and derogatory information calculated to annoy, abuse, threaten and

15

harass each of them by the TERRA LYCOS, and by their authorized, anonymous subscribers to the LYCOS NETWORK.

51.    The federal regulation of the TERRA LYCOS telecommunications facility, specifically THE LYCOS NETWORK, requires, *inter alia*, that TERRA LYCOS, refrain from the misuse of their telecommunication facility, as set forth in Paragraphs 46 to 49 above, in violation of *47 USC §232(a)(1)(C)*.

52.    TERRA LYCOS acts and omissions, as set forth in Paragraphs 46 to 49 above, gives rise to a "cause of action" in favor of PLAINTIFFS against TERRA LYCOS for violation of PLAINTIFFS' rights.

53.    As a direct and proximate result of the violation of the PLAINTIFFS' rights, as set forth in Paragraphs 46 to 49 above, the PLAINTIFFS, including specifically, the PLAINTIFF, ZWEBNER, has been subjected to emotional distress, and sustained economic losses, which have been sustained and/or yet to have been realized.

WHEREFORE, the PLAINTIFFS demand judgment against the TERRA LYCOS

(a)    the entry of a permanent injunction against TERRA LYCOS, and all parties acting in concert with them, from the further creation and dissemination of false and misleading information, relative to the PLAINTIFFS, which is misleading as to the UCSY business prospects, its products and/or its management; and

(b)    judgment against TERRA LYCOS, jointly and severally, for actual and consequential damages in the amount of $100M, or according to proof.

COUNT IV
*(Dilution Of Trade Name – F.S. § 495.151. et seq.)*

54.    The PLAINTIFFS incorporate paragraph (37) to (53) as if restated herein.

16

Background Facts

55.    The PLAINTIFF, UCSY, is an international company, based in Miami Beach, Florida, that has been engaged in the provision of telecommunications services (wireless broadband internet services), and more recently, in the development of a proprietary and patented technology for solar powered systems, specifically solar powered water extraction systems, which have application in civilian and government markets (e.g. military).

56.    At all times material hereto, the PLAINTIFF, UCSY, adopted and used the trade name and trademark, "UCSY", to identify Universal Communication Systems, Inc., as a company, and with the products/services available from Universal Communication Systems, Inc.. "UCSY" has also been adopted and exclusively associated Universal Communication Systems, Inc., as the ticker symbol in financial markets and on stock exchanges.

57.    The "UCSY" mark is inherently distinctive and has become exclusively identified with the PLAINTIFF company, and with the PLAINTIFFS' proprietary products and technologies. Accordingly, the PLAINTIFF company is entitled to protection of its "UCSY" mark against unauthorized commercial use by third parties, including the unauthorized commercial use thereof by TERRA LYCOS.

58.    The PLAINTIFF, UCSY, has and continues to invest tens of thousands of dollars in the promotion of the UCSY image, and in the promotion of the UCSY products under the UCSY name and logo, and, under its stock ticker symbol "UCSY", UCSY promotional brochure annexed hereto as *Exhibit "2"*.

59.    The PLAINTIFF, UCSY, is neither a subscriber to THE LYCOS NETWORK, nor has it ever assented to the TERRA LYCOS use of the "UCSY" trade name, or to its ticker symbol, on any of the web sites sponsored/maintained by TERRA LYCOS. Accordingly, all

17

reference to "UCSY", in the promotion of the TERRA LYCOS commercial activities on THE LYCOS NETWORK is without authorization or approval of the PLAINTIFF, UCSY.

60.     The postings which appear upon the message boards of THE LYCOS NETWORK, including the "UCSY" message board of the RAGING BULL web site are retrievable on various search engines (e.g., GOOGLE), and such access is calculated to increase non-subscriber, visitor traffic on THE LYCOS NETWORK.

<u>Injury To Business Reputation By Defendants</u>

61.     Upon information and belief, the TERRA LYCOS has suggested to one or more of their subscriber to THE LYCOS NETWORK, that they use the PLAINTIFFS' proprietary and distinctive "UCSY" mark for designation of a message board on the RAGING BULL web site which is maintained by TERRA LYCOS.

62.     The construct and operation of the LYCOS NETWORK, as set forth in Paragraphs 43 above, relative to the provision of subscriber services, including NETWORK access and posting privileges on the RAGING BULL web site, has and continues to be designed solely in furtherance of the TERRA LYCOS commercial objectives, specifically, to increase and maintain visitor NETWORK traffic to the various sites hosted on such NETWORK, including the Raging Bull financial web site..

63.     The construct and operation of the LYCOS NETWORK, as set forth in Paragraphs 43 above, contributes to the development of the content of the information posted upon on the UCSY message board of the RAGING BULL web site, both by creating the means for repeated posting of the same false and misleading information, relative to UCYS and its management, over an extended period of time by an individual under a single screen name or alias, and/or by the repeated posting of the same false and misleading information over an

18

extended period of time by an individual under multiple screen names or aliases, so as to lend credibility to such information, and to the diversity in the source of the same information. Accordingly, TERRA LYCOS is responsible for the content of the false and misleading postings appearing on the UCSY message board of the RAGING BULL web site.

64.    TERRA LYCOS actively promotes the "UCSY" message board on the RAGING BULL web site, by linking the "UCSY" to other sites on the LYCOS NETWORK, including the QUOTE.COM web site, with the objective of increasing the volume of visitor traffic upon THE LYCOS NETWORK, and thereby the advertising revenues it derives from such increased volume of visitor traffic.

65.    TERRA LYCOS has been made aware of the objectionable content of the many anonymous posting compiled by them on the "UCSY" message board on the RAGING BULL web site message board, and of likelihood of injury to UCSY business, specifically, irrepable harm to the UCSY image/reputation and to the UCSY product image/reputation.

66.    The PLAINTIFFS have repeatedly requested that TERRA LYCOS discontinue its compilation and distribution of false and misleading information on the "UCSY" message board on the RAGING BULL web site, and, further, that TERRA LYCOS refrain from the conduct, as set forth in Paragraph 43, which contributes to the development of the false and misleading information on the "UCSY" message board on the RAGING BULL.

67.    TERRA LYCOS has ignored the PLAINTIFFS' repeated requests, as set forth in Paragraph 66 above, in preference to pursuit of attainment of its own commercial objective to maintain and increase visitor traffic on the "UCSY" message board on the RAGING BULL web site, to the detriment of PLAINTIFFS.

19

68.     The TERRA LYCOS conduct, as set forth in Paragraphs 62 to 67 herein, has and shall continue to cause irreparable harm to the UCSY business reputation and to the UCSY products, and otherwise tarnish, dilute and/or otherwise detract from the cache associated with the "UCSY" trade name and designation.

67.     As a direct and proximate result of the TERRA LYCOS acts and omissions as set forth herein in Paragraphs 62 to 67, the PLAINTIFF, UCSY has been injured.

WHEREFORE, the PLAINTIFF, UCSY, demands judgment against TERRA LYCOS for actual and consequential damages in the amount of $100M, or according to proof.

The PLAINTIFF, UCSY, also requests that this Court enter a mandatory injunction requiring TERRA LYCOS to

(a)     permanently and irrevocably delete any and all postings on its RAGING BULL web site that appear on the UCSY message board;

(b)     permanently and irrevocably delete the UCSY message board; and

(c)     enjoin TERRA LYCOS from creation and maintaining of a UCSY message board on THE LYCOS NETWORK in the future.

### COUNT V
*(Cyber Stalking Under State Law –F.S. § 784.046 et al. et seq.)*

68.     The PLAINTIFFS incorporate Paragraphs 37 to 53, as if restated herein.

69.     TERRA LYCOS operates a telecommunication facility, specifically, THE LYCOS NETWORK.

70.     TERRA LYCOS has registered and authorized subscribers to use THE LYCOS NETWORK.

20

71.    THE LYCOS NETWORK, specifically, the "UCSY" message board of the RAGING BULL web site, has and continues to be used by the TERRA LYCOS, acting in concert with it authorized subscribers, to make repeated anonymous annoying, threatening, harassing and abusive communications directed at PLAINTIFFS, in violation of state law, including *F.S. § 784.046. et al. et seq.*

72.    PLAINTIFFS have repeatedly requested that TERRA LYCOS curtail the anonymous threatening and abusive communications, directed at PLAINTIFFS, appearing on the "UCSY" message board of the RAGING BULL web site.

73.    TERRA LYCOS has been indifferent to PLAINTIFFS' concerns, and to the emotional distress caused to the PLAINTIFFS, specifically, Michael Zwebner, by the repeated anonymous threatening and abusive communications directed at PLAINTIFFS.

WHEREFORE, the PLAINTIFF, ZWEBNER, requests that this Court enter an injunction and order permanently restraining TERRA LYCOS from the use of the LYCOS NETWORK to make repeated anonymous annoying, threatening, harassing and abusive communications directed at Michael Zwebner.

## JURY DEMAND

The Plaintiffs herein demand a trial by jury of all factual matters properly triable before a jury of their peers.

Respectfully,

John H. Faro, Esq.
Florida Bar No. 527,459
Attorney For Plaintiffs

21

Faro & Associates
44 West Flagler Street, Suite 1100
Miami, Florida 33130-1808
phone (305) 424-1112
fax (305) 424-1114

*EXHIBIT "1" – "the_worm06"*

Skip to message. Skip to access key tips.





**Home | Board Directory | Member Forums | Rules of the Road | My Finance | P**

## Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY
News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst
Recs | UCSY Top Holders

« UCSY Message list  |  Reply to msg.  |  Post new msg.    « Older | Newer »

**By: 65l75r**                                     Msg. 18025 of 18296
**04 Aug 2003, 08:15 PM EDT**          Jump to msg. # [         ] Go

EVERYONE KNOWS?

By: the_worm06
18 May 2002, 01:50 AM EDT Msg. 805 of 805
(This msg. is a reply to 802 by Solo_ski.)

Solo_ski I see that you continue to bring my name up in your posts...

I don't post anymore,

because, frankly, everyone now knows about the massive fraud scheme that
Zwebner and his buddies have committed in the following stocks: DCTC,
TVCP, EINI, SECT, OPTG, UCSI, GONT, TALL, SLPH, WNRG, ASEQ,

USXP, VGEN, ENTERTECH MEDIA, ETC ETC.

Everyone knows about the fact that he forged his wife's signature on a loan application in the U.K.

Everyone knows how he falls from his wheelchair to obtain sympathy from businessmen.

Everyone knows the way he treated his daughters when they were young.

Everyone knows about Gina Maura.

Everyone knows about his relationship with Cheryl Cunningham and where they spend their time in Sacramento.

Everyone knows about the fact that he had to pay Dean Dumont at least $400,000 to settle a lawsuit which was initiated by Zwebner so that the fact that Zwebner has not paid U.S. taxes is not brought out.

Everyone knows about the fact that he tried to Blackmail a witness in my lawsuit against him.

Everyone knows that he has fraudualently used his family's non-existant bad health as an excuse in every lawsuit, including mine, to his advantage.

Everyone knows that he and Brad Driesen posted as Grupo_Brad, John_Quinlan, Clear_Thinker, Momentum, Rob_Potowski, russianfox and others in a massive confidence scheme to defraud investors out of tens of millions of dollars in at least four stocks.

Everyone knows that he has reneged on his settlement in his lawsuit against Les French in Oregon. And that he is now representing himself "pro se" without an attorney because he does not have a public firm to charge his person legal expenses to.

Everyone knows that he has reneged on his setlement in his lawsuit against DCI Telecommunications and Joe Murphy in Connecticut. And that he is now representing himself "pro se" without an attorney because he does not have a public firm to charge his person legal expenses to.

Everyone knows that Zwebner has charged TVCP and SECT hundreds of thousands of dollars in legal bills for his PERSONAL lawsuits...all six of them.

Everyone knows that he has dirt on Gene Rosov the former CEO of TVCP that will put pressure against him in testifying against Zwebner.

Everyone knows that Zwebner committed at least 50 infractions of perjury when I deposed him in my lawsuit.

Everyone knows that Zwebner has been laundering money.

Everyone knows about Zwebner's relationship with Steve Cunningham and their "secret" love nests in Rhode Island, Miami and Belize.

Everyone knows about the fact that Zwebner criminaly used a different name, Michael Zarek, in 1990 in the investigation of the death of an individual in Florida.

Everyone knows that he is about to be served in another lawsuit for another attempted blackmail, next 30 days. And that his accomplice, Hayley Zwebner will be deposed in this lawsuit.

etc etc etc.

SO AS YOU SEE....I REALLY DON'T NEED TO POST...

regards,

the_worm06

- - - - -

<u>View Replies</u> »

**Advertisements**

- <u>Get $100 Credit when you open an account with Harrisdirect*</u>
- <u>$7 Trades, No Inactivity Fee</u>
- <u>Mortgage Rates are Low! Time to Refinance!</u>

« <u>UCSY Message list</u> | <u>Reply to msg.</u> | <u>Post new msg.</u>    « <u>Older</u> | <u>Newer</u> »

**You can also:**

*EXHIBIT "1" – "65175R"*

Skip to message. Skip to access key tips.



Hello, michaelj123 [LOG OUT] Lycos Home | Site Map | My Lycos | Ly

## RAGING BULL

Enter symbol:

[ ] [Message Board ▾] Go| Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | P**

LiveCharts - One Month
**FREE**
a d v e r t i s e m e n t



YOU COULD WIN *OUT OF THIS WORLD* PRIZES!

## Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

**« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »**

**By: 65175r**                                          **Msg. 18314 of 18320**
**07 Aug 2003, 02:48 PM EDT**              Jump to msg. # [ ] Go|

OH MY.....

It seems that Zwebner has not been able to get Raging Bull to delete his false defamatory public statements about Roberto Villasenor (the_worm06) made on August 5, 2003 as he has successfully done during the past 3 1/2 years.

He also has not been able to get Raging Bull to remove the factual posts that show SEC filings that prove that many of Zwebner's press releases and public statement have been materially false and misleading.

One wonders if the reason for this is the rumor that certain current and former employees of Raging Bull are currently being "observed" by certain government agencies for their part as accomplices in several fraudulent stock schemes.

http://ragingbull.lycos.com/mboard/memalias.cgi?
board=UCSY&member=MICHAELJ123

## Advertisements

- **Click to refinance. Bad Credit? No Problem.**
- **Be a Direct Investor and get $100 Credit***
- **Buy stocks for only $4, no account or investment minimums**

« **UCSY Message list | Reply to msg. | Post new msg.**   « **Older | Newer** »

## You can also:

- Membermark this poster
- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation



» **Lycos Worldwide**    © Copyright 2000, Lycos, Inc. All Rights Reserved   Lycos® is a registered
About Terra Lycos | Help | Jobs | Advertise | Business Development

Your use of this website constitutes acceptance of the Lycos **Privacy Policy** [**Updated**] and
Terms & Conditions

*EXHIBIT "1" – "Henry_Johnson123"*

Skip to message. Skip to access key tips.

Hello, michaelj123 [LOG OUT]                Mail | Account Info

# RAGING BULL

Enter symbol

Message Board ▼ | Go | Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feedb**

Take advantage of low rates on your home
mortgage and save money every month -
Get a low rate mortgage NOW »

QUOTE.COM

## Universal Communication Systems Inc (BB: UCSY)

↳ **UCSY Quote** | **UCSY Msg Board** | **UCSY LiveCharts** | **UCSY Chart** | **UCSY News** | **UCSY Company Info** | **UCSY I-Watch** | **UCSY Insider** | **UCSY Analyst Recs** | **UCSY Top Holders**

« **UCSY Message list** | **Reply to msg.** | **Post new msg.** | « **Older** | **Newer** »

**By: henry_johnson123**
**01 Oct 2003, 09:05 PM EDT**

Msg. 20759 of 20886

Jump to msg. # [        ] Go

Zwebner (vanishing act)

**Quote (del. 15 min.)**
3:47 PM ET
**0.1150**
0.0050 (-4.55 %)
**Volume:** 274,000

- - - - -

Full quote | LiveChart

---

**What do you mean "who cares"...**

**I believe that the stockholders of a company have the right to know if the CEO molested and abused his wife and children don't you?**


*By: vanishing_act*
*01 Oct 2003, 08:56 PM EDT*
*Msg. 20756 of 20757*
*(This msg. is a reply to 20754 by henry_johnson123.)*
*Jump to msg. #*


*worm06*
*Zwebner's divorce documents sealed in the U.K.?*

*WHO CARES, IF THEY ARE SEALED THEN YOU CAN'T READ THEM*


*(Voluntary Disclosure: Position- Long; ST Rating- Strong Buy; LT Rating-*

**My Boardmarks** Help

**Board**    **New** ↱

- - - - -

☐ **Add UCSY**

- - - - -

You haven't added
any boardmarks.

- - - - -

Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

**Alt Z**    Previous or
**[Enter]**    Older

*EXHIBIT "1" – "quondo1"*

Skip to message. Skip to access key tips.



Hello, michaelj123  [ LOG OUT ]      Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

**RAGING BULL**

Enter symbol:
[ Message Board ▼ ] [ Go ]  Find symbol

Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | **Help & Feed**

| Financial Advice | Investing In Stocks | All American Equity Fund | Investors Wanted | Rogue Investor |
|---|---|---|---|---|
| Get a free "How to invest smarter, safer, better" guide. | Free stock market analysis from Fisher Investments. Learn how. | No-Load Mutual Fund From U.S. Global Investors | Thousands of high growth opps. Enormous returns on investment. | A few simple investing strategies can make you wealthy. |

## Universal Communication Systems Inc (BB: UCSY)
↳ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.      « Older | Newer »

**By: quondo1**                                    Msg. 31396 of 31829
**07 Feb 2004, 10:35 PM EST**          Jump to msg. # [        ] [ Go ]

Zwebner, Child Molestation and Pedophilia

Somehow the topic of Child Molestation and Pedophilia seems to follow Michael Joel Zwebner around. Why is this?

1. Zwebner falsely accused Les French of being a Convicted Child Molestor.

2. An alias used by Zwebner and Santa Barbara psychiatrist Eli Katz falsely posted on the Raging Bull boards that the_worm06 was also a Convicted Child Molestor.

3. A post appeared on the TVCP Raging Bull board mentioning that Gene Rosov, the former partner of Zwebner and CEO of TVCP had a history of pedophilia.

4. The previous CEO of WLGS (which became UCSY), who turned over the CEO position to Zwebner, was known to have a taste for young boys.

5. Zwebner's defender, scu, is an admitted pedophile, and is now about to marry a boy that has come "of age" to marry.

**[ 2 0 0 ]**
$7 Trades. Apply Now!

**Quote (del. 15 min.)**
3:44 PM ET
**0.0640**
+0.0020 (+3.23 %)
**Volume:**                    0

- - - - -
Full quote | LiveChart

**My Boardmarks** Help

**Board     New** ☑

- - - - -
☐ Add UCSY
- - - - -

You haven't added any boardmarks.

- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is the same as clicking their link equivalents. Note: Netscape users

Raging Bull: Post 31396 on UCSY Message Board

don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

| | |
|---|---|
| Alt Z [Enter] | Previous or Older |
| Alt X [Enter] | Next or Newer |

## ONE HAS TO TRULY TRULY WONDER WHY ZWEBNER'S DIVORCE PAPERS IN THE U.K. WITH HIS WIFE RITA ARE UNDER SEAL....WAS THIS DONE TO PROTECT THE CHILDREN?

- - - - -

View Replies »

**Advertisements**

- Do your taxes with a fast, easy & accurate online tax program.
- $7 Trades, Free Dow Jones News
- Mortgage Rates are Low! Time to Refinance!

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation



» Lycos Worldwide    © Copyright 2000, Lycos, Inc. All Rights Reserved. Lycos® is a registered trademark of Carnegie Mellon University.

About Terra Lycos | Help | Jobs | Advertise | Business Development

Your use of this website constitutes acceptance of the Lycos Privacy Policy and Terms & Conditions

*EXHIBIT "1" – "Tobias95"*

Raging Bull: Post 11257 on UCSY Message Board                    Page 1 of 2

Skip to message. Skip to access key tips.



Hello, michaelj123 [LOG OUT]          Account Info

Enter symbol:
Message Board ▼  [Go]  Find symbol

Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedt



BlueCross BlueShield of Florida

**Find out more about BlueComplements**

## Universal Communication Systems Inc (BB: UCSY)

↪ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

**By: tobias95**                                      **Msg. 11257 of 16734**
**13 Apr 2003, 04:13 PM EDT**        Jump to msg. # [        ] [Go]

OT: Zwebner is a SYRIAN TERRORIST. eom

──── Advertisements ────

• **FREE Term Life Insurance Quote**

• **Be a Direct Investor and get $100 Credit***

• **Mortgage Rates are Low! Time to Refinance!**

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

**You can also:**

• Membermark this poster
• Ignore/Hide this poster on all boards
• Email this post to a friend
• Report TOS violation

HARRISdirect

Open Account

**Quote (del. 15 min.)**
1:00 PM ET
**0.1700**
+0.0050 (+3.03 %)
**Volume:**   223,900
- - - - -
Full quote | LiveChart

**My Boardmarks** Help

**Board    New** ☐
- - - - -
☐ Add UCSY
- - - - -
You haven't added
any boardmarks.

- - - - -
Mark all msgs. read
- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users

Skip to message. Skip to access key tips.



Hello, michaelj123 [ LOG OUT ]    Lycos Home | Site Map | My Lycos | Lycos Mail | Account In

**RAGING BULL**

Enter symbol:
[                    ] [Message Board ▼] [Go] Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **He**

Sapient Job Secrets
Get inside info on hiring, culture, Career paths,
pay, and more
www.vault.com

Iciniti Corporation
Get product info or locate local vendors. Find
other options too.
www.findlocalbusinesssoftware.com

## TALK VISUAL CP (BB: TVCP)

↪ TVCP Quote | TVCP Msg Board | TVCP LiveCharts | TVCP Chart | TVCP News | TVCP
Company Info | TVCP I-Watch | TVCP Insider | TVCP Analyst Recs | TVCP Top Holders

« TVCP Message list | Reply to msg. | Post new msg.     « Older | Newer »

HARRISdire

Open Account

**By: tobias95**                                  **Msg. 169289 of 170031**
**12 Apr 2003, 06:37 PM EDT**     (This msg. is a reply to 169287 by bobushka.)
                                   Jump to msg. # [          ] [Go]

OT: bob? I think you are posting from some asylum at this time? ZWEBNER IS
AN ENEMY TO THE FREE WORLD BECAUSE HE SEELS WEAPONS OF
MASS DESTRUCTION FOR THE $$$ AGAINST ISRAEL.

- - - - -

View Replies »

**Advertisements**

- **FREE Term Life Insurance Quote**
- **$7 Online Trades. No FEE IRAs**
- **Mortgage Rates are Low! Time to Refinance!**

« TVCP Message list | Reply to msg. | Post new msg.     « Older | Newer »

**You can also:**

- Membermark this poster
- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmark**

**Board     New**

- - - - -
⊞ Add TVCP
- - - - -

You haven't add
any boardmarks

- - - - -
Mark all msgs.

- - - - -
Add or remove
boards »

**Keyboard short**
Pressing these ke
the same as click
their link equival
Note: Netscape u
don't have to pres
after the shortcut.
users - use the CT
key.

**Alt 1**     First
**[Enter]**

**Alt Z**     Previ
**[Enter]**   Older

**Main Identity**

| | |
|---|---|
| ɔm: | "Michael Zwebner" <mjzwebner@sprynet.com> |
| ıo: | "Mark O. Van Wagoner" <movw@uswest.net> |
| **Sent:** | Sunday, July 06, 2003 9:17 PM |
| **Subject:** | Raging Bull Post 11260 on UCSY Message Board |

Skip to message. Skip to access key tips.



Enter symbol:
Message Board ▾  **Go** Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feedt**

# Not Found

**Universal Communication Systems Inc (BB: UCSY)**
↪ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

ɔy: tobias95                                          **Msg. 11260 of 16780**
**13 Apr 2003, 06:19 PM EDT**            Jump to msg. # [          ]  **Go**

OT: Zwebner is a terrorist. Watch FOX NEWS for updates

**Advertisements**

- Click to refinance. Bad Credit? No Problem.
- $7 Trades at Scottrade
- Buy stocks for only $4. no account or investment minimums

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

**You can also:**

- Membermark this poster
- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**HARRIS**direct
Open Account

**Quote (del. 15 min.)**
9:52 PM ET
**0.1700**
-0.0050 (-3.03 %)
**Volume:**    223,900
- - - - -
Full quote | LiveChart

**My Boardmarks** Help

**Board    New** ☑

- - - - -
☑ Add UCSY
- - - - -

You haven't added
any boardmarks.

- - - - -
Mark all msgs. read
- - - - -
Add or remove
boards »

Raging Bull: Post 28640 on UCSY Message Board

Skip to message . Skip to access key tips.



Hello, michaelj123 [ LOG OUT ]        Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

# RAGING BULL

Enter symbol:
[ Message Board ▾ ] [ Go ] Find symbol

**Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedb**

Investment Advice & Tips
Jim Cramer's personal trades.
30 days Free - Learn More
Here.

Investment Advice
Find the right plan for you
Compare schemes- all on
one site

Stocks
Find Exclusive Research &
Analysis - Get Your Free
Stock Report Today!

Tax Free Funds
No-Load Mutual Funds From
U.S. Global Investors

Futures Market
Fills in seconds - Free charts
Futures news, quotes &
research

## Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

**« UCSY Message list | Reply to msg. | Post new msg.      « Older | Newer »**

**Scottrade**
NO FEE IRAs

$7 Trades, Apply Now!

**By: tobias95**
**15 Jan 2004, 12:13 AM EST**

**Msg. 28640 of 28709**
(This msg. is a reply to 28630 by stevecu123.)

Jump to msg. # [        ] [ Go ]

Zwebner/steve! Quit bothering posters! You have a lot to learn. You know where
I am, so quit bothering eveyone else, so lets play! I can handle it! :-)

*(Voluntary Disclosure: Position- No Position)*

### Advertisements

- Do your taxes with a fast, easy & accurate online tax program.
- $7 Trades, No Inactivity Fee
- Mortgage Rates are Low! Time to Refinance!

**« UCSY Message list | Reply to msg. | Post new msg.      « Older | Newer »**

### You can also:

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**Quote (del. 15 min.)**
3:25 PM ET
**0.0649**
**0.0000 (0.00 )**
**Volume:**                    0

- - - - -

Full quote | LiveChart

**My Boardmarks** Help

**Board      New** ⌃

- - - - -

⊞ Add UCSY

- - - - -

You haven't added
any boardmarks.

- - - - -

Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users

Raging Bull: Post 21908 on UCSY Message Board

Skip to message . Skip to access key tips.



Hello, michaelj123  [ LOG OUT ]                                    | Account Info

**RAGING BULL**                Enter symbol:
                               [Message Board ▼] [Go] Find symbol

__Home__ | __Board Directory__ | __Member Forums__ | __Rules of the Road__ | __My Finance__ | __Portfolios__ | __Help & Feedb__



**Universal Communication Systems Inc (BB: UCSY)**
→ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »     **My Boardmarks** Help

**By: tobias95**                        Msg. 21908 of 21915      **Board    New** ☑
**07 Nov 2003, 09:57 PM EST**    (This msg. is a reply to 21876 by tobias95.)   - - - - -
                                 Jump to msg. # [          ] [Go]   ⊞ Add UCSY
                                                                    - - - - -
Z Suit is a FRAUD! Zwebner typical! What a fricken joke!            You haven't added
- - - - -                                                          any boardmarks.
View Replies »                                                     - - - - -
                                                                   Add or remove
**Advertisements**                                                 boards »

• __FREE Term Life Insurance Quote__
                                                                   **Keyboard shortcuts**
• __$7 Trades, Open with $500!__                                   Pressing these keys is
                                                                   the same as clicking
• __Mortgage Rates are Low! Time to Refinance!__                   their link equivalents.
                                                                   Note: Netscape users
« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »   don't have to press enter
                                                                   after the shortcut. Mac
                                                                   users - use the CTRL
**You can also:**                                                  key.
                                                                   **Alt Z**    Previous or
• Ignore/Hide this poster on all boards                            **[Enter]**  Older
• Email this post to a friend
• Report TOS violation                                             **Alt X**    Next or
                                                                   **[Enter]**  Newer



Skip to message. Skip to access key tips.

Hello, michaelj123 [ LOG OUT ]      Lycos Home | Lycos Mail | Account Info



**RAGING BULL**

Enter symbol:
| Message Board ▼ | **Go** | Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feedt**

LiveCharts - One Month FREE
a d v e r t i s e m e n t



**3.9 ¢** per minute,
Anytime, No Long Term
Contracts

**WFROST**
COMMUNICATIONS

## Universal Communication Systems Inc (BB: UCSY)

↪ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.      « Older | Newer »

**By: tobias95**                                              **Msg. 21127 of 21127**
**29 Oct 2003, 11:16 PM EST**         (This msg. is a reply to 21124 by tobias95.)
                                                  Jump to msg. # [            ] **Go**

Zwebner is the worst POS I have ever witnessed in 20 years?I think the DOJ has
his number by now!

**Quote (del. 15 min.)**
2:41 PM ET
**0.1030**
-0.0020 (-1.90 %)
**Volume:**    232,600

- - - - -
Full quote | LiveChart

**Advertisements**

- **FREE Term Life Insurance Quote**
- **$7 Trades, Open with $500!**
- **Mortgage Rates are Low! Time to Refinance!**

« UCSY Message list | Reply to msg. | Post new msg.      « Older | Newer »

**My Boardmarks** Help

**Board    New** ☐

- - - - -
⊟ Add UCSY
- - - - -
You haven't added
any boardmarks.

- - - - -
Add or remove
boards »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

| Alt Z | Previous or |
| **[Enter]** | Older |

Skip to message. Skip to access key tips.



Hello, michaelj123  [ LOG OUT ]    Lycos Home | Site Map | My Lycos | Mail | Account Info

**RAGING BULL**

Enter symbol:
[ Message Board ▾ ] [ Go ] Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feedb**

**PAPER: WAIT!!**

**Universal Communication Systems Inc (BB: UCSY)**

→ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

| | |
|---|---|
| **By: tobias95** | **Msg. 21124 of 21127** |
| **29 Oct 2003, 11:05 PM EST** | Jump to msg. # [        ] [ Go ] |

Did I haps to forget Zwebner is a CON ARTIST??" eom

- - - - -
View Replies »

**Advertisements**

- **FREE Term Life Insurance Quote**
- **$7 Trades; Open with $500!**
- **Mortgage Rates are Low! Time to Refinance!**

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmarks** Help

**Board    New**

- - - - -
⊞ Add UCSY
- - - - -

You haven't added
any boardmarks.

- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

| | |
|---|---|
| **Alt Z** | Previous or |
| **[Enter]** | Older |
| **Alt X** | Next or |
| **[Enter]** | Newer |

Open an    **Savings Account**
in under **5 minutes!**

ING DIRECT


Skip to message. Skip to access key tips.

Hello, michaelj123 [ LOG OUT ]    Lycos Home | Site Map | ... | ... Mail | Account Info



**RAGING BULL**

Enter symbol:
[ Message Board ▼ ] [ Go ] Find symbol

Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedt

LiveCharts - One Month FREE
advertisement

**LiveCharts™** FROM QUOTE.COM
• Best-in-class ...
• Quotes from ...
• Detailed ...
[ Enter ticker... ]

**TALK VISUAL CP (BB: TVCP)**
↳ TVCP Quote | TVCP Msg Board | TVCP LiveCharts | TVCP Chart | TVCP News | TVCP Company Info |
TVCP I-Watch | TVCP Insider | TVCP Analyst Recs | TVCP Top Holders

« TVCP Message list | Reply to msg. | Post new msg.    « Older | Newer »

**By: tobias95**
**29 Oct 2003, 10:45 PM EST**

Msg. 171057 of 171061
(This msg. is a reply to 171056 by arialmaid.)
Jump to msg. # [          ] [ Go ]

**My Boardmarks** Help

**Board    New** ⊡

- - - - -

⊟ Add TVCP

- - - - -

You haven't added
any boardmarks.

arial, ZWEBNER is a FELON, he has no business ability! So SUE me!
- - - - -
View Replies »

**Advertisements**

- - - - -

Add or remove
boards »

- **Click to refinance. Bad Credit? No Problem.**
- **$7 Trades. Open with $500!**
- **Mortgage Rates are Low! Time to Refinance!**

« TVCP Message list | Reply to msg. | Post new msg.    « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

| | |
|---|---|
| **Alt Z** [Enter] | Previous or Older |
| **Alt X** [Enter] | Next or Newer |

Skip to message. Skip to access key tips.

Hello, michaelj123 [ LOG OUT ]        . . . . . . . . . . . . . . . . . . . . . | Account Info

# RAGING BULL

Enter symbol

Message Board ▼ [ Go ] Find symbol

**Home** | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | **Help & Feedb**

**Click here to visit Forbes.com's New Infoimaging section.**


## Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.     « Older | Newer »

| | |
|---|---|
| By: tobias95 | Msg. 19896 of 21001 |
| 04 Sep 2003, 10:26 PM EDT | (This msg. is a reply to 19880 by tobias95.) |
| | Jump to msg. # [     ] [ Go ] |

UCSY is nothing more than a MOSAD secret police front! They are a classic!
You just ran into some Americans that want to right their deviate wrong!

*(Voluntary Disclosure: Position- No Position)*

- - - - -

View Replies »

**Advertisements**

- Click to refinance. Bad Credit? No Problem.
- Equity Market Weekly Report
- Buy stocks for only $4, no account or investment minimums

« UCSY Message list | Reply to msg. | Post new msg.     « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmarks** Help

| Board | New ⍇ |
|---|---|
| ⊡ Add UCSY | |

- - - - -

You haven't added any boardmarks.

- - - - -

Add or remove boards »

**Keyboard shortcuts**
Pressing these keys is the same as clicking their link equivalents. Note: Netscape users don't have to press enter after the shortcut. Mac users - use the CTRL key.

| Alt Z [Enter] | Previous or Older |
|---|---|
| Alt X [Enter] | Next or Newer |

*EXHIBIT "2"*

conta



 **TSUNAMI AID**
**Sponsor Air-Water Machines Now. Click here.**

# UCSY

**A new division of UCSY,** this unique business segment focuses on delivering the latest in high tech state of the art security products to Governments and Law Enforcement Agencies. Stay tuned for further announcements and exciting news from this upstart.



**Making water out of air??** Extracting Water from Air is the latest high tech approach to solving one of the worlds greatest needs, Drinkable Water. Stay tuned...**Air-Water machines are on their way to disaster areas.** Providing clean drinking water where it is needed. Click here now.

UCSY is a Global Holding Organization. Its services, products, and expansion, its holdings of various industry interests with various avant garde technologies, developments at state of the art level in its production and marketing of high impact global health awareness efforts across a range of high impact health care sector.

**Keep up with all the happenings.** Find out about the Who, What, When and Why of UCSY. Click here to register and receive timely updates.



**Millennium Electric Inc.**
establish a community base which utilize solar energy fo green, economic and safer environment with a variety and industrial applications.



Never run out of power aga **Charger** Technology. No n batteries around for your el devices. The future is brigh



Lima Peru based **Digital W Telecommunications** pro internet access and more.

CERTIFICATE OF SERVICE

I hereby certify the foraging paper entitled:

PLAINTIFFS' MOTION UNDER RULE 15
FOR LEAVE TO FILE AMENDED COMPLAINT

was served upon counsel of record, as per attached Distribution, by First Class Mail, postage pre-paid, this 13th day of October, 2005.

Respectfully,

John H. Faro, Esq.
(BBO #159260)

DISTRIBUTION:

Richard Kirby, Esq.
Matthew Zayotti, Esq.
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113
Phone (617) 951-1400
Facsimile (617) 951-1354

Daniel J. Cloherty, Esq.
DWYER & COLLARA, LLP
600 Atlantic Avenue
Boston, MA 02210
Phone (617) 371-1021
Facsimile (617) 371-1037

Thomas G. Rohback, Esq.
James J. Reardon, Jr.
LeBoeuf, Lamb, Greene, & MacRae, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone 860, 293-3596

6

Fax     860, 293-3555

John J. Moakley, Clerk
U. S. District Court
United States Courthouse
1 Courthouse Way
Boston, MA  02210