UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS INC., a Nevada Corporation; MICHAEL J. ZWEBNER, individually; and others similarly situated<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LYCOS, INC., d/b/a THE LYCOS NETWORK and TERRA NETWORKS, S.A. ,<br>JOHN DOE #1 aka "the worm06"<br>JOHN DOE #2 aka "no_insiders"<br>JOHN DOE #3 aka "the worm06A"<br>JOHN DOE #4 aka "65175R"<br>JOHN DOE #5 aka "Henry_Johnson123" &<br>JOHN DOE #6 aka "quondo1"<br>JOHN DOE #7 aka "Tobias95"<br>JOHN DOE #8 aka "CrawleySmith"<br><br>　　　　Defendants. | Civil Action<br>NO. 05-11172-REK |

**DEFENDANT LYCOS INC.'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO FILE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) defendant Lycos, Inc. ("Lycos") moves for an extension of time to file an opposition to Plaintiffs' Motion Under Rule 15 For Leave To File Amended Complaint ("Motion for Leave"), which is presently due on November 1, 2005. As grounds for this extension request, Lycos' counsel states that the undersigned have faced unexpected difficulties in obtaining a transcript of the October 11, 2005 hearing before this Court on defendants' motions to dismiss, at which hearing all claims against Lycos were dismissed. Judith Twomey, the Court Reporter in attendance at that hearing, has retired and her outstanding

transcription work is, understandably, presumably backlogged. Accordingly, because Lycos' opposition to Plaintiffs' Motion for Leave is based, in part, on this Court's specific ruling as stated on the record at the October 11, 2005 hearing, Lycos respectfully requests an extension of three (3) days following receipt of the aforementioned transcript in which to submit its Opposition to Plaintiffs' Motion for Leave to File Amended Complaint.

                        Respectfully submitted,

                        ___/s/ Rachel Zoob -Hill
                        David A. Bunis, Esq.
                        Daniel J. Cloherty, Esq.
                        Rachel Zoob-Hill, Esq.
                        DWYER & COLLORA, LLP
                        600 Atlantic Avenue
                        Boston, MA 02210
                        Tel: (617) 371-1000
                        Fax: (617) 371-1037

Dated: October 31 , 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Rachel Zoob-Hill, hereby certify that on October 31, 2005 I called Attorney John Faro in order to attempt to confer in a good faith effort to narrow or resolve the issues raised by Defendant Lycos Inc.'s Motion For Extension Of Time To File Opposition To Motion To File Amended Complaint.  Attorney Faro told me that he could not confer with me because there was an impending hurricane.  He told me that his local counsel in Massachusetts could deal with this issue.  Thereafter, I called Attorney Matthew Zayotti and was informed that he was out of the office and unavailable all day.  Attorney Faro told me that he would not agree or disagree with our request for an extension of time.  Based on the foregoing, Plaintiffs' counsel has not assented to this Motion.

                                                          /s/ Rachel Zoob-Hill  
                                                          Rachel Zoob-Hill