# **REVISED** CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 7.1(A)(2)

      I, Rachel Zoob-Hill, hereby certify that on November 7, 2005, Plaintiffs' local counsel and I conferred pursuant to Rule 7.1(A)(2). Plaintiffs counsel assents to Lycos' Motion For An Extension Of Time To File Opposition To Plaintiffs' Motion for Leave to Amend Complaint up to and including November 14, 2005.

                                                          /s/ Rachel Zoob-Hill
                                                          Rachel Zoob-Hill

November 8, 2005