## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (Boston Division)

UNIVERSAL COMMUNICATION                  )
SYSTEMS, INC. (A Nevada Corporation),     )
MICHAEL J. ZWEBNER (individually) &      )
Others Similarly Situated                         )
                              Plaintiffs          )          CIVIL ACTION
vs.                                                     )          CASE NO. 05-11172-REK
                                                           )
LYCOS INC. *dba* THE LYCOS              )
NETWORK, et al.                                   )
                              Defendants          )
_____/

### REPLY MEMORANDUM IN SUPPORT OF MOTION
### FOR LEAVE TO FILE AMENDED COMPLAINT [DE 81]

The Plaintiffs, Universal Communication Systems, Inc, (herein also "UCSY") and

Michael J. Zwebner, (herein also "ZWEBNER"), by and through the undersigned counsel, herein

file a Reply to the Terra Networks, S.A, (TERRA) Opposition [DE 82], and to the Lycos

Opposition [DE 85]; and, in further support to Plaintiffs' Motion For Leave To File Amended

Complaint [DE 81].

### MEMORANDUM IN SUPPORT OF REPLY

I.      PROPOSED AMENDED COMPLAINT

A.      Factual Allegations Of Proposed Amended Complaint -- The proposed

amendments to the complaint positively allege facts which, if proven, establish that all of

Defendants are "content providers", within context and contemplation of Title 47 USC, Sections

223 & 230 (CDA), or, alternatively, that Lycos and Terra Networks are liable for inducing the

continued abuse and harassment of the Plaintiffs by the John Doe Defendants, in violation of

State and Federal law.      Accordingly, the proposed Amended Complaint attempts to cure

whatever perceived deficiencies may have existed in the complaint before the Court at the October 11, 2005, hearing.

As this Court fully appreciates, the allegations of the proposed Amended Complaint are based upon information which has been independently developed, without any benefit of discovery. Moreover, such allegations are based, in material part, upon facts which have come to light subsequent to January 2005, the date on which the prior complaint was filed. Accordingly, it was not possible to include such information in the prior filed complaint, which was before this Court on October 11, 2005.

The allegations of the proposed Amended Complaint, include allegations, [DE 81, Exhibit 1 @, Paragraphs 38 to 43], which, when taken collectively, compel the conclusion, that the Defendants Lycos and Terra Networks, contribute to the development of the content of the information appearing in the postings on the Raging Bull web site. As more fully set forth below, the construct and operation of the Lycos Network is anything but "content neutral".

In brief, the proposed Amended Complaint is based upon Lycos and Terra Networks conduct, which is calculated to both enhance the credibility of the postings on the message boards of the Raging Bull web site, and encourage subscriber misconduct, [DE 81, Exhibit 1 @, Paragraphs 38-43],

- by facilitating the repeated posting of the same misinformation under different aliases, thereby attributing the same misleading information to different sources so as to increase its credibility, [DE 81, Exhibit "1" @ Paragraph (43)(a)];

- by linking of the message boards on the Raging Bull web site to financial sites on the Lycos Network so as to elevate the status of such misinformation, thereby

2

cloak such information with an objectivity comparable to these other linked sites (e.g. QUOTE.COM), [DE 81, Exhibit "1" @ Paragraph (43)(b)]; and,

• by its policies and business practices which have the effect of encouraging its more offensive subscribers to continue to harass and abuse the Plaintiffs, notwithstanding the entry of an injunction against such subscribers, [DE 81, Exhibit "1" @ Paragraph (43)(c)-(e)].

Such construct and operation of the Lycos Network contributes, in a material way, to the development of the content of information posted on the Raging Bull web site. Moreover, the business practices of the Lycos, encourages the misuse of the Raging Bull web site, and, thereby, subjects Lycos to liability as an "inducer" of such misconduct, notwithstanding the potential availability of statutory immunity. Accordingly, Plaintiffs' proposed Amended Complaint seeks to hold all of the Defendants liable as "content providers". No immunity is accorded to an interactive computer service, which participates in the creation, or in the development, of information in postings appearing on its service, *Ben Ezra Weinstein & Company, Inc. v. America Online (AOL), Inc.*, 206 F.3d 980, 985 FN4 (10th Cir. 2000)

B.   The Construct Of The Lycos Network Is Not "Content Neutral" - The Lycos Network, specifically, the web pages accessible on the Lycos Network, are based upon sophisticated software routines that are proprietary[1] to Lycos and to Terra Networks. It is undisputed that the content of expression of a computer generated screen, such as a web pages accessible on the Lycos Network, (including the Raging Bull web site), is inclusive of not only

---

[1] The Lycos and Terra Network copyright notices are prominently claimed on each and every screen that appears when it services are accessed. These copyrights covers not only the software generated computer screens and menus, how such information is accessed and displayed and the non-literal expressive content of the web pages which are generated on this Network.

3

the factual information which is explicitly communicated, but also how such information is presented or accessed, See *Lotus Development Corp. v. Paperback Software International*, 740 F.Supp. 37, 58 (D. Mass. 1990) – holding that elements of expression, even if embodied in useful articles…, if capable of identification and recognition independently of the functional ideas that make up the useful article, are not subsumed by, or merged into, the useful article – the so-called "non-literal" form of expression.

As more fully set forth herein, the non-literal expressive content of the Lycos Network, (e.g. user interface associated with registration process), contributes to the development of the content of the postings appearing on the message boards of the Raging Bull web site. Moreover, such non-literal expressive content, when combined with the Lycos operation of its Network, and its business practices, sends an unmistakable message to its subscribers – namely, that the recited user restrictions in the Lycos Subscriber Agreement (Prohibited Conduct) represent illusory controls since the registration process is ineffective to restrict access to the Network.

C.    Construct Of Lycos Network Is "Content Enhancing" - In the instant case, the construct of the Lycos Network, which includes the user interface of the web pages associated with the subscriber registration process, permits the registration of an individual under multiple aliases, and thereby the repeated posting of the same information by the same subscriber under a different screen name. This user interface, thus, permits a subscriber, with multiple aliases, to attribute the same misinformation to multiple sources (aliases), and thereby increase the credibility of such misinformation.

The foregoing flaws/permissiveness in the construct of the user interface for the subscriber registration process is known to Lycos and Terra Networks, and is also known to its subscribers, particularly, the subscribers such the John Doe Defendants named herein.    It is

4

undisputed that a number of the Lycos subscribers, including the John Doe Defendants, have and continue to avail themselves of this user interface, to register under multiple aliases, and repeatedly post the same information under different aliases.

The user interface associated with the Lycos subscriber registration process is, thus, anything by "content neutral" because it solicits unverified personal information from a potential subscriber, and thereby invites the individual subscriber to furnish bogus personal information, and thereby cloak his identity under multiple aliases[2].  .   The Lycos knowledge, and forbearance in the abuse of the subscriber registration process, along with the non-literal expressive aspects of the user interface associated with Lycos registration process, sends an unmistakable message, to its abusive subscribers, such as the John Doe Defendants named herein.   That message is that (a) abuse of the registration process, by submission of bogus personal information, is permissible, and (b) Lycos lacks the ability to restrict access to its Network, since it cannot ascertaining the true identity of its subscribers.    Accordingly, Lycos encourages abuse of its Network.

D.    Lycos "Promotes" Subscriber Wrongdoing – The Lycos Network linkage of the Raging Bull (UCSY) message board to other financial sites of factual objective information (QUOTE.COM), has the effect of promoting the Raging Bull (UCSY) message board, and the stock manipulator messages that appear on such boards, to both existing stockholders and potential investors.    Such linkage of the Raging Bull (UCSY) message board to other sites, increases the stock manipulator audience, and consequently the market influence of such misinformation.    This promotion of the stock manipulator wrongdoing is actionable, *John Doe*

---

[2]    The adoption of multiple aliases is a known and recognized technique by posters, which is used by them both to repeatedly post the same misinformation; and to frustrate attribution of the same misinformation to a single individual or common source.

5

*et al. v. GTE Corp. et al.*, 347 F.3d 655, 659 (7th Cir. 2003). In its analysis of the potential liability of an internet service provider, the *GTE* Court specifically held that liability can attach to conduct of an internet service provider where it provides "culpable assistance" to a wrongdoer, or engages in action, e. g. by directing network traffic to the offensive site, which has the effect of "promot(ing) the wrongful venture's success", *Id.* @ 659. Under the facts of this case, LYCOS is guilty of providing "culpable assistance" to the abusive posters, as a result of its construct of its Network and, has <u>actively</u> engaged in the "promotion" of the "UCSY" message board on the Raging Bull hosted site, through its linkage of the UCSY message board to other hosted sites on the Lycos Network. Such "culpable assistance" is not in dispute!

E.    <u>Lycos Policies/Business Practices "Encourage" Subscriber Abuse</u> – The proposed Amended Complaint alleges that Lycos involvement with its subscribers extends well beyond both the parameters of its Subscriber Agreement, and the environment of its Network. This involvement includes both intervention in legal proceedings to prevent the application of an injunction against such subscribers, and, in the provision of legal assistance to its subscribers to resist enforcement of an injunction. The proposed Amended Complaint is specific with respect to each of these elements, [DE 81, Exhibit "1", @ Paragraph 43(d) & (e)].

In the instant case, the Lycos Network is known to be abused by certain of its subscribers, notably the John Doe Defendants named herein. Not only does Lycos acknowledge the potential for such abuse in its Subscriber Agreement at Paragraph 6, "Prohibited Conduct", but when litigation is initiated against one of its subscribers, Lycos resists disclosure of the subscriber's identity, even though the subscriber has waived such disclosure, Lycos Subscriber Agreement, annexed hereto as <u>Exhibit "1"</u>. More recently in litigation against Lycos Subscribers pending in state court in Florida, Lycos has intervened in an action against two of its

6

subscribers, ostensibly to protect some undefined Lycos interest[3]. The thrust of the Lycos intervention has been to frustrate enforcement of an injunction entered against two of its subscribers; and, to provide legal assistance to such subscribers to evade the enforcement of the injunction entered against them, Lycos counsel drafting of "Discovery Order" for subscriber Roberto Villasenor in *Universal Communications Systems, Inc. v. Dembovich et al*, Case No. 04-27383-CA-01 (Fla. DC, 11th Judicial Circuit), Lycos Counsel assistance to subscribers annexed hereto as Exhibit "2". The foregoing obstructive policies/practices, in conjunction with the Lycos laissez faire operation of the Lycos Network, encourage its subscribers to continue to harass and abuse the Plaintiffs, in defiance of a State Court injunction. The proposed Amended Complaint explicitly alleges that such policies/practices, relative to participation in subscriber resistance to third party claims, contributes to the development of the content of the information on the USCY message board of the Raging Bull web site, [DE 81, Exhibit "1" @ Paragraphs (43)(d) & (e)].

Under analogous circumstance, similar encouragement of wrongdoing, notwithstanding the existence of comparable statutory immunity, (17 USC 521(a)), has subjected the entity providing encouragement to its software subscribers, to liability for the tortioius conduct of its subscribers, See *Metro-Goldwyn-Mayer (MGM) Studios, Inc. v. Grokster*, 125 S.Ct. 2764 (2005). In the *Grokster* case, a software supplier provided support to its software subscribers, to assist them in the unauthorized copying of copyrighted works. In interpreting the software developer's (*Grokster*) liability for copyright infringement, the Supreme Court reversed the

---

[3] See Third Party Intervenor Lycos, Inc.'s Motion To Intervene With Supporting Memorandum Of Law, in *Universal Communications Systems, Inc. v. Dembovich et al*, Case No. 04-27383-CA-01 (Fla., 11th Judicial Circuit), [DE 76, Opp To Lycos Motion To Dismiss, Exhibit "1"]; and Third Party Intervenor Lycos, Inc.'s Memorandum Of Law In Support Of Its Motion To Dissolve Or Amend Final Judgment Of Injunction, in *Universal Communications Systems, Inc. v. Dembovich et al*, Case No. 04-27383-CA-01 (Fla., 11th Judicial Circuit), [DE 76, Opp To Lycos Motion To Dismiss, Exhibit "2"]

Circuit Court decision, notwithstanding the statutory immunity under the copyright law, based upon the software provider furnishing assistance to its subscribers (copyright infringers), which was tantamount to inducing infringement of MGM copyright. Under the analysis in *Grokster*, a software distributor's liability for its subscriber's misconduct could arise even if there were substantial legitimate uses for the same software. The foregoing principles, and the analysis set forth by the Supreme Court in *Grokster*, are equally applicable to the facts of this case.

F.    The Proposed Amended Complaint Is Not "Futile" - The Communication Decency Act (47 USC §230) does not provide "content providers" with immunity from liability for claims for harassment and abusive postings appearing upon the internet. The distinction between merely publishing information provided by a third-party, as an interactive computer service, and actually creating or developing any of the information posted as an information content provider is critical. See *Carafano v. Metrosplash.com, Inc.*, 339 F.3d 1119, 1067. That distinction determines whether the CDA provides immunity to a provider or user of an interactive computer service. See 47 U.S.C. § 230(c)(1).

As is evident from the foregoing, the construct (user interface) of the Lycos Network is not "content neutral", but rather includes non-literal expressive aspects, which contribute in a material way to the development of the content of the postings appearing upon the UCSY message board of the Lycos Network.

Moreover, the construct and operation of the Lycos Network, in conjunction with the business practices adopted by Lycos, relative to obstruction of enforcement of third party rights against its subscribers, encourages such subscribers to continue to engage in conduct which is acknowledge to be both offensive and illegal, thereby inducing the continued violation of third party rights – even to the extent of violating a restraining order against such subscribers.

8

Accordingly, the facts alleged in the proposed Amended Complaint, if proven, establish that Lycos either contributes to the development of the content of information on the internet or alternatively, is inducing the continued offensive and illegal conduct by its subscribers in violation of third party rights.

## II.    PLAINTIFFS'   REPLY   TO   THE   DEFENDANTS'   OPPOSITION   TO PLAINTIFFS' MOTOIN TO AMEND

A.    Background - The October 11, 2005, hearing before this Court, was the first instance in which the Plaintiffs have received judicial scrutiny of their complaint against Lycos and Terra Networks.    The arguments advanced at this hearing, in support of the complaint before the Court, were unavailing because of the failure to adequately articulate a legal rational for imposing liability against Lycos and Terra Networks.    The proposed Amended Complaint has removed this deficiency, and has more precisely delineated the specific conduct which support this legal theory of liability.

B.    Amendment Of Complaint Is Within The Sound Discretion Of Court - On October 11, 2005, this Court ruled that the Plaintiffs' complaint failed to state a cause of action under Rule 12(b)(6).    The Electronic Clerk's Notes, pertaining to the District Court's decision, invited the filing of additional pleadings "requesting further remedies".    On October 13, 2005, pursuant to the apparent invitation by the Court, as set forth above, the Plaintiffs' filed a Motion For Leave To Amend Complaint [DE 81].    A copy of the proposed Amended Complaint accompanied the filing of the Plaintiffs' Motion.    It is noted that the hearing on October 11, 2005, was the first instant[4] that judicial review and scrutiny of the pleadings in this matter had

---

[4]    There have been only two (2) lawsuits filed by the Plaintiffs against the Defendants seeking affirmative relief from the postings appearing on the Raging Bull web site.    The first lawsuit was filed in July 2004, and thereafter

9

taken place; and, the proposed Amended Complaint sought to remove the objections noted by the Court, at the October 11, 2005, hearing.

C.     TERRA Opposition – The Terra Opposition assumes, incorrectly, that (a) the October 11, 2005, decision made relative to the Motions To Dismiss, is an appealable final order and, thus, absent reconsideration of the determinations made on October 11th, either pursuant to Rule 59/60 Motion, the UCSY Motion To Amend is procedurally improper [DE 82 @ 2-3]; and, alternatively, (b) the proposed Amended Complaint is "futile" because it is also barred by the CDA (47 USC §230) for the same reasons asserted by Lycos & Terra in their prior filed Motions To Dismiss, [DE 6—7]

D.     USCY Reply To Terra Networks Opposition – At the outset it is noted that this Court did not enter a final judgment, as to any of matters before it on October 11, 2005. The Electronic Clerks Notes for October 11, 2005, make it crystal clear that the Court was inviting the additional filing of "papers requesting further remedies". Plaintiffs have interpreted the Court's comment as inviting the proposed Amended Complaint [DE 81]; and, such interpretation is consistent with the law of this Circuit, *Acevedo-Villalorobos et al. v. Hernandez et al.*, 22 F.3d 384, (1st Cir. 1994) In *Acevedo-Villalorobos*, this Circuit adopted, as its standard of review, of the appealability of a decision granting a motion to dismiss, the law in 2nd & 8th Circuits, specifically, that the right to amend terminates upon the dismissal of the complaint, the dismissal of the complaint is set forth in a separate document, the plaintiffs understand that the judgment is

_____

transferred, to this District Court on motion by Lycos. This first lawsuit (*Universal Communication Systems, et al v. Lycos, Inc. et al* (Case No. 04-21618-Martinez, S.D. Fla.), was assigned Case No. 10435-REK. This first lawsuit was voluntarily dismissed by Plaintiffs. The second lawsuit, was filed in January 2005, only after the District Court refused to entertain a Motion To Amend. This second lawsuit was assigned Case No. 11172-REK. All of the other lawsuits noted in the Lycos Motion [DE 85] were filed for tactical reasons, specifically, to secure discovery from Lycos ("pure bills of discovery" or third party discovery). In each instance, these tactical lawsuits were either discontinued, upon the transfer of the prior case from Florida to Massachusetts; or, in the case involving *Turner Broadcasting*, this matter is on appeal. There is no final order awarding Rule 11 sanctions to anyone.

10

final, and lastly, that the dismissal is consistent with the Supreme Court's definition of "final decision, *Id.* @ 388   A "final decision" being defined one that ends the litigation on the merits, with nothing for the court to do but to execute the judgment, *Id.* @ 388

Clearly, an order articulating the basis of the Court's legal conclusion, is mandated in order for effective appellate review.   No such written order has ever been entered.   Moreover, under the facts of this case, the dismissal of the complaint against Lycos and Terra Networks did not dispose of the action for two reasons, namely, the continued presence of other John Doe Defendants in case, and, the Plaintiffs' contention that Lycos and Terra Networks were and continue to be indispensable parties to the Plaintiffs pursuit of its claims against these John Doe Defendants.        Moreover, unlike the facts in *Acevedo-Villalorobos*, the Plaintiffs did not understand the Court's decision on October 11, 2005, to end the litigation – there being no motions under Rule 59 or Rule 60, to modify or vacate any order of dismissal.

The proposed Amended Complaint is clearly distinguishable both in its factual basis and legal predicate from the Complaint before the Court on October 11, 2005.   These distinctions have been noted above, and are once again more fully elaborated below in the discussion of the Lycos Opposition [DE 85].

The decision by the Court, granting the Lycos Motion To Dismiss, left undisturbed the jurisdictional issues, raised by Terra Networks, since the Terra Networks Motion To Dismiss was simply rendered moot.   More specifically, neither the counsel for the Plaintiffs, nor the counsel for Terra Networks, ever addressed any arguments relative to the Terra Networks challenge to the Court's personal jurisdiction over Terra Networks, since counsel for both parties agreed the Court's decision according Lycos statutory immunity, was also dispositive of the

11

Terra Networks' Motion.    Accordingly, there was no judicial determination relative to the jurisdictional issues involving Terra Networks.

E.    Lycos Opposition – The Lycos Opposition parrots the Terra Networks Opposition. In addition to the grounds set forth above, Lycos mischaracterizes the litigation in the Southern District of Florida as somehow representing multiple (and unsuccessful) efforts by Plaintiffs to amend their prior complaint against it.

F.    USCY Reply To Terra Networks Opposition - As noted in footnote (4) to this Reply, there have been only two (2) lawsuits filed against Lycos seeking substantive relief. Each of these case were transferred to this district, and first to be filed of these cases was voluntarily dismissed by the Plaintiffs', at the Court's suggestion relative to simplification of the issues. All other matters involving Lycos were tactical lawsuits (e.g Petitions For A Pure Bill Of Discovery, or the pursuit unrelated claims against unrelated parties, which were to be used to obtain third party discovery against Lycos). These collateral matters were necessary expedients to secure discovery against Lycos in the Southern District of Florida. When the two (2) lawsuits filed against Lycos seeking substantive relief were transferred from Florida to this District Court, the Plaintiffs discontinued its pursuit of these collateral matters.

G.    Amendment Of The Complaint Is Not Futile –

1.    Lycos & Terra Networks Do Not Qualify For §230 Immunity - The precedent relied upon by both Lycos and Terra Networks, in their respective Motions To Dismiss, are based upon the underlying principle that an internet service provider is simply a conduit for the conveyance/distribution of the postings of another, a role or function that is distinct from an individual regarded to be the source or author of such information, *Green v. America Online*

12

*(AOL), Inc.* 318 F.3d 465 (3rd Cir. 2003); *Ben Ezra Weinstein & Company, Inc. v. America Online (AOL), Inc.*, 206 F. 3d 980 (10th Cir. 2000).   In the *Ben Ezra Weinstein* case, it was, however, conceded by AOL that.

"...in an appropriate situation, an interactive computer service could act as an information content provider by participating in the creation or development of information, and thus not qualify for §230 immunity, *Id.* @ 985 FN4.

The factual allegations of the proposed Amended Complaint sets for an "appropriate situation", [DE 81, Exhibit "1" @ Paragraphs 38-43], for concluding that Lycos and Terra Networks do "not qualify for §230 immunity".

2.     Prior Complaint Dismissed For Failure To Sufficiently Articulate A Legal Theory Against Lycos & Terra Networks - At the hearing, which granted the LYCOS Motion To Dismiss [DE 66], under Rule 12(b)(6), the Court ruled that the allegations of the Amended Complaint, specifically Paragraphs 35 and 36, were insufficiently plead to establish that either LYCOS or TERRA NETWORKS had rendered "culpable assistance" to the John Doe Defendants, in respect to their postings of information on the UCSY message board of the RAGING BULL web site. In reaching its decision, the Court indicated that the Plaintiffs could not argue that the factual allegation of Paragraph 35 & 36 of the prior Amended Complaint, support the legal conclusion that the "construct and operation" of the LYCOS NETWORK contributed to the development of the information on the UCSY message board of the RAGING BULL web site, because the Amended Complaint did not seek to hold either LYCOS or TERRA NETWORKS liable to Plaintiffs as a content provider.   The proposed Amended Complaint has removed the latter deficiency in the pleadings.

13

H.    Housekeeping Amendments – A number of housekeeping amendments have also been made to correct typographic errors; and, to demand a jury trial.

I.    Good Cause To Permit Further Amendment - Notwithstanding that the Plaintiffs' claims against the Defendants, in one form or another, have been pending for more than 15 months, the hearing before this Court on October 11, 2005, was the first opportunity in which judicial scrutiny and comment on the sufficiency of the pleading has been offered. Accordingly, the Plaintiffs have not, until October 11, 2005, been apprised of any deficiencies in their pleadings, and, therefore, have not had an opportunity to refine their allegations against the Defendants to comply with the guidance of the Court. Thus, the proposed amendments are the first instance in which the Plaintiffs have had to clarify, and more precisely refine, the basis of their complaints against the Defendants, consistent with Rule 12(b)(6). Accordingly, the Plaintiffs believe that there their proposed Amended Complaint comports with the pleading requirements of Rule 12(b)(6); and, that good cause has been shown to exist for granting the instant Motion For Leave To Amend. Accordingly, the Plaintiffs, respectfully, request that their Motion For Leave To Amend be granted.

J.    Relation Back - Insofar as the claims asserted in the proposed Amended Complaint arise out of the same set of operative facts as the prior pleading, it is also respectfully requested that the date of filing of the proposed Amended Complaint related back to the date of the filing of the original pleadings in this matter.

Respectfully,

John H. Faro, Esq.

14

(BBO #159260)

Faro & Associates
44 W. Flagler Street, Suite 1100
Miami, FL 33130
Phone  (305) 424-1112
Fax       (305) 424-1114

EXHIBIT "1"

(LYCOS SUBSCRIBER AGREEMENT)

## Terms And Conditions

### Legal Information
### GENERAL TERMS AND CONDITIONS
### INTRODUCTION AND TABLE OF CONTENTS

Welcome to the Lycos Network, owned and produced by Lycos, Inc. and its subsidiary and affiliate corporations, successors, and assigns (collectively referred to as "Lycos"). The Lycos Network currently consists of various web pages at or linked to the URLs www.lycos.com, www.gamesville.com, www.tripod.com, www.angelfire.com, mail.lycos.com, www.quote.com, www.ragingbull.com, www.wired.com, www.hotbot.com, www.whowhere.com, www.sonique.com, www.hotwired.com, www.webmonkey.com, www.lycoszone.com, www.animationexpress.com, www.htmlgear.com and www.matchmaker.com collectively referred to as the "Lycos Network," which may expand or change from time to time). The Lycos Network is currently one of the most visited hubs on the Internet. The Lycos Network provides leading Web search and navigation, communications and personalization tools, great massively-multiplayer real-time games with cash prizes, homepage building and Web community services, a cutting-edge shopping center and more. Integrated, these sites help each individual user locate, retrieve and manage information tailored to his or her personal interests. Unless explicitly stated otherwise, any new Products and Services (as defined below), including the addition of new Lycos Network properties shall be subject to these Terms and Conditions.

Lycos makes available a variety of products and services through the Lycos Network (collectively, the "Products and Services") subject to these General Terms and Conditions ("Terms and Conditions"). In addition, there are a variety of special products and services offered through the Lycos Network that have separate registration procedures and separate terms and conditions, terms of service, user agreements, or similar legal agreement. When you are using any service or product on the Lycos Network that does not have a separate legal agreement, the Terms and Conditions set forth here will apply. Lycos also may supplement the Terms and Conditions with posted guidelines or rules applicable to specific areas of the Lycos Network. In addition, the Lycos Network also may offer other services from time to time that are governed by the terms of service of the respective service partners.

Because the Terms and Conditions contain legal obligations, please read them carefully.

Please direct any legal questions to:

General Counsel
Lycos, Inc.
100 5th Ave
Waltham, Massachusetts 02451

The Terms and Conditions contain a variety of provisions that are generally applicable to the Products and Services and some provisions that apply to particular Products and Services. The following is a list of links to the various provisions in the Terms and Conditions. The headings contained in these provisions, and reflected in these links, however, are solely for your convenience and have no legal import. While this list of links may help you locate particular provisions, you should

understand that you will be bound by the entire Terms and Conditions.

1. Acceptance
2. Conditions and Restrictions on Use
3. Registration and Privacy
4. Responsibility for Minors
5. Parental Controls and Child Safety
6. Member And User Conduct
7. License to Member Web Pages and Other User Content
8. Quote.com and Raging Bull
9. Sonique
10. Disclaimer of Warranties
11. Limitation of Liability
12. Removal of Links
13. Disclaimer Regarding Third Party Content
14. Web Publishing
15. Storage
16. Lycos Communities Guidelines - Chat, Clubs, Message Boards
17. Lycos Shopping
18. Lycos Gamesville
19. Disclaimer Regarding Multimedia Search and Other Pictures, Movies, Streams and Sounds Located Through the Lycos Network Search Services
20. The Lycos Network Image Gallery Disclaimer
21. Lycos Computers Download and Shareware Guide Disclaimer
22. Tax Guides Disclaimer
23. Investment Information Disclaimer
24. Professional Information Disclaimer
25. Open Directory Disclaimer
26. Advertisers and Content Linked to the Lycos Network
27. The Lycos Network Logos and Search Boxes
28. No License; Intellectual Property Rights of Lycos and Others
29. Indemnity and Release
30. Limitation of Action
31. Copyright, Trademark, and Patent Notices
32. Intellectual Property Infringement Claims
33. Arbitration, Governing Law, and Forum for Disputes
34. Changes in Terms and Conditions and Changes in Products and Services
35. Merger
36. Non-Waiver and Separability
37. Relationship of Parties
38. No Resale, Assignment, or Sublicensing
39. Successors and Assigns
40. Termination; Survival
41. Communication with Users
42. Submissions of Ideas
43. Export Controls
44. Standard Advertising Terms and Conditions
45. Violation of Terms and Conditions
46. Matchmaker.com
47. Lycos Messenger
48. Mail
49. Search Software (Sidesearch and Hotbot Desktop)

## 1. ACCEPTANCE

By using the Products and Services, you are agree, without limitation or qualification, to be bound by, and to comply with, these Terms and Conditions and any other posted guidelines or rules applicable to any individual Lycos Network web site, Product or Service. All such guidelines and rules are hereby incorporated by reference into the Terms and Conditions.

## 2. CONDITIONS AND RESTRICTIONS ON USE

Use of the Products and Services is subject to compliance with these Terms and Conditions. You acknowledge and agree that Lycos may terminate your access to the Lycos Network or to any of the Products and Services should you fail to comply with the Terms and Conditions or any other guidelines and rules published by Lycos. Any such termination shall be in Lycos' sole discretion and may occur without prior notice, or any notice. Lycos further reserves the right to terminate any user's access to the Lycos Network or to any of the Products and Services for any conduct that Lycos, in its sole discretion, believes is or may be directly or indirectly harmful to other users, to Lycos or its subsidiaries, affiliates, or business contractors, or to other third parties, or for any conduct that violates any local, state, federal, or foreign laws or regulations. Lycos further reserves the right to terminate any user's access to the Lycos Network or to any of the Products and Services for any reason or for no reason at all, in Lycos' sole discretion, without prior notice, or any notice.

In order to use the Products and Services, users must have access to the World Wide Web and must navigate the Internet to http://www.lycos.com/ or another of the URLs associated with the Lycos Network. Be aware that the majority of the Lycos Network is for general audiences, although there are certain areas on the Lycos Network that contain adult or mature content and different areas where content is specifically created for children under 13 years of age. Where there is mature or adult content, individuals who are less than 18 years of age or are not permitted to access such content under the laws of any applicable jurisdiction may not access such content. There are also other (mainly commerce-related) areas of the Lycos Network not open to persons under 18 years of age. With respect to general audience content, if Lycos learns that anyone under the age of 13 has accessed the Products and Services, Lycos will require verified parental consent, in accordance with the Children's Online Privacy Protection Act of 1998 ("COPPA"). Certain areas of the Lycos Network, however, may not be available to children under 13 under any circumstances.

Lycos does not discriminate on the basis of age, gender, race, ethnicity, nationality, religion, sexual orientation, or any other protected status.

## 3. REGISTRATION AND PRIVACY

Certain of the Products and Services will require the user to register and provide certain data. In consideration of use of such Products and Services, in registering and providing such data, you represent and warrant that: (a) the information about yourself is true, accurate, current, and complete (apart from optional items) as required by various Lycos Network registration forms ("Registration Data") and (b) you will maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Lycos has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Lycos has the right to suspend or terminate your account and refuse any and all current or future

use of the Products and Services.

All Lycos Network registrations become the exclusive property of Lycos, its affiliates and subsidiaries. Lycos reserves the right to use and reuse all registration and other personally identifiable user information subject to the Lycos Network Privacy Policy. Users may edit, update, alter or obscure their personally identifiable information at any time by following the instructions located in the Lycos Network Privacy Policy and at individual Lycos Network sites.

You acknowledge receipt of Lycos Network Privacy Policy, including our Notice Regarding the Privacy of Children Under 13 While on the Lycos Network.

## 4. RESPONSIBILITY FOR MINORS
In cases where you have authorized a minor to use the Products and Services, you recognize that you are fully responsible for: (i) the online conduct of such minor; (ii) controlling the minor's access to and use of the Products and Services; and (iii) the consequences of any misuse by the minor. YOU ACKNOWLEDGE THAT SOME AREAS OF THE LYCOS NETWORK MAY CONTAIN MATERIAL THAT IS INAPPROPRIATE FOR MINORS.

## 5. PARENTAL CONTROLS AND CHILD SAFETY
Certain material available on the Internet is not appropriate for minors. To prevent or limit your children's access to such materials, a number of parental control protections ( such as computer hardware, software, or filtering services) are commercially available. For more information on such parental control protections, click here. To review our Notice Regarding the Privacy of Children Under 13 While on the Lycos Network, click here.

## 6. MEMBER AND USER CONDUCT
Upon registering, you will receive a password and Lycos Network ID. You are responsible for maintaining the confidentiality of the password and ID, and are fully responsible for all activities that occur under your password or ID. You agree to (a) immediately notify Lycos of any unauthorized use of your password or account or any other breach of security, and (b) ensure that you exit from your account at the end of each session. The Lycos Network cannot and will not be liable for any loss or damage arising from your failure to comply with this requirement.

You acknowledge and agree that all information, code, data, text, software, music, sound, photographs, pictures, graphics, video, chat, messages, files, or other materials ("Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from which such Content originated. This means that you, and not the Lycos Network, are entirely responsible for all Content that you upload, post, email or otherwise transmit via the Services. The Lycos Network does not control the user or third party Content posted via the Products and Services, and, as such, does not guarantee the accuracy, integrity or quality of such user or third party Content. You acknowledge and Agree that by using the Products and Services, you may be exposed to Content that is offensive, indecent or objectionable. Under no circumstances will the Lycos Network be liable in any way for any user or third party Content, including, but not limited to, for any errors or omissions in any such Content, or for any loss or damage of any kind incurred as a result of the use of any such Content posted, emailed or otherwise transmitted via the Products and Services. As a general matter, Lycos does not pre-screen user or third party Content posted on the Lycos Network, except for certain areas where Lycos employs certain

automated screening software, although Lycos reserves the right to do so. Lycos does not guarantee that any screening will be done to your satisfaction or that any screening will be done at all. Lycos reserves the right to monitor some, all, or no areas of the Products and Services for adherence to these Terms and Conditions or any other rules or guidelines posted by Lycos.

The Products and Services may only be used for the intended purpose for which such Products and Services are being made available. The intended purpose of site building software on the Lycos Network is to maintain, publish and produce web sites on the Lycos Network that are consistent with these terms and conditions.

*Prohibited Conduct*

**You agree that you will not use Lycos Network Products and Services to:**

a. Upload, post, email, otherwise transmit, or post links to any Content, or select any member or user name or email address, that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, pornographic, libelous, invasive of privacy or publicity rights, hateful, or racially, sexually, ethnically or otherwise objectionable.

b. Upload, post, email, otherwise transmit, or post links to any Content that promotes illegal activity, including without limitation the provision of instructions for illegal activity.

c. Upload, post, email, otherwise transmit, or post links to any Content that exploits the images of children under 18 years of age, or that discloses personally identifying information belonging to children under 18 years of age.

d. Harm minors in any other way.

e. Make any sexual request on behalf of a minor or make any sexual request of a minor.

f. "Stalk" or otherwise harass another.

g. Collect or store personally identifying information about other users for commercial or unlawful purposes.

h. Impersonate any person or entity, including, but not limited to, a Lycos Network official, employee, forum leader, guide or host, or falsely state or otherwise misrepresent your affiliation with a person or entity.

i. Employ misleading email addresses or falsify information in the header, footer, return path, or any part of any communication, including emails, transmitted through the Products and Services.

j. Upload, post, email, otherwise transmit, or post links to any Content that you do not have a right to transmit under any law or regulation or under contractual or fiduciary relationships (such as inside information, or proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements).

k. Upload, post, email, or otherwise transmit, or post links to any Content that facilitates hacking.

l. Upload, post, email, otherwise transmit, or post links to any Content that infringes any patent, trademark, service mark, trade secret, copyright or other proprietary rights ("Rights") of any party, or contributing to inducing or facilitating such infringement. This prohibition shall include, without limitation, the following forms of software piracy:

    i. Making available copyrighted software or other Content that has had the copyright protection removed.

        ii.    Making available serial numbers for software that can be used to
             illegally validate or register software.

       iii.   Making available tools that can be used for no purpose other than for
             "cracking" software or other copyrighted Content.

       iv.   Making available any software files for which the user does not own
             the copyright or have the legal right to make available.

m. Upload, post, email, otherwise transmit, or post links to any unsolicited or
unauthorized advertising, promotional materials, "junk mail," "spam," "chain
letters," "pyramid schemes," or any other form of solicitation, except in those
areas that are designated for such purpose.

n. Upload, post, email, otherwise transmit, or post links to any material that
contains software viruses, worms, trojan horses, time bombs, trap doors or
any other computer code, files or programs or repetitive requests for
information designed to interrupt, destroy or limit the functionality of any
computer software or hardware or telecommunications equipment or to
diminish the quality of, interfere with the performance of, or impair the
functionality of the Products and Services or the Lycos Network.

o. Use automated means, including additional computers, software and scripts,
to enhance play in Lycos Network games and promotions.

p. Use automated means, including spiders, robots, crawlers, or the like to
download data from any Lycos Network database.

q. Conduct your own contests and promotions.

r. Upload, post, email, otherwise transmit, or post links to any Content
regarding any raffle, contest or game requiring a fee by participants.

s. Modify, publish, transmit, transfer or sell, reproduce, create derivative works
from, distribute, perform, link, display or in any way exploit any Content from
any Lycos database, including, without limitation, by incorporating data from
any Lycos database into any e-mail or "white pages" products or serviced,
whether browser-based, based on proprietary client-site applications, web-
based, or otherwise.

t. Sell, distribute, or make any commercial use of data obtained from any Lycos
database or make any other use of data from any Lycos database in a manner
which could be expected to offend the person for whom the data is relevant.

u. Create and maintain a Lycos Network web page (including, but not limited to,
a Lycos Club or an Angelfire or Tripod home page) that (i) redirects to
another web page or (ii) stores or hosts content for remote loading by other
web pages. For example, you cannot create a Lycos Club, post pictures to the
Lycos Club, and have other web pages call the Lycos Club page to retrieve
those pictures.

v. Create and maintain a Lycos Network web page that contains hyperlinks to
content not permitted on the Lycos Network.

w. Disrupt the normal flow of dialogue in a chat room, cause a screen to "scroll"
faster than other users of the Products and Services are able to type, or
otherwise act in a manner that negatively affects other users' ability to
engage in real time exchanges.

x. Interfere with or disrupt the Products and Services or servers or networks
connected to the Products and Services, or disobey any requirements,
procedures, policies or regulations of networks connected to the Products and
Services, including without limitation Lycos Network Chat hosts.

y. Intentionally or unintentionally violate any applicable local, state, national or
international law, including, but not limited to, regulations promulgated by
the U.S. Securities and Exchange Commission, any rules of any national or
other securities exchange, including, without limitation, the New York Stock

Exchange, the American Stock Exchange or the NASDAQ, and any regulations having the force of law.

z. Use the Products or Services to sell, purchase, or offer to sell or purchase any registered or unregistered securities.

aa. Upload, post, email, otherwise transmit, or post links to any material that is false, misleading, or designed to manipulate any equity, security, or other market.

bb. Disobey any Lycos Chat hosts or other Lycos employee or representative or interfere with any action by any Lycos Chat host or other Lycos employee or representative to redress any violation of these Terms and Conditions.

cc. Access the Products and Services after your account or access has been terminated by Lycos.

dd. Fail to complete any transaction after submitting an order to purchase any goods or services from individual Merchants in Lycos Shop or from any seller in Lycos Auctions, subject to the individual Merchant's or seller's terms and conditions governing such transactions.

ee. Submit any order to purchase goods or services from individual Merchants in Lycos Shop or from any seller in Lycos Auctions where you do not intend to complete the transaction.

ff. Purchase any goods or services that you are prohibited from purchasing or possessing by any law applicable to you in your jurisdiction. The responsibility for ensuring compliance with all such laws shall be the user's alone. By submitting an order to purchase goods or services, you represent and warrant that you have the legal right to purchase such goods or services.

gg. Use any software deployed in connection with the Products and Services to process data as a service to other entities without the express written consent of Lycos or the party from whom such software may be licensed.

hh. Decompile, disassemble, modify, translate, adapt, reverse engineer, create derivative works from, or sublicense any software deployed in connection with the Products and Services.

ii. Engage in manipulative bidding through Lycos Auctions, such as by making bids solely for the purpose of instigating other bidders to withdraw bids and then retracting your bid to bid at a lower price or by using multiple accounts to drive up bidding on items you are offering for sale.

jj. Advertise, offer for sale, or sell any item you are prohibited from advertising or selling by any applicable local, state, national, or international law, including regulations having the force of law.

kk. Upload, post, email, otherwise transmit, or post links to any material, or act in any manner, that is offensive to the Lycos Network community or the spirit of these Terms and Conditions.

ll. Advertise, offer for sale, or sell any of the following items:

- Any firearms, explosives, or weapons.
- Any food that is not packaged or does not comply with all laws governing the sale of food to consumers by commercial merchants.
- Any alcoholic beverages.
- Any tobacco products for human consumption, including, without limitation, cigarettes and cigars.
- Any items that are indecent or obscene, that are hateful or racially, sexually, ethnically or otherwise objectionable, that contain child pornography, that are otherwise pornographic in nature, or are harmful to minors.
- Any controlled substances or pharmaceuticals.
- Any items that are counterfeit or stolen.

- Any dangerous items.
- Any goods or services that do not, in fact, exist.
- Any registered or unregistered securities.
- Any items that violate or infringe the rights of other parties.
- Any items that you do not have the legal right to sell.
- Any items where paying Lycos any of the required transactional or listing fees would cause Lycos to violate any law.

You acknowledge and agree that the Lycos Network and its designees shall have the right (but not the obligation), in their sole discretion, to refuse to publish, remove, or block access to any Content that is available via the Products and Services at any time, for any reason, or for no reason at all, with or without notice. Without limitation Lycos and its designees shall have the right (but not the obligation), in their sole discretion, to refuse to publish, remove, or block access to any Content that violates the Terms and Conditions or is otherwise objectionable as determined by Lycos, in its sole discretion. Lycos may also terminate access to, or membership in, the Lycos Network, or any portion thereof, for violating these Terms and Conditions. You acknowledge and agree that you must evaluate, and bear all risks associated with, the use of any Content, including any reliance on the accuracy, completeness, or usefulness of such Content. In this regard, you acknowledge that you may not rely on any Content created by or obtained through the use of the Lycos Network, including without limitation information in Chat, Message Boards, Clubs, and in all other parts of the Lycos Network Products and Services.

You expressly acknowledge and agree that the Lycos Network may preserve Content and may also disclose Content if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: (a) comply with legal process; (b) enforce the Terms and Conditions; (c) respond to claims that any Content violates the rights of third-parties; or (d) protect the rights, property, or personal safety of Lycos, its users and the public. You acknowledge and agree that the technical processing and transmission of the Products and Services, including your Content, may involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices. You further acknowledge and agree that other data collected and maintained by Lycos with regard to its users may be disclosed in accordance with Lycos' Privacy Policy.

Lycos also may suspend or terminate any user account for any Product or Service because of user inactivity. For example, a Lycos Mail account may be terminated or suspended if a user fails to sign-in to the Lycos Mail Service for an extended period of time; please see the Lycos Mail Help section for more information regarding Lycos Mail 's policies concerning account termination. What is considered "user inactivity" varies depending on the Product or Service. If one of your accounts is suspended or terminated for inactivity, your right to use such Product or Service immediately ceases.

## 7. LICENSE TO USER CONTENT
With respect to any Content posted by or in connection with the Products and Services, you grant Lycos a world-wide, royalty free, perpetual, license to use, copy, transmit, publicly display, publicly perform, create compilations including, create derivative works of, and distribute such Content to publish and promote such

Content in connection with the particular Products and Services and to publish and promote such Content elsewhere within the Lycos Network. Such license shall apply with respect to any form, media, or technology now known or later developed.

## 8. QUOTE.COM AND RAGING BULL

Quote.com and Raging Bull are licensed to you conditioned upon your acceptance of, and compliance with these Terms and Conditions and any additional rules that may be posted in specific areas of Quote.com and Raging Bull. Quote.com and Raging Bull contain a variety of Content, including, but not limited to, information, software, advertising and financial market and investment information, design, text, audio, images, financial analysis, and other financial market and investment data (the "Financial Information"), as well as photographs, audio and video clips, graphics, and links (collectively, the "Financial Content") that are protected by copyright, trademark or other proprietary rights of Quote.com, Raging Bull or third parties. All Financial Content on Quote.com and Raging Bull is copyrighted as a collective work of Quote.com and Raging Bull pursuant to applicable copyright law. You agree to comply with any additional copyright notices, information, or restrictions contained in any Financial Content available on or accessed through Quote.com and Raging Bull.

Quote.com and Raging Bull may be used solely for personal, noncommercial use. Use of any Quote.com products (including any real-time exchange data services) on multiple devices (e.g. your home and work computer) at the same time with a single Quote.com user name and password is strictly prohibited. The Financial Information and Financial Content provided by Quote.com and Raging Bull is for informational purposes only and should not be used or construed as an offer to sell, a solicitation of an offer to buy, or endorsement, recommendations, or sponsorship of any company or security by Quote.com, Raging Bull or Lycos. You acknowledge and agree that any request for information is unsolicited and shall neither constitute nor be construed as investment advice by Quote.com, Raging Bull or Lycos to you. It is strongly recommended that you seek outside advice from a qualified securities professional prior to making any securities investment. Neither Quote.com, Raging Bull nor Lycos provides or guarantees any legal, tax, or accounting advice or advice regarding the suitability, profitability, or potential value of any particular investment, security, or informational source. You acknowledge and agree that any reliance upon the Financial Information or Financial Content available through Quote.com or Raging Bull, or through links accessible through Quote.com or Raging Bull, is at your own sole risk. Neither Quote.com, Raging Bull nor Lycos is responsible for any Financial Information or Financial Content posted by any third party. Please read the Investment Information Disclaimer below.

Quote.com, Raging Bull and Lycos may invest or otherwise hold interests in companies contemplating or that have undertaken initial public offerings. Quote.com, Raging Bull, and Lycos do not guaranty the reliability or accuracy of any Financial Information or Financial Content available through Quote.com and Raging Bull. The views and opinions expressed in the Financial Information or the Financial Content are not intended to constitute a description of securities bought, sold, or held on behalf of Quote.com, Raging Bull or Lycos. Nor are such views and opinions an indication of any intention to buy, sell, or hold any security by Quote.com, Raging Bull or Lycos, and investment decisions made by Quote.com, Raging Bull or Lycos may change at any time and for any reason. The Financial Information and the Financial Content are not intended to constitute investment advice or a recommendation to buy, sell, or hold any security.

Much of the information and Content available through Quote.com and Raging Bull is obtained from, or posted by, third parties. Such third parties are solely responsible for the information or content they make available through Quote.com and Raging Bull. Lycos does not review or endorse any postings that appear on the Quote.com or Raging Bull message boards and strongly urges you to read and post on the message boards with caution.

You may download or copy the Financial Content available through Quote.com and Raging Bull only for you own personal use, provided that you retain on such materials all copyright and other notices contained in such Financial Content. You shall not store electronically any significant portion of any Financial Content. Except as expressly permitted by the copyright laws, no copying storage, redistribution, display, or publication of any Financial Content is permitted without the express permission of Quote.com, Raging Bull or the owners of such Financial Content or their authorized representatives, if other than Quote.com or Raging Bull.

Quote.com, Raging Bull and Lycos reserve the right, in their sole discretion, to restrict, suspend, or terminate your access to all or any part of Quote.com or Raging Bull, including the interactive or community areas, or to refuse to publish, remove, or block access to any Content, at any time, for any reason or for no reason at all, without prior notice or any notice, and without liability. Quote.com, Raging Bull and Lycos may, in their sole discretion, change, suspend, or discontinue all or any aspect of Quote.com or Raging Bull at any time, including the availability of any feature, database, or any Financial Content (including the interactive or community areas), without prior notice or any notice, and without liability. Please read the Lycos Communities guidelines below before using Quote.com or Raging Bull.

Any Quote.com software which is downloaded for or on behalf of the United States of America, its agencies and/or instrumentalities ("U.S. Government"), is provided with Restricted Rights. Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software - Restricted Rights at 48 CFR 52.227-19, as applicable. Manufacturer is: Quote.com Inc., 850 North Shoreline Boulevard, Mountain View, CA 94043-1931.

Lycos offers QCharts and LiveCharts pursuant to a Subscription Agreement. Please read the entire Terms and Conditions as all Lycos Network properties, Products and Services, are offered subject to these Terms and Conditions.

## 9. SONIQUE

The Sonique Audio Player and any software for creating plug-ins and skins (collectively, the "Sonique Software") are made available to you free of charge subject to the terms and conditions of this license. You may load the Sonique Software into the temporary or permanent storage of your computer and may copy the Sonique Software each time you use it for the sole purpose of engaging in that use, provided that you do so in accordance with these Terms and Conditions. The Sonique Software is copyright (c) 1998-2000 Lycos, Inc. You may not modify, disassemble, decompile, reverse engineer, derive the source code of, or create derivative works from the Sonique Software, and you may not copy, distribute, publicly display, or publicly perform the Sonique Software except as expressly authorized by these Terms and Conditions. You may not use the Sonique Software to engage in or allow others to engage in any illegal activity. You may not claim any

sponsorship by, endorsement by, or affiliation with Lycos.

AS WITH OTHER PRODUCTS AND SERVICES, THE SONIQUE SOFTWARE IS SUBJECT TO THE CAPITALIZED LANGUAGE BELOW REGARDING DISCLAIMERS OF WARRANTIES AND LIMITATION OF LIABILITY.

By uploading any skins or plug-ins to the Sonique web site, you grant to Lycos and to users of the Sonique web site the perpetual, world-wide, royalty free license to copy, distribute, publicly display, publicly perform, and create derivative works from such skins or plug-ins. You represent and warrant that all such skins or plug-ins are original works, created by you, which do not infringe any third party intellectual property, proprietary, or other rights.

Through arrangements with third parties, Lycos makes available through the Sonique web site certain music files solely for your personal use. All such music files are subject to copyright and/or other intellectual property protections afforded to the owners of such works. PLEASE BE ADVISED THAT THE UNAUTHORIZED REPRODUCTION, DISTRIBUTION, PUBLIC DISPLAY, PUBLIC PERFORMANCE, OR CREATION OF DERIVATIVE WORKS FROM SUCH WORKS IS STRICTLY PROHIBITED

Please read the entire Terms and Conditions as all Lycos Network properties, Products and Services are subject to these Terms and Conditions.

**10. DISCLAIMER OF WARRANTIES**
**THE PRODUCTS AND SERVICES ARE PROVIDED "AS IS," WITH NO WARRANTIES WHATSOEVER. ALL EXPRESS, IMPLIED, AND STATUTORY WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT OF PROPRIETARY RIGHTS, ARE EXPRESSLY DISCLAIMED TO THE FULLEST EXTENT PERMITTED BY LAW. TO THE FULLEST EXTENT PERMITTED BY LAW, LYCOS DISCLAIMS ANY WARRANTIES FOR THE SECURITY, RELIABILITY, TIMELINESS, AND PERFORMANCE OF THE PRODUCTS AND SERVICES. TO THE FULLEST EXTENT PERMITTED BY LAW, LYCOS DISCLAIMS ANY WARRANTIES FOR OTHER SERVICES OR GOODS RECEIVED THROUGH OR ADVERTISED ON THE PRODUCTS AND SERVICES OR RECEIVED THROUGH ANY LINKS PROVIDED IN THE PRODUCTS AND SERVICES, AS WELL AS FOR ANY INFORMATION OR ADVICE RECEIVED THROUGH THE PRODUCTS AND SERVICES OR THROUGH ANY LINKS PROVIDED IN THE PRODUCTS AND SERVICES. LYCOS SIMILARLY DISCLAIMS, TO THE FULLEST EXTENT PERMITTED BY LAW, ANY WARRANTIES FOR ANY INFORMATION OR ADVICE OBTAINED THROUGH THE PRODUCTS AND SERVICES.**

**YOU EXPRESSLY UNDERSTAND AND AGREE THAT LYCOS DISCLAIMS ANY AND ALL RESPONSIBILITY OR LIABILITY FOR THE ACCURACY, CONTENT, COMPLETENESS, LEGALITY, RELIABILITY, OR OPERABILITY OR AVAILABILITY OF INFORMATION OR MATERIAL IN THE PRODUCTS AND SERVICES. LYCOS DISCLAIMS ANY RESPONSIBILITY FOR THE DELETION, FAILURE TO STORE, MISDELIVERY, OR UNTIMELY DELIVERY OF ANY INFORMATION OR MATERIAL. LYCOS DISCLAIMS ANY RESPONSIBILITY OR LIABILITY FOR ANY HARM RESULTING FROM DOWNLOADING OR ACCESSING ANY INFORMATION OR MATERIAL THROUGH THE PRODUCTS AND SERVICES, INCLUDING, WITHOUT LIMITATION, FOR HARM CAUSED BY**

VIRUSES OR SIMILAR CONTAMINATION OR DESTRUCTIVE FEATURES.
LYCOS MAKES NO WARRANTY REGARDING THE RELIABILITY OR
ACCESSIBILITY OF MEMBER WEB PAGES OR ANY STORAGE FACILITIES
OFFERED BY LYCOS.

YOU UNDERSTAND AND AGREE THAT ANY MATERIAL DOWNLOADED OR
OTHERWISE OBTAINED THROUGH THE USE OF THE PRODUCTS AND
SERVICES IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU
WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGES TO YOUR COMPUTER
SYSTEM OR LOSS OF DATA THAT RESULTS IN THE DOWNLOAD OF SUCH
MATERIAL.

Some jurisdictions do not allow the disclaimer of implied warranties. In
such jurisdictions, the foregoing disclaimers may not apply to you insofar as
they relate to implied warranties.

11. LIMITATION OF LIABILITY
YOU EXPRESSLY UNDERSTAND AND AGREE THAT UNDER NO
CIRCUMSTANCES SHALL LYCOS OR ITS LICENSORS BE LIABLE TO ANY USER
ON ACCOUNT OF THAT USER'S USE OR MISUSE OF AND RELIANCE ON THE
PRODUCTS AND SERVICES. SUCH LIMITATION OF LIABILITY SHALL APPLY
TO PREVENT RECOVERY OF DIRECT, INDIRECT, INCIDENTAL,
CONSEQUENTIAL, SPECIAL, EXEMPLARY, AND PUNITIVE DAMAGES (EVEN IF
LYCOS OR ITS LICENSORS HAVE BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES). SUCH LIMITATION OF LIABILITY SHALL APPLY WHETHER
THE DAMAGES ARISE FROM USE OR MISUSE OF AND RELIANCE ON THE
PRODUCTS AND SERVICES, FROM INABILITY TO USE THE PRODUCTS AND
SERVICES, OR FROM THE INTERRUPTION, SUSPENSION, OR TERMINATION
OF THE PRODUCTS AND SERVICES (INCLUDING SUCH DAMAGES INCURRED
BY THIRD PARTIES).

SUCH LIMITATION SHALL ALSO APPLY WITH RESPECT TO DAMAGES
INCURRED BY REASON OF OTHER SERVICES OR GOODS RECEIVED THROUGH
OR ADVERTISED ON THE PRODUCTS AND SERVICES OR RECEIVED THROUGH
ANY LINKS PROVIDED IN THE PRODUCTS AND SERVICES, AS WELL AS BY
REASON OF ANY INFORMATION OR ADVICE RECEIVED THROUGH OR
ADVERTISED ON THE PRODUCTS AND SERVICES OR RECEIVED THROUGH
ANY LINKS PROVIDED IN THE PRODUCTS AND SERVICES. SUCH
LIMITATION SHALL APPLY, WITHOUT LIMITATION, TO THE COSTS OF
PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, LOST PROFITS, OR
LOST DATA. SUCH LIMITATION SHALL APPLY WITH RESPECT TO THE
PERFORMANCE OR NON-PERFORMANCE OF THE PRODUCTS AND SERVICES
OR ANY INFORMATION OR MERCHANDISE THAT APPEARS ON, OR IS LINKED
OR RELATED IN ANY WAY TO, THE LYCOS NETWORK. SUCH LIMITATION
SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE
OF ANY LIMITED REMEDY. SUCH LIMITATION SHALL APPLY TO THE FULLEST
EXTENT PERMITTED BY LAW.

SUCH LIMITATION OF LIABILITY SHALL ALSO APPLY TO ANY DAMAGE
CAUSED BY LOSS OF ACCESS TO, DELETION OF, FAILURE TO STORE,
FAILURE TO BACK UP, OR ALTERATION OF MEMBER WEB PAGES OR OTHER
CONTENT STORED THROUGHT THE LYCOS NETWORK. WITH RESPECT TO
PREMIUM TRIPOD MEMBERS, LYCOS' AND TRIPOD, INC.'S ENTIRE

**LIABILITY, IF ANY, SHALL NOT EXCEED THE AMOUNT OF THE PREMIUM MEMBER'S MOST RECENT MEMBERSHIP FEE PAYMENT. FOR ALL CLAIMS RELATING TO QUOTE.COM'S PERFORMANCE OR NONPERFORMANCE UNDER THESE TERMS AND CONDITIONS, WHETHER IN CONTRACT, TORT, STRICT LIABILITY, OR OTHERWISE, INCLUDING WITHOUT LIMITATION, CLAIMS FOR FAILURE OF THE SYSTEM TO OPERATE, IN NO EVENT SHALL THE LIABILITY OF QUOTE.COM, INC. OR LYCOS, WHETHER ARISING IN CONTRACT, TORT, STRICT LIABILITY, OR OTHERWISE, EXCEED THE FEE, IF ANY PAID BY THE USER FOR THE SYSTEM.**

**UNDER NO CIRCUMSTANCES SHALL LYCOS OR ITS LICENSORS BE HELD LIABLE FOR ANY DELAY OR FAILURE IN PERFORMANCE RESULTING DIRECTLY OR INDIRECTLY FROM ACTS OF NATURE, FORCES, OR CAUSES BEYOND ITS REASONABLE CONTROL, INCLUDING, WITHOUT LIMITATION, INTERNET FAILURES, COMPUTER EQUIPMENT FAILURES, TELECOMMUNICATION EQUIPMENT FAILURES, OTHER EQUIPMENT FAILURES, ELECTRICAL POWER FAILURES, STRIKES, LABOR DISPUTES, RIOTS, INSURRECTIONS, CIVIL DISTURBANCES, SHORTAGES OF LABOR OR MATERIALS, FIRES, FLOODS, STORMS, EXPLOSIONS, ACTS OF GOD, WAR, GOVERNMENTAL ACTIONS, ORDERS OF DOMESTIC OR FOREIGN COURTS OR TRIBUNALS, NON-PERFORMANCE OF THIRD PARTIES, OR LOSS OF OR FLUCTUATIONS IN HEAT, LIGHT, OR AIR CONDITIONING.**

**In some jurisdictions, limitations of liability are not permitted. In such jurisdictions, the foregoing limitation may not apply to you.**

### 12. REMOVAL OF LINKS
12. REMOVAL OF LINKS The Lycos Network occasionally receives requests from people to remove links from the Lycos Network search services. Although the Lycos Network reserves the right to address such requests individually, the general approach that the Lycos Network takes reflects the following principles: The catalogs and databases used in connection with the Lycos Network search services consist of information that has been identified, indexed and compiled through an automated process with no advance review by human beings. Given the enormous volume of web site information added, deleted, and changed on a frequent basis, the Lycos Network cannot and does not screen anything made available through the Lycos Network search services' catalogs and databases. In other instances, the Lycos Network makes available directories, indices, and references consisting of content that has been identified, indexed, and compiled by humans. Furthermore, some of the catalogs and databases that can be searched in the Lycos Network are compiled by third parties through automated processes. However, if the operator of the site does not take steps to prevent it (i.e. make use of the Robots.txt file or Robots Meta tags), the automatic facilities used to create the catalogs and databases are likely to find it and index it again in a relatively short amount of time.

### 13. DISCLAIMER REGARDING THIRD PARTY CONTENT
The Lycos Network offers access to numerous third party web pages and content available over the Internet. In overwhelming majority instances, including, but not limited to, sites displayed as search results or contained within a directory of links, Lycos has no control whatsoever over the content of such sites. In other instances, including, but not limited to, web pages hosted on the Lycos Network or provided to the Lycos Network by third parties, Lycos may set guidelines for what may appear on such web pages and may engage in certain screening, but generally exercises no

control over the content of such web pages and is unable to police all such content. Third party content accessible through the Lycos Network from such sources is developed by people over whom the Lycos Network exercises no control. The search results that appear from the catalogs indexed by the Lycos Network's spiders or web robots are automated, and the Lycos Network cannot and does not screen the sites before including them in the catalogs from which such automated search results are gathered. Similarly, web pages hosted by the Lycos Network are posted by third parties, and, with the exception of certain automated screening functions, Lycos cannot and does not screen such web pages before they are made accessible to other users of the Lycos Network. Accordingly, neither the Lycos Network nor its licensors assume any responsibility for the content of any site included in any search results or otherwise linked to the Lycos Network web sites or in any web page hosted for a third party within the Lycos Network. In instances where the Lycos Network does review the sites that are displayed in directories, indices, and/or references, or where the Lycos Network makes available directories, indices, and/or references of sites compiled by third parties, the content located at such sites was developed third parties, and review of such sites by Lycos, if any, is narrowly limited to that which is necessary for compiling the particular set of links.

**14. WEB PUBLISHING (ANGELFIRE, TRIPOD, DOMAINS, HTML GEAR)**

Unpaid Services in General. Lycos offers versions of the Angelfire, Tripod and HTML Gear services that are free of charge, exclusive of Internet or other telecommunications and computer equipment charges and fees. Any aspect of such services may be modified by Lycos for any reason or for no reason at all, in Lycos' sole discretion, without prior notice, or any notice. Lycos allows one unpaid Angelfire or Tripod membership and one unpaid HTML Gear membership per individual with a legitimate electronic mail address. If a user of the unpaid version of Angelfire or Tripod does not build a homepage within twenty eight (28) days after registering for such service, Lycos may delete such member's Angelfire or Tripod account.

Unpaid Services License. By submitting a web page to the unpaid versions of Angelfire, Tripod, or any other unpaid web page hosting service on the Lycos Network, you grant Lycos a royalty-free, nonexclusive, worldwide, unrestricted license to use, copy, transmit, publicly display, publicly perform, create compilations including, and distribute such web page, and any associated Content, for the limited purposes of publishing and promoting the user's web page in connection with the particular service with which the user has chosen to have the web page hosted and for publishing and promoting such web page elsewhere within the Lycos Network. Such license shall apply with respect to any form, media, or technology now known or later developed. The term of the license will extend only for the duration of the user's membership with the particular Lycos Network service (e.g., Tripod or Angelfire). In the event that such membership is terminated, Lycos will relinquish all rights to the user's Content as described above following the duration of any applicable promotional activities ongoing at the time the membership is terminated. You acknowledge and agree that Lycos runs advertisements on the web pages of its users of unpaid services and grant Lycos the right to do so. These advertisements may include, without limitation, "banner" advertisements and "pop-up text" advertisements. The manner, mode, and extent of such advertising are subject to change.

Subscription Services. Lycos also offers subscription versions of the Angelfire, Tripod, HTML Gear and Domains services. If you subscribe to such services, you agree to be bound by the subscription agreement.

### 15. STORAGE
Many features of the Lycos Network store information on behalf of users. Examples include, but are not limited to, email messages, chat, web pages, message boards, calendar functions, and postings on Lycos Auctions. Lycos reserves the right, in its sole discretion, to limit the amount of storage space available per user or to delete materials stored for an excessive period while the user's account has been inactive.

### 16. LYCOS COMMUNITIES GUIDELINES - CHAT, CLUBS, AND MESSAGE BOARDS
Users of Lycos Communities, which includes all Lycos Network chat, clubs, and message boards are expected to adhere to the guidelines below and are expected not to engage in any of the Prohibited Conduct described above. Any user failing to comply with these Terms and Conditions may be expelled from a chat room, a club, or a message board by a Lycos moderator or host, and Lycos may terminate or restrict such user's Lycos Network accounts. In addition, Lycos may remove any Content that violates these Terms and Conditions or is otherwise objectionable, in Lycos' sole discretion. No child under the age of 13 may participate in Lycos Communities, including all chat, clubs, or message boards offered throughout the Lycos Network.

Please read all the Prohibited Conduct described above before using the Lycos Communities' services, and keep in mind the following when using the Lycos Communities' services:

- All information you submit in registering must be true, accurate, current, and complete (apart from optional items).
- Do not rely on any information relating to investments or professional advice without first reading the Investment Information Disclaimer and Professional Information Disclaimer below. Remember that people on the Internet are not always who they say they are and do not always publish truthful statements. Lycos cannot and does not ensure the accuracy of such statements.
- Do not upload, post, email, otherwise transmit, or post links to any Content, or select any member or user name or email address, that is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, pornographic, libelous, invasive of privacy or publicity rights, hateful, or racially, sexually, ethnically or otherwise objectionable.
- Do not stalk or otherwise harass other users.
- Do not upload, post, email, otherwise transmit, or post links to any Content that promotes illegal activity, including without limitation the provision of instructions for illegal activity.
- Do not upload, post, email, otherwise transmit, or post links to any Content that exploits the images of children under 18 years of age, or that discloses personally identifying information belonging to children under 18 years of age.
- Do not impersonate any person or entity, including, but not limited to, a Lycos Network official, employee, forum leader, guide or host, or falsely state or otherwise misrepresent your affiliation with a person or entity.
- Do not upload, post, email, otherwise transmit, or post links to any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation, except in those areas that are designated for such purpose
- Do not disrupt the normal flow of dialogue in a chat room, cause a screen to

"scroll" faster than other users of the Products and Services are able to type, or otherwise act in a manner that negatively affects other users' ability to engage in real time exchanges.

- Do not disobey any Lycos Chat hosts, moderators, or other Lycos employee or representative or interfere with any action by any Lycos Chat host or other Lycos employee or representative to redress any violation of these Terms and Conditions.
- Do not access any Lycos Communities' service after your account or access has been terminated by Lycos.
- Do not upload, post, email, or otherwise transmit, or post links to any Content that facilitates hacking.
- Do not interfere with or disrupt the Products and Services or servers or networks connected to the Products and Services, or disobey any requirements, procedures, policies or regulations of networks connected to the Products and Services, including without limitation Lycos Network Chat hosts.

Violations of these Terms and Conditions in connection with the use of Lycos Communities should be reported to:

Community Manager
Lycos, Inc.
100 5th Ave
Waltham, MA 02451
communities@lycos.com

Please read the entire Terms and Conditions as all Lycos Network properties, Products and Services are subject to these Terms and Conditions.

## 17. LYCOS SHOPPING

Lycos Shopping ("Lycos Shopping") is made available only to those users who are of the legal age of consent in their jurisdiction. You may not use Lycos Shopping if you have not reached that age or, in any event, if you are less than eighteen (18) years old. You may only use Lycos Shopping if you are a United States resident and may only use Lycos Shop from locations within the United States for transactions to be completed within the United States. By accepting these Terms and Conditions, you represent and warrant that you are a United States resident and are using Lycos Shopping at a location within the United States for a transaction to be completed within the United States.

Users are obligated to submit information that is true, accurate, current, and complete. By accepting these Terms and Conditions, you represent and warrant that all such information submitted by you is true, accurate, current, and complete. Users are also required to maintain and update all such information in order to ensure that it remains true, accurate, current, and complete. Each time you update such information, you represent and warrant that such information is true, accurate, current, and complete.

By submitting an order to purchase any goods or services from individual Merchants, users are obligated to complete such transactions, subject to the individual Merchant's terms and conditions governing such transactions. Users are prohibited from submitting orders to purchase goods or services where they do not intend to

complete such transactions.

Each user may use one password and may not use additional passwords. Each user is required to use his or her password for his or her own use only. Users may not permit others to use their passwords.

Users may not purchase goods or services that they are prohibited from purchasing or possessing by any law applicable to them in their jurisdictions. The responsibility for ensuring compliance with all applicable laws shall be the user's alone. By submitting an order to purchase goods or services, you represent and warrant that you have the legal right to purchase and possess such goods or services.

Lycos has no partnership, joint venture, employer-employee, or franchisor-franchisee relationship with any Merchant accessible through Lycos Shopping or with any user of Lycos Shopping. Lycos cannot confirm that any particular Merchant is who that Merchant claims to be. Nor can Lycos confirm the truth or accuracy of any statements made by Merchants or control whether Merchants who post statements through Lycos Shopping will act in accordance with those statements. Lycos will not get involved in any dispute between users of the Service and Merchants accessible through Lycos Shopping.

LIKE OTHER AREAS OF THE LYCOS NETWORK PRODUCTS AND SERVICES, YOUR USE OF LYCOS SHOPPING IS SUBJECT TO THE CAPITALIZED LANGUAGE SET FORTH ABOVE REGARDING DISCLAIMERS OF WARRANTIES AND LIMITATION OF LIABILITY. PLEASE RE-READ THOSE PROVISIONS CAREFULLY.

As with all other aspects of the Products and Services, by using Lycos Shopping, you hereby agree that you shall be responsible for all tax obligations and costs that arise from or relate to your use of Lycos Shopping, including, without limitation, tax obligations and costs for any transactions that arise from or relate to your use of Lycos Shopping.

## 18. LYCOS GAMESVILLE NOTICE AND DISCLAIMER
For rules governing Lycos Gamesville, click here. Various games may have different or additional Official Rules posted in connection with those games.

## 19. DISCLAIMER REGARDING MULTIMEDIA SEARCH AND OTHER PICTURES, MOVIES, STREAMS AND SOUNDS LOCATED THROUGH THE LYCOS NETWORK SEARCH SERVICES
Pictures, movies, streams, and sounds (the "Multimedia Content") located through the Lycos Multimedia Search and other Lycos Network search services are protected by copyright and/or other intellectual property laws. Lycos does not have the right to authorize you to reproduce, distribute, publicly display, publicly perform, or create derivative works from any files containing such Multimedia Content. Where search results link to sites outside the Lycos Network, all of the Multimedia Content contained on such sites is owned and served by entities other than the Lycos. The Lycos Network provides you with the URL or address of the Multimedia Content; this information may be used to determine the server of the Multimedia Content. If you intend to make use of any Multimedia Content accessed through our site for commercial or noncommercial purposes, we strongly suggest that you contact the server of the Multimedia Content for permission to use the Multimedia Content.

## 20. LYCOS NETWORK IMAGE GALLERY

LIMITED LICENSE: Use of the Lycos Image Gallery indicates your acceptance of the following terms and conditions and the Lycos Network Terms and Conditions. The images made available through the Lycos Image Gallery are copyrighted images which may also be subject to certain other legal rights. You may only utilize each image for personal, home use or for any of the following purposes: criticism, comment, news reporting, teaching (includes multiple copies for classroom use), scholarship or research. You may not create derivative works from an image, display or distribute copies of it, publish it, use it in a performance, or modify it in any manner except size. You may not distribute or sublicense the images nor use the images in any commercial, advertising, marketing or professional manner whatsoever. Neither Lycos nor our photo providers will be responsible or liable to you for any direct, incidental, consequential, indirect, or punitive damages that result from your access to or use or misuse of the images displayed on the Lycos Image Gallery.

### 21. THE LYCOS COMPUTERS DOWNLOAD AND SHAREWARE

The Lycos Computers Download and Shareware allows you to search for software that has been made available for downloading by various third parties. All such software is provided by entities other than the Lycos. Lycos makes no warranties regarding such software and disclaims all responsibility for such software. IF YOU INTEND TO DOWNLOAD SUCH SOFTWARE, YOU SHOULD CAREFULLY RE-READ THE CAPITALIZED WORDS SET FORTH ABOVE IN THE DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY. Those provisions will have special importance to you. The Lycos Network makes its Lycos Computers Download and Shareware available subject to all of these Terms and Conditions, including the Disclaimer of Warranties and Limitation of Liability set forth above. Lycos cannot guarantee that any software downloaded through Lycos Computers Download and Shareware will meet any user's needs, standards, or desired specifications. Although the software available in Lycos Computer Download and Shareware has been screened for recommendations and viruses, Lycos cannot guarantee that this screening has been performed to the user's satisfaction. Lycos cannot and does not guarantee that such software will be free from viruses or errors. If you download such software, you shall bear all risk of viruses, errors, or damage and all other risks resulting from such downloading.

### 22. TAX GUIDES DISCLAIMER

The Tax Guides found on the Lycos Network include facts, views, opinions, services and recommendations of individuals and organizations deemed of interest. The Lycos Network does not give tax or investment advice and Lycos in no way endorses any of the information in the Tax Guides. IF YOU INTEND TO USE THE TAX GUIDES, YOU SHOULD CAREFULLY RE-READ THE CAPITALIZED WORDS SET FORTH ABOVE IN THE DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY. Those provisions will have special importance to you. The Lycos Network makes the Tax Guide available subject to all of its Terms and Conditions, including the Disclaimer of Warranties and Limitation of Liability set forth above. LYCOS STRONGLY SUGGESTS THAT YOU CONTACT YOUR OWN TAX ADVISOR IF YOU HAVE ANY QUESTIONS ABOUT THE TAX LAWS OR REGULATIONS, OR ABOUT YOUR PARTICULAR TAX LIABILITY.

### 23. INVESTMENT INFORMATION DISCLAIMER

The Lycos Network makes available certain investment information from third party information providers (the "Investment Information Providers"). In addition, certain investment information is made available through chat areas, message boards, clubs, and BBS forums concerning investments and securities. Neither Lycos, nor any of its affiliates or Investment Information Providers, nor any of their respective

officers, employees, directors, or agents: (1) passes on the merit of any of the investments or companies listed in the Products or Services or (2) endorses or sponsors any of the investments or companies listed in the Products or Services.

IF YOU INTEND TO USE ANY INVESTMENT-RELATED INFORMATION ACCESSED THROUGH THE PRODUCTS AND SERVICES, YOU SHOULD CAREFULLY RE-READ THE CAPITALIZED WORDS SET FORTH ABOVE IN THE DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY. Those provisions will have special importance for you. The Lycos Network makes this information available subject to all of its Terms and Conditions, including the Disclaimer of Warranties and Limitation of Liability set forth above. THIS DISCLAIMER OF WARRANTIES AND THIS LIMITATION OF LIABILITY SHALL APPLY TO BOTH THE LYCOS NETWORK AND THE INFORMATION PROVIDERS.

Investing in securities carries certain risks, and neither Lycos nor the Investment Information Providers shall be responsible for any investment losses incurred in reliance on information provided on the Lycos Network. ADVICE FROM YOUR OWN FINANCIAL ADVISOR IS STRONGLY RECOMMENDED. The information and design of this service are owned by Lycos and/or the Information Providers. Except for single temporary copy in a single computer's memory or another fair use under applicable copyright laws, the information contained herein may not otherwise be used (not copied, performed, distributed, rented, sublicensed, altered, stored for subsequent use, etc., in whole or in part, in any manner) without Lycos' and the Information Providers' express prior written consent.

When using chat rooms, message boards, clubs, and BBS forums concerning investments and securities investors should be wary and cautions of any information they find. Information obtained through these sources, or through any other aspect of the Products and Services, cannot be a substitute for independent research into particular companies, industries, and investments. Investment or trading decisions should not be based on information obtained through chat rooms, message boards, or BBS discussions. The people who make such information available in such forums may not be who they claim to be or may not be affiliated with whom they claim to be. The information they make available may be incorrect, either because of mistakes or, unfortunately, because of intentional deceit. Lycos disclaims all responsibility and liability for the Content and its accuracy. The Content is provided solely for the entertainment of users.

## 24. PROFESSIONAL INFORMATION DISCLAIMER

The Lycos Network makes available certain information provided by third parties related to various professional fields such as medicine, law, and accounting. The Lycos Network does not give advice in any such fields and in no way endorses any of the information provided in this manner. IF YOU INTEND TO USE ANY SUCH INFORMATION, YOU SHOULD CAREFULLY RE-READ THE CAPITALIZED WORDS SET FORTH ABOVE IN THE DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY. Those provisions will have special importance for you. All information made available through the Lycos Network is made available subject to The Lycos Network' Terms and Conditions, including the Disclaimer of Warranties and Limitation of Liability set forth above.

THE LYCOS NETWORK STRONGLY SUGGESTS THAT YOU SEEK ADVICE FROM A COMPETENT PROFESSIONAL REGARDING ISSUES IN ANY PROFESSIONAL FIELD.

## 25. OPEN DIRECTORY DISCLAIMER

The Lycos Network makes available certain content through the Open Directory. The directories, and the underlying content, are created entirely by other parties and are solely the responsibility of such other parties. Consequently, Lycos cannot, and does not, represent or warrant the reliability, accuracy, and truthfulness of that content. Although periodically Lycos may attempt to verify the accuracy of information in the Open Directory, neither the Lycos Network nor its agents shall be held liable for any technical inaccuracies, typographical errors or inaccuracies in the links or any information in the Open Directory. In addition, the Lycos Network has no control over whether that content is of a nature that users will find inoffensive, tasteful and otherwise acceptable. The Lycos Network has NO responsibility for such content; rather, it is merely providing access to such content as a service to you. Just as when you purchase a product or service in any setting, you should exercise appropriate discretion, good judgment and caution in accessing content on the Open Directory and in taking any actions based upon that content. You bear all risk associated with any content that you access. Your accessing of any content through the Open Directory service is subject to your agreement to these Terms and Conditions. If you proceed to use the Open Directory, you thereby agree to be bound by these Terms and Conditions. The disclaimer of warranties and limitation of liability set forth in capitalized letters above apply to the Open Directory.

### 26. ADVERTISERS AND CONTENT LINKED TO THE LYCOS NETWORK

Lycos may provide, or third parties may provide, links to other sites or resources located on the World Wide Web by allowing a user to leave the Lycos Network to access third-party material or by bringing the third party material into this site via "inverse" hyperlinks and framing technology. Lycos has no control over such sites and resources. You acknowledge and agree that Lycos is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any content, advertising, products, or other materials on or available from such sites or resources. You further acknowledge and agree that Lycos shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such content, goods or services available on or through any such site or resource.

Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through the Lycos Network Products and Services, including payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such advertiser. You agree that Lycos shall not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertisers on the Product and Services.

Lycos encourages you to exercise discretion while using the Products and Services to browse the Internet. Lycos may produce automated search results or otherwise link you to sites containing information that some people may find inappropriate or offensive. Lycos makes no representations concerning any effort to review the content of any of the sites listed in automated search results, Web Guides or other directories, or of any of the sites otherwise linked to the Lycos Network web sites. Lycos shall not be held responsible for the accuracy, copyright or trademark compliance, legality, or decency of material contained in sites listed in the Lycos Network' search results or otherwise linked to the Lycos Network web sites or provided to the Lycos Network by third parties.

## 27. THE LYCOS NETWORK LOGOS AND SEARCH BOXES

### a. Linking to the Lycos Network

The Lycos Network offers a non-assignable, non-transferable, and non-exclusive license to link to the Lycos Network' web sites, using the Lycos Network logos and search boxes, subject to the following provisions. The Lycos Network logos and search boxes may be placed on a Web site for the sole purpose of creating a link to the Lycos Network and allowing users of your site to access the Products and Services on the Lycos Network. The Lycos Network logos and search boxes may not be used for any other purpose, including, among other purposes, to suggest sponsorship by, or affiliation with, or endorsement by the Lycos Network. The Lycos Network logos and search boxes may only be used in accordance with the Lycos Trademark Usage Guidelines and the instructions found at the http://www.lycos.com/linktolycos.html link, the http://www.hotbot.com/help/tools/ link, and the http://www.whowhere.lycos.com/AboutWW/link to ww.html link, and may only be used in the exact size, shape, colors, design, and configuration as found on those web pages. The Lycos Network logos and search boxes may not be altered in any manner. The Lycos Network logos and search boxes must appear by themselves, with reasonable spacing (at least the height of the logo) between each side of the applicable logo or search box and other graphic or textual elements. The Lycos Network logos and search boxes may not be used to disparage the Lycos Network, its products or services, or in a manner which, in Lycos's reasonable judgment, may diminish or otherwise damage Lycos's good will in the Lycos Network logos. By using any such Lycos Network logo or search box, you acknowledge that the Lycos Network has exclusive rights to the logo or search box, and that all good will generated through your use of the logo or search box will inure to the benefit of the Lycos Network. If you use the Lycos Network logos or search boxes, you must include appropriate attribution, for example: "Lycos® is a registered trademark of Carnegie Mellon University, licensed to Lycos, Inc." Lycos reserves the right to revoke this license or to alter its terms from time to time, for any or no reason, with or without notice. Lycos reserves the right to take action against any use that does not conform to these provisions.

### b. Permissions

If you would like permission to use any Lycos trademark, logo, service mark, trade dress, slogan, screen shot, copyrighted design, or other brand feature, then please review the Lycos Trademark Usage Guidelines.

Once you have reviewed our Guidelines, please email the Permissions Agent at permissions@corp.terralycos.com, specifying from which Product or Service you would like to use information. The Permissions Agent will contact you with the Permission Form. Your request will be processed once we receive your completed Permission Form. Please note that Lycos grants permission only on a per-item, per-project basis.

Your request will be processed once we receive your completed Permission Form. You will typically receive a response within ten (10) business days. If your request is approved, that approval will be expressly subject to the above-referenced Guidelines as well as all additional terms set forth in Lycos'

Permission Approval Letter.

Approved Lycos Network logos and search boxes may be downloaded and
used to link to the Lycos Network, without specific, written permission.
Downloads and terms of use can be found at
http://www.lycos.com/lycosinc/legal.html#Network.

Please do not call or contact our Registered Copyright Agent with any
Permission requests.

## 28. NO LICENSE; INTELLECTUAL PROPERTY OF LYCOS AND OTHERS

Except as expressly provided, nothing within any of the Products and Services shall
be construed as conferring any license under any of the Lycos Network's or any third
party's intellectual property rights, whether by estoppel, implication, waiver, or
otherwise. Without limiting the generality of the foregoing, you acknowledge and
agree that certain Content available through and used to operate the Lycos Network
and the Products and Services is protected by copyright, trademark, patent, or other
proprietary rights of Lycos and its affiliates, licensors, and service providers. Except
as expressly provided to the contrary, you agree not to modify, alter, or deface any
of the trademarks, service marks, or other intellectual property made available by
Lycos in connection with the Products and Services. You agree not to hold yourself
out as in any way sponsored by, affiliated with, or endorsed by Lycos, any of Lycos'
affiliates, or any of Lycos' service providers. You agree not to use any of the
trademarks or service marks or other Content accessible through the Lycos Network
of any purpose other than the purpose for which such Content is made available to
users by Lycos. You agree not to defame or disparage Lycos, the trademarks or
service marks of Lycos, or any aspect of the Products and Services. You agree not to
adapt, translate, modify, decompile, disassemble, or reverse engineer the Products
and Services or any software or programs used in connection with the Products and
Services or the Lycos Network.

## 29. INDEMNITY AND RELEASE

By using the Lycos Network web sites you agree to indemnify Lycos, Inc. and its
parents, subsidiaries, affiliates, officers, employees, and licensors and hold them
harmless from any and all claims and expenses, including attorney's fees, arising
from your use of the Lycos Network web sites, your use of the Products and
Services, or your submission of ideas and/or related materials to Lycos or from any
person's use of any account or password you maintain with any portion of the Lycos
Network, regardless of whether such use is authorized by you. By using the Lycos
Network, using the Products and Services, or submitting any ideas and/or related
materials to Lycos, you are hereby agreeing to release Lycos and its parents,
subsidiaries, affiliates, officers, employees, and licensors from any and all claims,
demands, debts, obligations, damages (actual or consequential), costs, and
expenses of any kind or nature whatsoever, whether known or unknown, suspected
or unsuspected, disclosed or undisclosed, that you may have against them arising
out of or in any way related to such disputes and/or to the Products and Services or
to any disputes regarding use of ideas and/or related materials submitted to Lycos.
**YOU HEREBY AGREE TO WAIVE ALL LAWS THAT MAY LIMIT HE EFFICACY OF
SUCH RELEASES. FOR EXAMPLE, YOU SPECIFICALLY AGREE TO WAIVE THE
PROVISIONS OF CALIFORNIA CIVIL CODE SECTION 1542, WHICH
PROVIDES**

**"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IS KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."**

## 30. LIMITATION OF ACTIONS

You acknowledge and agree that, regardless of any statute or law to the contrary, any claim or cause of action you may have arising out of, or relating to, your use of the Lycos Network or the Products and Services must be filed within one (1) year after such claim or cause of action arises, or forever be barred.

## 31. COPYRIGHT, TRADEMARK, AND PATENT NOTICES

The Lycos "Catalog of the Internet" © 1994-1995 Carnegie Mellon University. All rights reserved.

The Lycos "Catalog of the Internet" © 1995-1999 Lycos, Inc. All rights reserved. Lycos' spider technology is protected by U.S. Patent No. 5,748,954. Lycos' Wisewire technology is protected by U.S. Patent No. 5,867,799. Lycos' Pro technology has been assigned U.S. Patent Pending No. 08-880923. Lycos® is a registered trademark mark of Carnegie Mellon University. Go Get it® is a registered service mark of Lycos. Tripod® is a service mark of Tripod, Inc., a subsidiary of Lycos, Inc. Gamesville® and The Bingo Zone® are registered trademarks of Gamesville, Inc., a subsidiary of Lycos, Inc. Wisewire® is a registered service mark of Wisewire, Inc., a subsidiary of Lycos, Inc. HotBot®, HotWired®, and Webmonkey®, and are registered service marks of Wired Ventures, and Animation Express is a service mark of Wired Ventures. Wired News is a service mark of Conde Nast/Advance Magazine Publishers, Inc., which is licensed to Wired Ventures. All other marks that appear throughout the Products and Services belong to Lycos, members of the Lycos Network, or the respective owners of such marks, and are protected by U.S. and international copyright and trademark laws. Any use of any of the marks appearing throughout the Products and Services without the express written consent of Lycos or the owner of the mark, as appropriate, is strictly prohibited.

## 32. INTELLECTUAL PROPERTY INFRINGEMENT CLAIMS

It is the policy of the Lycos Network to respond expeditiously to claims of intellectual property infringement. Lycos will promptly process and investigate notices of alleged infringement and will take appropriate actions under the Digital Millennium Copyright Act ("DMCA") and other applicable intellectual property laws. Upon receipt of notices complying or substantially complying with the DMCA, the Lycos Network will act expeditiously to remove or disable access to any material claimed to be infringing or claimed to be the subject of infringing activity and will act expeditiously to remove or disable access to any reference or link to material or activity that is claimed to be infringing. The Lycos Network will terminate access for subscribers and account holders who are repeat infringers. Notices of claimed infringement should be directed to:

Jeremy Abraham
Lycos, Inc.
100 Fifth Avenue
Waltham, Massachusetts 02451
Telephone: (781) 370-2700
Fax: (781) 466-7000
Email address: copyright@lycos-inc.com

Please put "Notice of Infringement" in the subject line of all such notifications. When Lycos removes or disables access to any material claimed to be infringing, Lycos may attempt to contact the user who has posted such material in order to give that user an opportunity to respond to the notification, although Lycos makes no promise to do so. Any and all counter notifications submitted by the user will be furnished to the complaining party. Lycos will give the complaining party an opportunity to seek judicial relief in accordance with the DMCA before Lycos replaces or restores access to any material as a result of any counter notification.

### 33. ARBITRATION, GOVERNING LAW AND FORUM FOR DISPUTES

Unless expressly stated to the contrary elsewhere within the Products and Services, all legal issues arising from or related to the use of the Products and Services shall be construed in accordance with, and all questions with respect thereto shall be determined by, the laws of the Commonwealth of Massachusetts applicable to contracts entered into and wholly to be performed within said state. Any controversy or claim arising out of or relating to these Terms and Conditions or any user's use of the Products and Services shall be settled by binding arbitration in accordance with the commercial arbitration rules of the American Arbitration Association. Any such controversy or claim shall be arbitrated on an individual basis, and shall not be consolidated in any arbitration with any claim or controversy of any other party. The arbitration shall be conducted in Boston, Massachusetts, and judgment on the arbitration award may be entered into in any state or federal court in Massachusetts having jurisdiction thereof. Any party seeking temporary or preliminary injunctive relief may do so in any state or federal court in Massachusetts having jurisdiction thereof. Except as set forth above, the state and federal courts of Massachusetts shall be the exclusive forum and venue to resolve disputes arising out of or relating to these Terms and Conditions or any user's use of the Products and Services. By using the Products and Services and thereby agreeing to these Terms and Conditions, users consent to personal jurisdiction and venue in the state and federal courts in Massachusetts with respect to all such disputes.

### 34. CHANGES IN TERMS AND CONDITIONS AND CHANGES IN PRODUCTS AND SERVICES

The Lycos Network reserves the right to modify the Products and Services from time to time, for any reason, and without notice, including the right to terminate the Products and Services. The Lycos Network reserves the right to modify these Terms and Conditions from time to time, without notice. Please review these Terms and Conditions from time to time so you will be apprised of any changes.

### 35. MERGER

These Terms and Conditions constitute the entire agreement between the parties with respect to the subject matter contained herein and supersedes any other agreement, proposals and communications, written or oral, between Lycos' representations and you with respect to the subject matter hereof; except that any other terms and conditions located on any individual Lycos Network web site or in connection with the Products and Services are incorporated herein by reference to the extent they do not conflict with these Terms and Conditions. To the extent that any other terms and conditions or terms of service conflict with these Terms and Conditions, those other provisions shall control with respect to the use of the particular web site and any Products or Services available on or through the web site or the respective Product or Service at which those other provisions may be found.

### 36. NON-WAIVER AND SEPARABILITY

Lycos' failure to exercise any right or provision of these Terms and Conditions shall not constitute a waiver of such right or provision. If a court of competent jurisdiction holds any provision of these Terms and Conditions to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and agree that the other provisions of these Terms and Conditions remain in full force and effect.

## 37. RELATIONSHIP OF PARTIES
You acknowledge and agree that you and Lycos are independent contractors under these Terms and Conditions, and nothing herein shall be construed to create a partnership, joint venture, agency, or employment relationship. Neither party pursuant to these Terms and Conditions has authority to enter into agreements of any kind on behalf of the other and neither party shall be considered the agent of the other.

## 38. NO RESALE, ASSIGNMENT, OR SUBLICENSING
You agree not to resell, assign, sublicense, otherwise transfer, or delegate your rights or obligations under these Terms and Conditions without prior express written authorization of Lycos.

## 39. SUCCESSORS AND ASSIGNS
Without in any way limiting the prohibition on your resale, assignment, sublicensing, or other transfer of rights or obligations, these Terms and Conditions shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, and assigns.

## 40. TERMINATION; SURVIVAL
These Terms and Conditions shall continue in effect for as long as you use the Products and Services, unless specifically terminated earlier by Lycos. All provisions of these Terms and Conditions which impose obligations continuing in their nature shall survive termination of these Terms and Conditions.

## 41. COMMUNICATIONS WITH USERS
You consent to receive communications from Lycos concerning your use of the Products and Services ("Communications"). The Communications may be those that Lycos is required to send to you by law concerning the Products and Services ("Required Communications"). The Communications may also be those that Lycos sends to you for other reasons. You consent to receive Communications electronically. Lycos may provide these Communications to you by sending an email to the email address you provided in connection with your account or by posting the Communication on the Lycos Network. You also consent to receive Communications by telephone or by postal mail sent to the postal address you provided in connection with your account. You may change the email or postal address to which Lycos sends Communications by visiting your account information page.

For a period of 120 days from the date that Lycos first provided a Required Communication to you in electronic form, you may request a paper copy of such Required Communication by sending a request to Lycos, Inc., 100 Fifth Avenue, Waltham, MA 02451, Attention: Customer Service (the "Customer Service Address"). Lycos may charge a reasonable fee for providing paper copies. You may, without payment of special fees, withdra

EXHIBIT "2"

(LYCOS COUNSEL PROVIDING LEGAL ASSISTANCE TO SUBSCRIBER)

17

ROY BLACK
HOWARD M. SREBNICK
SCOTT A. KORNSPAN
LARRY A. STUMPF
MARIA NEYRA
JACKIE PERCZEK

**BLACK
SREBNICK
KORNSPAN
& STUMPF**
═══ P.A. ═══

MARK A.J. SHAPIRO
CHRISTINE M. NG
JARED LOPEZ
KATHLEEN P. PHILIPS
AARON ANTHON

EMail: AAnthon@RoyBlack.com

November 10, 2005

**VIA HAND DELIVERY**
Judge Marc Schumacher
Dade County Courthouse
73 West Flagler Street
Room 626
Miami, Florida 33130

      Re:   **Universal Communication et al v. Pedro Dembovich et al.
           Case No. 04-27383-CA-10**

Dear Judge Schumacher:

      We represent Third-party Intervener Lycos, Inc. in this matter. In connection with the hearing before the Court on November 4, 2005 on Defendant Roberto Villasnenor's Objections to Production of Documents, we enclose a proposed order that we believe accurately reflects the rulings made by the Court. Defendant Villasenor has agreed to the form of this order.

      However, Plaintiffs have NOT agreed to the form of this order. Furthermore, counsel for Plaintiffs has, yet again, acted in complete bad faith. On November 8 undersigned counsel for Lycos emailed Robert Cooper, counsel for Plaintiffs, the enclosed proposed order ("Lycos' proposed order"). Mr. Cooper immediately responded by email dated November 8 at 5:16 p.m. that he would let undersigned counsel know on November 9 if Plaintiffs agreed to Lycos' proposed order. Mr. Cooper never responded as he said he would and instead, today, November 10, faxed undersigned counsel and Mr. Villasenor a letter to the Court dated November 8 (and presumably before his 5:16 p.m. email to undersigned counsel) in which Mr. Cooper submitted both Plaintiffs' proposed order and the Lycos' proposed order. Undersigned counsel for Lycos objects to these continual bad faith efforts of Plaintiffs.

Judge Marc Schumacher
May 12, 2005
Page 2

Respectfully submitted,

Aaron Anthon

Enclosure

cc:    Robert H. Cooper, Esq. (with enclosure)
       John H. Faro, Esq. (with enclosure)
       Roberto Villasenor

Black, Srebnick, Kornspan & Stumpf, P.A.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY

GENERAL JURISDICTION

CASE NO: 04-27383-CA-01

UNIVERSAL COMMUNICATION
SYSTEMS, INC., and AIRWATER CORP.,

        Plaintiffs,

        v.

PEDRO DEMBOVICH and ROBERTO
VILLASENOR, a.k.a worm_06, scri_852,
worm_06A, no_insiders, quondo1, 65175R,
Blacksheep9110, ovejanegra0, Blacksheedip,
Doggonebad911, pinkherring, ovanegra0,
Busholini, silvesterca, and wolfbitsser0,

        Defendants,

        and

LYCOS, INC.,

        Intervener.
_____/

## ORDER ON DEFENDANT VILLASENOR'S
## OBJECTIONS TO PRODUCTION OF DOCUMENTS

THIS CAUSE came before the Court for hearing on November 4, 2005 on Defendant

Roberto Villasenor's ("Villasenor") Objections to Production of Documents. The Court having

considered the arguments of counsel and pro se Defendant Villasenor, and being otherwise fully

advised, Orders that:

1) With respect to document requests numbers 1, 2, 5, 8 and 9, Villasenor shall produce

all documents in his possession, custody or control;

Case 1:05-cv-11172-REK   Document 87-2   Filed 12/19/2005   Page 31 of 34

*Universal Communications Systems, Inc. et al vs. Dembovich et al*
**Case No. 04-27383-CA-01**

2) With respect to document request number 3, Villasenor must produce only those documents that reflect or refer to business between Villasenor and the Attorney General's office of Florida;

3) With respect to document request numbers 4 and 6, Villasenor must produce only those portions of the tax returns and schedules relating to Florida business(es) and may redact all other portions of the tax returns and schedules;

4) With respect to document request number 7, Villasenor must produce only those portions of phone bills that refer to and/or reflect calls to and/or from (to the extent that it can be determined) the State of Florida;

5) With respect to document request number 10, Villasenor must only produce documents relating to Villasenor's trading in shares of Plaintiff Universal, including, without limitation, stock purchases, stock sales, option purchases, calls, puts, short sales, or any other type involving Universal;

6) With respect to document request number 11, Villasenor's objections are sustained, and Villasenor shall not produce any documents in response to document request number 11;

7) All of the document requests shall include only documents from December 28, 2000 to the present;

8) Until the deposition of Villasenor is completed, all discovery in this matter, including the documents described above and the deposition of Villasenor, shall be limited to subject matter relating to the issues of Plaintiff' claim of personal jurisdiction over Villasenor and Plaintiffs' Motion for Contempt against Villasenor;

9) On or before 21 days after the entry of this Order, Villasenor shall:

    a. Serve documents responsive to the document requests to counsel for Plaintiff;

-2-

*Universal Communications Systems, Inc. et al vs. Dembovich et al*
Case No. 04-27383-CA-01

    b.  Furnish copies of any documents that he objects to producing, together with a
        detailed list of the documents objected to and the legal grounds for the
        objections, to the chambers of the Honorable Judge Schumacher; and

    c.  Serve a copy of the detailed document list and legal objections to all counsel
        of record, but shall not serve copies of the objected-to documents to counsel;

10) The Court will review the objected-to documents in-camera to determine which, if
any, of the objected-to documents should be produced;

11) The deposition of Villasenor, scheduled for November 11, 2005, shall be reset to a
date agreed to by all parties to this action after the document production and the Court's in-
camera inspection and ruling are complete. The deposition shall take place in Los Angeles at the
offices of Luce, Forward, Hamilton & Scripps, 777 South Figueroa, Suite 3600 and shall begin at
10:00 a.m. on the agreed-upon date; and

12) Any proposed order submitted by Plaintiffs in this action must include the
signature(s) of any and all other parties to this action that Plaintiffs claim have agreed to the
substance and form of the proposed order being submitted by Plaintiffs.

    DONE AND ORDERED in Chambers in Miami-Dade County this ___ day of
November, 2005.

                                              _____
                                              Marc Schumacher, Circuit Court Judge

Copies:
Larry A. Stumpf, Esq.
Robert H. Cooper, Esq.
John H. Faro, Esq.
Roberto Villasenor

-3-

# CERTIFICATE OF SERVICE

I hereby certify the foraging paper entitled:

## REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [DE 81]

was served upon counsel of record, as per attached Distribution, by First Class Mail, postage pre-paid, this 15th day of December, 2005.

Respectfully,

John H. Faro, Esq.
(BBO #159260)

DISTRIBUTION:

Richard Kirby, Esq.
Matthew Zayotti, Esq.
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113
Phone (617) 951-1400
Facsimile (617) 951-1354

Daniel J. Cloherty, Esq.
DWYER & COLLARA, LLP
600 Atlantic Avenue
Boston, MA 02210
Phone (617) 371-1021
Facsimile (617) 371-1037

Thomas G. Rohback, Esq.
James J. Reardon, Jr.
LeBoeuf, Lamb, Greene, & MacRae, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone 860, 293-3596
Fax   860, 293-3555

18

John J. Moakley, Clerk
U. S. District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210