UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS INC., a Nevada Corporation; MICHAEL J. ZWEBNER, individually; and others similarly situated<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LYCOS, INC., d/b/a THE LYCOS NETWORK and TERRA NETWORKS, S.A.,<br>JOHN DOE #1 aka "the worm06"<br>JOHN DOE #2 aka "no_insiders"<br>JOHN DOE #3 aka "the worm06A"<br>JOHN DOE #4 aka "65175R"<br>JOHN DOE #5 aka "Henry_Johnson123" &<br>JOHN DOE #6 aka "quondo1"<br>JOHN DOE #7 aka "Tobias95"<br>JOHN DOE #8 aka "CrawleySmith"<br><br>　　　　Defendants. | Civil Action<br>NO. 05-11172-REK |

### DEFENDANT LYCOS INC.'S MOTION FOR RULE 11 SANCTIONS AGAINST PLAINTIFFS AND ATTORNEY JOHN FARO

Defendant Lycos, Inc. ("Lycos") requests that this Court, pursuant to Rule 11(c) of the Federal Rules of Civil Procedure impose sanctions on Plaintiffs and Plaintiffs' counsel, Attorney John Faro. Sanctions are warranted for two reasons:

First, Plaintiffs' Motion for Leave to Amend the Complaint attaches a proposed Amended Complaint containing new allegations that are completely baseless, for which Plaintiffs conducted no factual inquiry. Second, Plaintiffs' Motion for Leave is but the

Case 1:05-cv-11172-REK    Document 90-3    Filed 01/04/2006    Page 2 of 2

latest example in Plaintiffs' pattern of making false allegations against Lycos, misleading the Court, and filing what the Plaintiffs themselves characterize as purely "tactical" litigation – without factual or legal merit.

For these reasons, set forth in greater detail in the accompanying Memorandum of Law, Lycos respectfully requests that this Court:

(1) sanction Plaintiffs and Attorney John Faro with penalties sufficient to deter future conduct of a like nature;

(2) order Plaintiffs and/or Faro to pay costs and attorneys' fees to Lycos;

(3) enjoin Plaintiffs and Faro from filing future suits against Lycos founded upon the same or similar groundless allegations which form the bases of the Complaint dismissed by the Court and the proposed amended complaint now before Court; and

(4) impose such further sanctions as this Court deems mete and just.

Respectfully submitted,

LYCOS, INC.

By its attorneys,

David A. Bunis, (BBO #550570)
Daniel J. Cloherty (BBO #565772)
Rachel Zoob-Hill (BBO #659041)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

Dated: January 3, 2006