UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS INC., a Nevada Corporation; MICHAEL J. ZWEBNER, individually; and others similarly situated<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LYCOS, INC., d/b/a THE LYCOS NETWORK and TERRA NETWORKS, S.A.,<br>JOHN DOE #1 aka "the worm06"<br>JOHN DOE #2 aka "no_insiders"<br>JOHN DOE #3 aka "the worm06A"<br>JOHN DOE #4 aka "65175R"<br>JOHN DOE #5 aka "Henry_Johnson123" &<br>JOHN DOE #6 aka "quondo1"<br>JOHN DOE #7 aka "Tobias95"<br>JOHN DOE #8 aka "CrawleySmith"<br><br>　　　　Defendants. | Civil Action<br>NO. 05-11172-REK |

DEFENDANT LYCOS INC.'S OPPOSITION TO PLAINTIFFS'
MOTION FOR CLARIFICATION (RULE 59) OR, ALTERNATIVELY,
MODIFICATION (RULE 60) OF ORDER DENYING THE
PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT

On December 28, 2005, Plaintiffs filed their Motion For Clarification (Rule 59) Or, Alternatively, Modification (Rule 60) Of Order Denying The Plaintiffs' Motion For Leave To Amend Their Complaint Againts [sic] Lycos, Inc. and Terra Lycos, S.A. ("Motion for Clarification"). Plaintiffs' Motion for Clarification, as with their Complaint, Amended Complaint, Motion to Amend the Complaint, and proposed Second Amended Complaint, ignores settled law and the rulings of this Court and several Florida state and federal courts.

36350_1

The Motion for Clarification simply reasserts the same arguments raised in Plaintiffs' Opposition to Motion to Dismiss the Complaint and Motion to Amend the Complaint. Lycos, Inc. ("Lycos") has twice addressed and this Court has twice rejected those arguments. As such, there is no need for Lycos to repeat its counter-arguments and instead incorporates its Motion to Dismiss, Reply to Opposition to Motion to Dismiss, Opposition to Motion to Amend the Complaint, and Motion for Rule 11 Sanctions as if written herein.

For these reasons, Lycos respectfully requests that this Court deny the Motion for Clarification and order such further relief as this Court deems mete and just.

Respectfully submitted,

LYCOS, INC.

By its attorneys,

/s/ David Bunis
David A. Bunis, (BBO #550570)
Daniel J. Cloherty (BBO #565772)
Rachel Zoob-Hill (BBO #659041)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

Dated: January ___, 2006

36350_1