UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS INC., a Nevada Corporation; MICHAEL J. ZWEBNER, individually; and others similarly situated | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action NO. 05-10435-REK |
| v. | ) ) | CONSOLIDATED WITH NO. 05-11172-REK |
| LYCOS, INC. and TERRA LYCOS, INC., d/b/a THE LYCOS NETWORK, | ) ) ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS INC., a Nevada Corporation; MICHAEL J. ZWEBNER, individually; and PROCEEDINGS others similarly situated | ) ) ) ) ) ) | CONSOLIDATED |
| Plaintiffs, | ) ) | Civil Action NO. 05-11172-REK |
| v. | ) ) | LEAD CASE |
| LYCOS, INC, d/b/a THE LYCOS NETWORK and TERRA NETWORKS, S.A., JOHN DOE#1 aka "the worm06" JOHN DOE #2 aka "no_insiders" JOHN DOE #3 aka "the womi06A" JOHN DOE#4aka"65175R" JOHN DOE #5 aka "Henry Johnsonl23"& JOHN DOE#6aka"quondol" JOHN DOE#7aka"Tobias95" JOHN DOE #8 aka"CrawleySmith" | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

_____

**DEFENDANT TERRA NETWORKS, S.A.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION (RULE 59) OR, ALTERNATIVELY MODIFICATION (RULE 60) OF ORDER DENYING THE PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**

On December 28, 2005, Plaintiffs filed their Motion for Clarification (Rule 59) Or, Alternatively, Modification (Rule 60) Of Order Denying the Plaintiffs' Motion for Leave To Amend Their Complaint Against Lycos, Inc. and Terra Networks, S.A. ("Motion for Clarification").  Plaintiffs' Motion for Clarification, as with their Complaint, Amended Complaint, Motion to Amend the Complaint, and proposed Second Amended Complaint, ignores settled law and the rulings of the Court and several Florida state and federal courts.

The Motion for Clarification simply reasserts the same arguments raised in Plaintiffs' Opposition to Motion to Dismiss the Complaint and Motion to Amend the Complaint.  Terra Networks, S.A. ("Terra") has twice addressed and this Court has twice rejected Plaintiffs' arguments.  As such, there is no need for Terra to repeat its counter-arguments and instead incorporates its Motion to Dismiss and Opposition to Motion to Amend the Complaint, as if written herein.  Terra also incorporates Lycos, Inc.'s Memoranda referenced in Lycos' docket entry Nos. 91 and 92.

For these reasons, Terra respectfully requests that this Court deny the Motion for Clarification and order such further relief as this Court deems just and reasonable.

TERRA NETWORKS, S.A.

s/ James J. Reardon, Jr.

_____

Thomas G. Rohback (Pro Hac Vice)
James J. Reardon, Jr. (BBO#566161)
LeBoeuf, Lamb, Greene & MacRae LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel:  (860)293-3596
Fax: (860)293-3555

Dated: January 6, 2006