IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

FILED
CLERKS OFFICE

2006 JAN 13 P 2: 03

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNIVERSAL COMMUNICATION ) <br> SYSTEMS, INC. (A Nevada Corporation), ) <br> MICHAEL J. ZWEBNER (individually) & ) <br> Others Similarly Situated ) <br>       Plaintiffs ) <br> vs. ) <br>   ) <br> LYCOS INC. *dba* THE LYCOS ) <br> NETWORK & TERRA NETWORKS, S.A.,) <br> JOHN DOE #1 aka *"the_worm06"*, ) <br> JOHN DOE #2 aka *"no_insiders"*, ) <br> JOHN DOE #3 aka *"the_worm_06A"*, ) <br> JOHN DOE #4 aka *"65175R"*, ) <br> JOHN DOE #5 aka *"Henry_Johnson123"* &) <br> JOHN DOE #6 aka *"quondo1"* ) <br> JOHN DOE #7 aka *"Tobias95"* ) <br> JOHN DOE #8 aka *"CrawleySmith"* ) <br>       Defendants ) <br> _____/ | CIVIL ACTION <br> CASE NO. 05-11172-REK |

PLAINTIFFS' *UNOPPOSED* MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND
TO LYCOS MOTION FOR IMPOSITION OF SANCTIONS
AGAINST THE PLAINTFFS AND THEIR COUNSELUNDER RULE 11 [DE 90]

The Plaintiffs, Universal Communication Systems, Inc, (herein also "UCSY") and Michael J. Zwebner, (herein also "ZWEBNER"), by and through the undersigned counsel, herein move, for an enlargement of time, from January 16, 2006, up to and including February 6, 2006, to respond to the Lycos Motion For Imposition Of Sanctions Against The Plaintiffs & Their Counsel Under Rule 11 [DE 90]

Compliance With Local Rule 7.1 – Preliminary to the filing of the instant Motion, the undersigned spoke with counsel for Lycos, Inc., Daniel Cloherty, Esq. on Tuesday, January 10, 2006, and advised him of the undersigned's need for an enlargement of time to respond to the

Lycos Motion [DE 90], from January 16, 2006, up to and including February 6, 2006. Mr. Cloherty indicated that his client, Lycos, Inc., would not opposed the requested enlargement of time.

The requested enlargement is needed because of a prior medical commitment of the undersigned, which has required his undivided attention and presence, for consultation with medical personal regarding the care and treatment of a member of his immediate family. Both the preparation for and commitment of the undersigned to this personal matter, has and shall prevent his timely response to the Lycos Motion on or before January 16, 2006. Accordingly, good cause having been shown, it is, respectfully, requested that the enlargement of time be granted; and, that the Court enter an Order extending the period set for response to the Lycos Motion [DE 90], as requested herein.

Respectfully,

John H. Faro, Esq.
(BBO #159260)

Faro & Associates
44 W. Flagler Street, Suite 1100
Miami, FL  33130
Phone  (305) 424-1112
Fax      (305) 424-1114

CERTIFICATE OF SERVICE

I hereby certify the foraging paper entitled:

PLAINTIFFS' *UNOPPOSED* MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND
TO LYCOS MOTION FOR IMPOSITION OF SANCTIONS
AGAINST THE PLAINTFFS AND THEIR COUNSELUNDER RULE 11 [DE 90]

was served upon counsel of record, as per attached Distribution, by First Class Mail, postage pre-paid, this 12th day of January, 2006.

Respectfully,

John H. Faro, Esq.
(BBO #159260)

DISTRIBUTION:

Richard Kirby, Esq.
Matthew Zayotti, Esq.
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113
Phone (617) 951-1400
Facsimile (617) 951-1354

Daniel J. Cloherty, Esq.
DWYER & COLLARA, LLP
600 Atlantic Avenue
Boston, MA 02210
Phone (617) 371-1021
Facsimile (617) 371-1037

Thomas G. Rohback, Esq.
James J. Reardon, Jr.
LeBoeuf, Lamb, Greene, & MacRae, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone  860, 293-3596
Fax       860, 293-3555


John J. Moakley, Clerk
U. S. District Court
United States Courthouse
1 Courthouse Way
Boston, MA  02210