**REVISED CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      I, Rachel Zoob-Hill, hereby certify that on February 16, 2006, Plaintiffs' local counsel, Matthew Zayotti, and I conferred pursuant to Local Rule 7.1(A)(2).  Plaintiffs' counsel **assents to** Lycos' Motion For Leave to File A Reply, with the request that Lycos assent to Plaintiffs filing a motion for leave to file a sur-reply, if they so choose.  Lycos would assent to any such motion.

                                                               /s/ Rachel Zoob-Hill
                                                                 Rachel Zoob-Hill

Date: February 17, 2006