## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | | |
|---|---|---|
| UNIVERSAL COMMUNICATION<br>SYSTEMS, INC. (A Nevada Corporation),<br>MICHAEL J. ZWEBNER (individually) &<br>Others Similarly Situated | )<br>)<br>)<br>) | |
| Plaintiffs | ) | CIVIL ACTION |
| vs. | )<br>) | CASE NO. 05-11172-REK |
| ROBERTO VILLASENOR, JR.,<br>    aka *"the_worm06"*<br>JOHN DOE #2 aka *"no_insiders"*,<br>ROBERTO VILLASENOR, JR.,<br>    aka *"the_worm_06A"*<br>JOHN DOE #4 aka *"65175R"*,<br>JOHN DOE #5 aka *"Henry_Johnson123"*,<br>JOHN DOE #6 aka *"quondo1"*<br>JOHN DOE #7 aka *"Tobias95"* &<br>JOHN DOE #8 aka *"CrawleySmith"*<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

## SECOND AMENDED COMPLAINT – CLASS ACTION

The is an action by the PLAINTIFF, UNIVERAL COMMUNICATION SYSTEMS, INC. (herein also "UCSY" or "PLAINTIFF" or "CORPORATE PLAINTIFF") and Michael J. ZWEBNER (herein also "ZWEBNER" or "PLAINTIFF" or "INDIVIDUAL PLAINTIFF") against the Defendants, Robert Villasenor, Jr.. aka *"the_worm06"*and *"the_worm_06A"*, JOHN DOE #2 aka *"no_insiders"*, JOHN DOE #4 aka *"65175R"*, JOHN DOE #5 aka *"Henry_Johnson123"*, and JOHN DOE #6 aka *"quondo1"*, JOHN DOE #7 aka *"Tobias95"*, JOHN DOE #8 aka *"CrawleySmith"* (also collectively "DEFENDANTS"), all of whom were at one time or another, subscribers to the LYCOS NETWORK

NATURE OF ACTION

The PLAINTIFFS' claims arise from Defendants use of false and misleading statements to manipulate the market price of a publicly traded security, so as to defraud stockholders in a publicly traded security. The sole count of the Complaint seeks damages, disgorgement of fraudulently obtained profits and injunctive relief.

CLASS ACTION ALLEGATIONS

1.     The Corporate PLAINTIFF, UCSY, is a publicly traded company, which has been the object of numerous anonymous false, defamatory and harassing postings by the Defendants on one or more message boards, which have been compiled and distributed by Lycos, Inc. ("LYCOS") on the internet.

2.     The individual PLAINTIFF, ZWEBNER, is an officer and director of UCSY, who has been the object of numerous anonymous false, defamatory and harassing postings by the Defendants on one or more message boards which have been compiled and distributed by LYCOS on the internet.

3.     The individual PLAINTIFF, ZWEBNER, is also a stockholder in UCSY, who has sustained losses, both realized and unrealized, as a result of the numerous anonymous false, defamatory and harassing postings by the Defendants on one or more message boards which have been compiled and distributed by LYCOS on the internet.

4.     The corporate PLAINTIFF is one of number of companies which has been the object of numerous anonymous false, defamatory and harassing postings by the Defendants on one or more message boards which have been compiled and distributed by LYCOS on the internet.

2

5.      The individual PLAINTIFF, ZWEBNER, is one of a number of officers and directors of companies who has been the object of numerous anonymous false, defamatory and harassing postings by the Defendants on one or more message boards which have been compiled and distributed by LYCOS on the internet.

6.      The individual PLAINTIFF, ZWEBNER, is one of a number of stockholder in public companies, such as UCSY, who has sustained losses, both realized and unrealized, as a result of the numerous anonymous false, defamatory and harassing postings by the Defendants on one or more message boards which have been compiled and distributed by LYCOS on the internet.

7.      The claims asserted herein by the above named PLAINTIFFS present questions of fact and law that are common to all members of the classes to which these PLAINTIFFS belong.

8.      The claims and/or defense of the above named PLAINTIFFS are typical of the claims and defenses of the members of the classes to which the PLAINTIFFS belong.

9.      The PLAINTIFFS are representative of each of the classes of Plaintiffs set forth herein, and shall fairly and adequately protect the interest of each of these classes.

10.     The Defendants named herein comprises a class of defendant against whom the following claims are asserted.

## PARTIES, JURISDICTION & VENUE

11.     The PLAINTIFF, UCSY, is a corporation that is organized and existing under the laws of the State Of Nevada.    UCSY is a public company, whose stock is listed and publicly traded in the national over-the-counter exchange.    The ticker symbol for UCSY is "UCSY", which is also the trade name of corporate PLAINTIFF.    The PLAINTIFF, UCSY, maintains its

3

corporate offices in the city of Miami Beach, Florida.   Accordingly, UCSY is a citizen of the States of Nevada and Florida.

12.     The PLAINTIFF, ZWEBNER, is a citizen of the United Kingdom and of the State Of Israel, whose principle residence is within the State Of Israel.   ZWEBNER also maintains a second residence within the city of Miami Beach, Florida.   ZWEBNER is the Chairman of the Board of Directors of UCSY and its Chief Executive Officer.   At all times material hereto, ZWEBNER, had a subscriber agreement with LYCOS, by virtue of which, he had both access to Lycos Network, operated and/or controlled from within the Commonwealth of Massachusetts, and was accorded the right and privilege to post messages upon the Raging Bull web site hosted by Lycos Network from the LYCOS computer server, located within the Commonwealth of Massachusetts.

13.     Roberto Villasenor, Jr. is a citizen of the State Of California, who legal mailing address is at P.O. Box 64914, Los Angeles, CA 90064.

At all times material hereto, Roberto Villasenor, Jr. had a Subscriber Agreement with LYCOS, a company having its principle place of business within the Commonwealth of Massachusetts.   As a direct and proximate result of this Subscriber Agreement with LYCOS, Roberto Villasenor, Jr. had both access to Lycos Network, operated and/or controlled from within the Commonwealth of Massachusetts, and was accorded the right and privilege to post messages, under the aliases "the_worm06" and/or "the_worm_06A", upon the Raging Bull web site on Lycos Network, which is hosted by the LYCOS, on the LYCOS computer server from within the Commonwealth of Massachusetts.

Upon information and belief, Roberto Villasenor, Jr. has and continues to republish many of the postings originally attributable to "the_worm06" and/or "the_worm_06A", upon the

4

Raging Bull web site on Lycos Network, under one or more additional screen names or aliases, including without limitation, *"no_insiders"*, *"65175R"*, *"Henry_Johnson123"*, *"quondo1"*, *"Tobias95"* and *"CrawleySmith"*.

Upon information and belief, Roberto Villasenor, Jr., has at one time or another, acted in concert with other posters on the Raging Bull web site, to manipulate the price of the UCSY publicly traded securities on national security exchanges, on the LYCOS computer server, from within the Commonwealth of Massachusetts.

14.    At all times material hereto, JOHN DOE # 2 aka *"no_insiders"*, had a Subscriber Agreement with LYCOS, a company having its principle place of business within the Commonwealth of Massachusetts.    As a direct and proximate result of this Subscriber Agreement with LYCOS, JOHN DOE # 2, aka *"no_insiders"*, had both access to Lycos Network, operated and/or controlled from within the Commonwealth of Massachusetts, and was accorded the right and privilege to post messages, under the alias, *"no_insiders"*, upon the Raging Bull web site on Lycos Network, which is hosted by the LYCOS, on the LYCOS computer server from within the Commonwealth of Massachusetts.

Upon information and belief, JOHN DOE # 2 aka *"no_insiders"*, has and continues to republish many of the postings originally attributable to the JOHN DOE # 2 aka *"no_insiders"*, upon the Raging Bull web site on Lycos Network, under one or more additional screen names or aliases.

Upon information and belief, JOHN DOE # 2 aka *"no_insiders"*, has at one time or another, acted in concert with Roberto Villasenor, Jr., to manipulate the price of the UCSY publicly traded securities on national security exchanges, on the LYCOS computer server, from within the Commonwealth of Massachusetts.

5

15.    At all times material hereto, JOHN DOE # 4 aka *"65175R"*, had a Subscriber Agreement with LYCOS, a company having its principle place of business within the Commonwealth of Massachusetts.    As a direct and proximate result of this Subscriber Agreement with LYCOS, JOHN DOE # 4 aka *"65175R"*, had both access to Lycos Network, operated and/or controlled from within the Commonwealth of Massachusetts, and was accorded the right and privilege to post messages, under the alias *"65175R"*, upon the Raging Bull web site on Lycos Network, which is hosted by the LYCOS, on the LYCOS computer server from within the Commonwealth of Massachusetts.

Upon information and belief, JOHN DOE # 4 aka *"65175R"*, has and continues to republish many of the postings originally attributable to the JOHN DOE # 4 aka *"65175R"*, upon the Raging Bull web site on Lycos Network, under one or more additional screen names or aliases.

Upon information and belief, JOHN DOE # 4 aka *"65175R"*, has at one time or another, acted in concert with Roberto Villasenor, Jr., to manipulate the price of the UCSY publicly traded securities on national security exchanges, on the LYCOS computer server, from within the Commonwealth of Massachusetts.

16.    At all times material hereto, JOHN DOE # 5 aka *"Henry_Johnson123"*, had a Subscriber Agreement with LYCOS, a company having its principle place of business within the Commonwealth of Massachusetts.    As a direct and proximate result of this Subscriber Agreement with LYCOS, JOHN DOE # 5 aka *"Henry_Johnson123"*, had both access to Lycos Network, operated and/or controlled from within the Commonwealth of Massachusetts, and was accorded the right and privilege to post messages, under the alias *"Henry_Johnson123"*, upon

6

the Raging Bull web site on Lycos Network, which is hosted by the LYCOS, on the LYCOS computer server from within the Commonwealth of Massachusetts.

Upon information and belief, JOHN DOE # 5 aka *"Henry_Johnson123"*, has and continues to republish many of the postings originally attributable to the JOHN DOE # 5 aka *"Henry_Johnson123"*, upon the Raging Bull web site on Lycos Network, under one or more additional screen names or aliases.

Upon information and belief, JOHN DOE # 5 aka *"Henry_Johnson123"*, has at one time or another acted in concert with Roberto Villasenor, Jr., to manipulate the price of the UCSY publicly traded securities on national security exchanges, on the LYCOS computer server, from within the Commonwealth of Massachusetts.

17.    At all times material hereto, JOHN DOE # 6 aka *"quondo1"*, had a Subscriber Agreement with LYCOS, a company having its principle place of business within the Commonwealth of Massachusetts.    As a direct and proximate result of this Subscriber Agreement with LYCOS, JOHN DOE # 6 aka *"quondo1"*, had both access to Lycos Network, operated and/or controlled from within the Commonwealth of Massachusetts, and was accorded the right and privilege to post messages, under the alias *"quondo1"*, upon the Raging Bull web site on Lycos Network, which is hosted by the LYCOS, on the LYCOS computer server, located within the Commonwealth of Massachusetts.

Upon information and belief, JOHN DOE # 6 aka *"quondo1"*, has and continues to republish many of the postings originally attributable to the JOHN DOE # 6 aka *"quondo1"*, upon the Raging Bull web site on Lycos Network, under one or more additional screen names or aliases.

7

Upon information and belief, JOHN DOE # 6 aka *"quondo1"*, has at one time or another, acted in concert with Roberto Villasenor, Jr., to manipulate the price of the UCSY publicly traded securities on national security exchanges, on the LYCOS computer server, from within the Commonwealth of Massachusetts.

18.    At all times material hereto, JOHN DOE # 7 aka *"Tobias95"*, had a Subscriber Agreement with LYCOS, a company having its principle place of business within the Commonwealth of Massachusetts.    As a direct and proximate result of this Subscriber Agreement with LYCOS, JOHN DOE # 7 aka *"Tobias95"*, had both access to Lycos Network, operated and/or controlled from within the Commonwealth of Massachusetts, and was accorded the right and privilege to post messages, under the alias *"Tobias95"*, upon the Raging Bull web site on Lycos Network, which is hosted by the LYCOS, on the LYCOS computer server from within the Commonwealth of Massachusetts.

Upon information and belief, JOHN DOE # 7 aka *"Tobias95"*, has and continues to republish many of the postings originally attributable to the JOHN DOE # 7 aka *"Tobias95"*, upon the Raging Bull web site on Lycos Network, under one or more additional screen names or aliases.

Upon information and belief, JOHN DOE # 7 aka *"Tobias95"*, has at one time or another, acted in concert with Roberto Villasenor, Jr., to manipulate the price of the UCSY publicly traded securities on national security exchanges, on the LYCOS computer server, from within the Commonwealth of Massachusetts.

19.    At all times material hereto, JOHN DOE # 8 aka *"CrawleySmith"*, had a Subscriber Agreement with LYCOS, a company having its principle place of business within the Commonwealth of Massachusetts.    As a direct and proximate result of this Subscriber

8

Agreement with LYCOS, JOHN DOE # 8 aka *"CrawleySmith"*, had both access to Lycos Network, operated and/or controlled from within the Commonwealth of Massachusetts, and was accorded the right and privilege to post messages, under the alias *"CrawleySmith"*, upon the Raging Bull web site on Lycos Network, which is hosted by the LYCOS, on the LYCOS computer server, from within the Commonwealth of Massachusetts.

Upon information and belief, JOHN DOE # 8 aka *"CrawleySmith"*, has and continues to republish many of the postings originally attributable to the JOHN DOE # 8 aka *"CrawleySmith"*, upon the Raging Bull web site on Lycos Network, under one or more additional screen names or aliases.

Upon information and belief, JOHN DOE # 8 aka *"CrawleySmith"*, has at one time or another, acted in concert with Roberto Villasenor, Jr., to manipulate the price of the UCSY publicly traded securities on national security exchanges, on the LYCOS computer server, from within the Commonwealth of Massachusetts.

20.    The claim asserted against the Defendants named herein arise under the Massachusetts common law for fraud; Security Laws of the Commonwealth of Massachusetts, *(MGLA Chapter 101(A), Section 410(a)(2) et seq.)*; and/or Sections 9 and 10 of the Security & Exchange Act of 1934.

21.    Venue is proper in this Judicial District, pursuant to *28 USC §§1391(b) & (c)*, based upon the Defendants entering into a contract (Lycos Subscriber Agreement) for use of the Lycos Network within this Judicial District; and, alternatively, based upon the Defendants commission of tortuous conduct within this Judicial District – specifically, the distribution of the fraudulent postings from the LYCOS computer server located within this Judicial District

22.     This Court has personal jurisdiction over the Defendants named in this action under the Massachusetts Long Arm statute, MGLA *Chapter 110A, Section 223*.

23.     This Court has subject jurisdiction over the parties and the claims asserted herein under *28 USC §1331 & §1332*.

24.     The Plaintiffs seeks injunctive relief and damages in excess of $75,000.


## BACKGROUND FACTS & PARTIES

25.     Since as early as about September 1998 up to June 2002, PLAINTIFF, ZWEBNER, was the Chairman of *Talk Visual Corporation*– a public company which trades in equity markets under the ticker symbol "TVCE" (formerly "TVCP"); and, from about November 2001, up to and including the present, Chairman of *Universal Communication Systems Inc*, (UCSY) - a public company which trades in equity markets under the ticker symbol "UCSY".

26.     At the time of the acts complained of, the LYCOS operated and maintained a website designated QUOTE.COM, which is purportedly dedicated to providing commercial information, data and financial services to a QUOTE.COM, web site visitors and to an authorized user (also herein "Subscriber") to THE LYCOS NETWORK.   This QUOTE.COM site permits retrieval of stock quotation information and technical data for a company having a publicly traded security, and a link to a message board on the LYCOS RAGING BULL web site, which automatically appears upon retrieval of a stock quotation for a given company.   This RAGING BULL web site can also be accessed directly from the internet.

27.     One of the privileges of membership accorded to an authorized Subscriber/User to THE LYCOS NETWORK, is the ability of such Subscriber/User to create a message board dedicated to a particular business or enterprises.   LYCOS suggests to its Subscriber that they use

10

the "stock ticker symbol", associated with such particular business or enterprises, as a means of identification of a message board, on for example, the RAGING BULL web site.

28.     Another of the privileges of membership accorded to an authorized Subscriber/User to THE LYCOS NETWORK, is the ability of such Subscriber/User to post messages (herein also "postings") on message boards on the LYCOS RAGING BULL web site. These postings are "anonymous" in that they do not reveal the true identity of the poster but rather are attributed to an individual "screen name" or "alias" assigned to the poster by LYCOS.

29.     LYCOS maintains a message board on their RAGING BULL web site exclusively devoted to the PLAINTIFF, UCSY.   Since about the year 2000, the UCSY message board has had more than 57,000 postings by the LYCOS Subscribers, including several thousand postings by Mr. Roberto G. Villasenor (herein also "VILLASENOR) under one more pseudonym/alias. Because of the similarity in the vast number of these 57,000 postings to posting known to be associated with VILLASENOR, PLAINTIFFS believe that VILLASENOR is the source of these postings, or that they originate with a limited number if individuals, who are associated with VILLASENOR.

### COUNT I
#### *(Fraud On The Plaintiffs)*

30.     The PLAINTIFFS incorporate paragraph (1) to (29), as if restated herein.

31.     Each of the DEFENDANTS, ROBERTO VILLASENOR, JR. aka *"the_worm06"* and *"the_worm_06A"*, JOHN DOE #2 aka *"no_insiders"*, JOHN DOE #4 aka *"65175R"*, John Doe #5 aka *"Henry_Johnson123"*, JOHN DOE #6 aka *"quondol"*, JOHN DOE #7 aka *"Tobias95"*, and JOHN DOE #8 aka *"CrawleySmith"* were, at one time or another, subscribers to the RAGING BULL web site maintained by LYCOS on THE LYCOS NETWORK.

11

32.     Upon information and belief, each of the JOHN DOES named herein in Paragraph 31 are one in the same individual, Roberto Villasenor, Jr. and/or are individuals acting in concert with Roberto Villasenor, Jr..   Accordingly, the JOHN DOE Defendants and Roberto Villasnor, Jr., are collectively referred to hereinafter as "VILLASENOR" or "CARTEL".

33.     Upon information and belief, the CARTEL, has and continues, to use one or more instrumentalities of interstate commerce, including RAGINIG BULL web site, hosted by Lycos, Inc., and financial message boards hosted on YAHOO, Inc., to fraudulently manipulate the market in the securities for publicly traded companies on various exchanges and/or bulletin boards, by

(a)     first "shorting" the stock in such companies,

(b)     "trashing" such company and/or the integrity/competency of its management, through the systematic and orchestrated posting of fraudulent information about the financial condition, business prospects and management integrity of the such company on an internet accessible message board devoted to such company, which fraudulent information was calculated to disparage the value of such company, and thereby artificially depress the market price of the publicly traded stock of the such company, and

(c)     "covering his shorts" by buying the publicly traded stock in such company at a depressed market price, so as to profit at the expense shareholders who sell their stock in such company at such depressed market prices.

34.     The CARTEL has and continues to post messages, which purport to contain factual information relating to the financial condition, business prospects and management

integrity of the PLAINTIFFS, upon the "UCSY" message board on RAGING BULL financial site maintained by the LYCOS NETWORK.

The most recent of these messages, which are believed to have originated from one or more of members of this CARTEL, appear to have been posted from and after January 2005. A representative sampling of the postings of this CARTEL are annexed hereto as Composite *Exhibit "1".*

These representative CARTEL postings appearing in *Exhibit "1"*, (which are by no means a complete archive thereof), state, <u>as fact</u>, that the individual Plaintiff, ZWEBNER, has been involved in securities fraud, has forged documents submitted in legal proceedings, has committed perjury, is involved in money laundering, and is a convicted felon – all of which are false; and, that the corporate Plaintiff, UCSY, is a sham and has no products or service, and that its products are worthless.

The factual statements by the members of the CARTEL, as referenced in this Paragraph (34), are material to the value of the UCSY, and reflected in the fraudulently depressed market price of the UCSY publicly traded stock.

35.    The CARTEL knows that the RAGING BULL financial site is frequented by potential investors and stockholders who are interested in securing information about the UCSY's current business and performance. Accordingly, the CARTEL postings, as set forth in Paragraph (34) above, are directed at potential investors and stockholders in UCSY stock.

36.    The CARTEL postings, as set forth in Paragraph (34) above, are false, misleading and/or incomplete, so as to be fraudulent.

37.    The CARTEL postings, as set forth in Paragraph (34) above, were calculated to fraudulently manipulate the market in UCSY publicly traded securities, specifically, by creating

investor insecurity and apprehension relating to the financial condition, business prospects and management integrity of the PLAINTIFFS, within the investor community (both current and prospective shareholders), so as to have a depressive effect upon the value of UCSY as a company, and consequently were depressive of the market price of the UCSY publicly traded stock.

38.    As a direct and proximate result of the CARTEL posting, as set forth in Paragraph (34) above, the market price for the UCSY stock has been substantially depressed, and remains substantially depressed, to the detriment of UCSY shareholders.

39.    As a direct and proximate result of the CARTEL as set forth in Paragraph (34) above, shareholders in UCSY, including the  Plaintiffs, UCSY and ZWEBNER, have been forced either sell their UCSY stock at such fraudulently depressed prices, and thereby have incurred a substantial realized loss; and/or, alternatively, have retained their UCSY stock, and thereby have incurred a substantial unrealized loss.

40.    The members of the CARTEL have and continue to change the screen names, associated with their fraudulent postings, so at to fraudulently conceal their true identity and their whereabouts, so as to thereby avoid detection and the prosecution of Plaintiffs' claims against them.  Plaintiffs first learned of the whereabouts of Roberto Villasenor Jr. in about July of 2005; and, has yet to ascertain the identity and whereabouts of the other Defendants.

41.    The actions of DEFENDANTS', as set forth in Paragraphs (33) to (39), inclusive, violate the Massachusetts common law for fraud; Security Laws of the State of Florida (*§517.301, Florida Statutes)* and of the Commonwealth of Massachusetts, *(MGLA Chapter 101(A) et seq.*); and/or the Security Laws of the United States, including without limitation, *Sections 9 & 10b-5* of the Security Exchange Act of 1934.

14

WHEREFORE, the PLAINTIFFS demand

(a)    the entry of a permanent injunction against the members of the CARTEL, and all parties acting in concert with them, from the further creation and dissemination of false and misleading information relative to the PLAINTIFFS, which is misleading as to the UCSY business prospects, its products and/or its management;

(b)    disgorgement of all gains realized by the members of the CARTEL, resulting from the fraudulent manipulation of the market for UCSY company stock;

(c)    judgment against the members of the CARTEL, jointly and severally, for actual and consequential damages in the amount of $100M, or according to proof;

(d)    an award of reasonable attorney fees and costs.

## JURY DEMAND

The Plaintiffs herein demand a trial by jury of all factual matters properly triable before a jury of their peers.

Respectfully,

John H. Faro, Esq.
Florida Bar No. 527,459
Attorney For Plaintiffs

Faro & Associates
44 West Flagler Street, Suite 1100
Miami, Florida 33130-1808
phone  (305) 424-1112
fax  (305) 424-1114

*EXHIBIT "1" – "the_worm06"*

Skip to message. Skip to access key tips.



**RAGING BULL**

New Users: [ SIGN UP ]  Members: [ LOG IN ]  Lycos Home | Site Map | My I

Enter symbol
[ Message Board ▼ ] [ Go ] Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | P



**Virus Warning!**
Your computer could be infected!  [ Scan Now! ]

## Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY
News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst
Recs | UCSY Top Holders

« UCSY Message list  |  Reply to msg.  |  Post new msg.  « Older | Newer »

**By: 65l75r**
**04 Aug 2003, 08:15 PM EDT**

Msg. 18025 of 18296
Jump to msg. # [        ] [ Go ]

EVERYONE KNOWS?

By: the_worm06
18 May 2002, 01:50 AM EDT Msg. 805 of 805
(This msg. is a reply to 802 by Solo_ski.)

Solo_ski I see that you continue to bring my name up in your posts...

I don't post anymore,

because, frankly, everyone now knows about the massive fraud scheme that
Zwebner and his buddies have committed in the following stocks: DCTC,
TVCP, EINI, SECT, OPTG, UCSI, GONT, TALL, SLPH, WNRG, ASEQ,

USXP, VGEN, ENTERTECH MEDIA, ETC ETC.

Everyone knows about the fact that he forged his wife's signature on a loan application in the U.K.

Everyone knows how he falls from his wheelchair to obtain sympathy from businessmen.

Everyone knows the way he treated his daughters when they were young.

Everyone knows about Gina Maura.

Everyone knows about his relationship with Cheryl Cunningham and where they spend their time in Sacramento.

Everyone knows about the fact that he had to pay Dean Dumont at least $400,000 to settle a lawsuit which was initiated by Zwebner so that the fact that Zwebner has not paid U.S. taxes is not brought out.

Everyone knows about the fact that he tried to Blackmail a witness in my lawsuit against him.

Everyone knows that he has fraudualently used his family's non-existant bad health as an excuse in every lawsuit, including mine, to his advantage.

Everyone knows that he and Brad Driesen posted as Grupo_Brad, John_Quinlan, Clear_Thinker, Momentum, Rob_Potowski, russianfox and others in a massive confidence scheme to defraud investors out of tens of millions of dollars in at least four stocks.

Everyone knows that he has reneged on his settlement in his lawsuit against Les French in Oregon. And that he is now representing himself "pro se" without an attorney because he does not have a public firm to charge his person legal expenses to.

Everyone knows that he has reneged on his setlement in his lawsuit against DCI Telecommunications and Joe Murphy in Connecticut. And that he is now representing himself "pro se" without an attorney because he does not have a public firm to charge his person legal expenses to.

Everyone knows that Zwebner has charged TVCP and SECT hundreds of thousands of dollars in legal bills for his PERSONAL lawsuits...all six of them.

~~Everyone knows that he has dirt on Gene Rosov the former CEO of TVCP that~~ will put pressure against him in testifying against Zwebner.

Everyone knows that Zwebner committed at least 50 infractions of perjury when I deposed him in my lawsuit.

Everyone knows that Zwebner has been laundering money.

Everyone knows about Zwebner's relationship with Steve Cunningham and their "secret" love nests in Rhode Island, Miami and Belize.

Everyone knows about the fact that Zwebner criminaly used a different name, Michael Zarek, in 1990 in the investigation of the death of an individual in Florida.

Raging Bull: Post 18025 on UCSY Message Board                    Page 4 of 5

Everyone knows that he is about to be served in another lawsuit for another attempted blackmail, next 30 days. And that his accomplice, Hayley Zwebner will be deposed in this lawsuit.


etc etc etc.


SO AS YOU SEE....I REALLY DON'T NEED TO POST...


regards,

the_worm06


- - - - -

View Replies »

**Advertisements**
- Get $100 Credit when you open an account with Harrisdirect*
- $7 Trades. No Inactivity Fee
- Mortgage Rates are Low! Time to Refinance!

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

**You can also:**

*EXHIBIT "1" – "65175R"*

17

Skip to message. Skip to access key tips.



Hello, michaelj123 [ LOG OUT ]  Lycos Home | Site Map | My Lycos | Ly

## RAGING BULL

Enter symbol:
[        ] Message Board ▼ Go Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | P

**LiveCharts** - One Month **FREE**
a d v e r t i s e m e n t



YOU COULD WIN *OUT OF THIS WORLD* PRIZES!

### Universal Communication Systems Inc (BB: UCSY)

↪ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« **UCSY Message list** | **Reply to msg.** | **Post new msg.**   « **Older** | **Newer** »

By: **65175r**                                 **Msg. 18314 of 18320**
**07 Aug 2003, 02:48 PM EDT**            Jump to msg. # [        ] Go

OH MY.....

It seems that Zwebner has not been able to get Raging Bull to delete his false defamatory public statements about Roberto Villasenor (the_worm06) made on August 5, 2003 as he has successfully done during the past 3 1/2 years.

He also has not been able to get Raging Bull to remove the factual posts that show SEC filings that prove that many of Zwebner's press releases and public statement have been materially false and misleading.

One wonders if the reason for this is the rumor that certain current and former employees of Raging Bull are currently being "observed" by certain government agencies for their part as accomplices in several fraudulent stock schemes.

Raging Bull: Post 18314 on UCSY Message Board

http://ragingbull.lycos.com/mboard/memalias.cgi?
board=UCSY&member=MICHAELJ123

## Advertisements

- **Click to refinance. Bad Credit? No Problem.**
- **Be a Direct Investor and get $100 Credit***
- **Buy stocks for only $4, no account or investment minimums**

« **UCSY Message list** | **Reply to msg.** | **Post new msg.** « **Older** | **Newer** »

## You can also:

- Membermark this poster
- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation



» **Lycos Worldwide**    © Copyright 2003, Lycos, Inc. All Rights Reserved   Lycos® is a registered
About Terra Lycos | Help | Jobs | Advertise | Business Development
Your use of this website constitutes acceptance of the Lycos **Privacy Policy** [**Updated**] and
Terms & Conditions

*EXHIBIT "1" – "Henry_Johnson123"*

Skip to message. Skip to access key tips.

Hello, michaelj123 [LOG OUT]          Mail | Account Info

# RAGING BULL

Enter symbol:
[Message Board ▼] [Go] Find symbol

Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feedb

Take advantage of low rates on your home
mortgage and save money every month -
Get a low rate mortgage NOW •

QUOTE.COM

## Universal Communication Systems Inc (BB: UCSY)
ↄ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg. | « Older | Newer »

By: henry_johnson123
01 Oct 2003, 09:05 PM EDT

Msg. 20759 of 20886
Jump to msg. # [        ] [Go]

Zwebner (vanishing act)

**What do you mean "who cares"...**

**I believe that the stockholders of a company have the right to know if the
CEO molested and abused his wife and children don't you?**

*By: vanishing_act*
*01 Oct 2003, 08:56 PM EDT*
*Msg. 20756 of 20757*
*(This msg. is a reply to 20754 by henry_johnson123.)*
*Jump to msg. #*

*worm06*
*Zwebner's divorce documents sealed in the U.K.?*

*WHO CARES, IF THEY ARE SEALED THEN YOU CAN'T READ THEM*

*(Voluntary Disclosure: Position- Long; ST Rating- Strong Buy; LT Rating-*

Quote (del. 15 min.)
3:47 PM ET
**0.1150**
+0.0050 (+4.55 %)
**Volume:** 274,000

- - - - -
Full quote | LiveChart

My Boardmarks Help

**Board    New** ☑
- - - - -
☐ Add UCSY
- - - - -
You haven't added
any boardmarks.
- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

**Alt Z     Previous or
[Enter]    Older**

*EXHIBIT "1" – "quondo1"*

Skip to message. Skip to access key tips.



Hello, michaelj123 [ Log out ]          Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

**RAGING BULL**

Enter symbol:
[Message Board ▾] [Go] Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feed**

**Financial Advice**
Get a free "How to invest smarter, safer, better" guide.

**Investing In Stocks**
Free stock market analysis from Fisher Investments. Learn how.

**All American Equity Fund**
No-Load Mutual Fund From U.S. Global Investors

**Investors Wanted**
Thousands of high growth opps. Enormous returns on investment.

**Rogue Investor**
A few simple investing strategies can make you wealthy.

**Universal Communication Systems Inc (BB: UCSY)**
↳ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info | UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.    « Older | Newer »

By: quondo1
07 Feb 2004, 10:35 PM EST

Msg. 31396 of 31829
Jump to msg. # [      ] [Go]

Zwebner, Child Molestation and Pedophilia

**200**
$7 Trades. Apply Now!

Quote (del. 15 min.)
3:44 PM ET
-0.0640
+0.0020 (+3.23 %)
Volume:          0
- - - - -
Full quote | LiveChart

Somehow the topic of Child Molestation and Pedophilia seems to follow Michael Joel Zwebner around. Why is this?

1. Zwebner falsely accused Les French of being a Convicted Child Molestor.

2. An alias used by Zwebner and Santa Barbara psychiatrist Eli Katz falsely posted on the Raging Bull boards that the_worm06 was also a Convicted Child Molestor.

3. A post appeared on the TVCP Raging Bull board mentioning that Gene Rosov, the former partner of Zwebner and CEO of TVCP had a history of pedophilia.

4. The previous CEO of WLGS (which became UCSY), who turned over the CEO position to Zwebner, was known to have a taste for young boys.

5. Zwebner's defender, scu, is an admitted pedophile, and is now about to marry a boy that has come "of age" to marry.

**My Boardmarks** Help

Board      New ☑
- - - - -
☑ Add UCSY
- - - - -
You haven't added any boardmarks.
- - - - -
Add or remove boards »

**Keyboard shortcuts**
Pressing these keys is the same as clicking their link equivalents. Note: Netscape users

don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

**ONE HAS TO TRULY TRULY WONDER WHY ZWEBNER'S DIVORCE
PAPERS IN THE U.K. WITH HIS WIFE RITA ARE UNDER
SEAL....WAS THIS DONE TO PROTECT THE CHILDREN?**

| | |
|---|---|
| Alt Z [Enter] | Previous or Older |
| Alt X [Enter] | Next or Newer |

-----

**View Replies »**

**Advertisements**

- Do your taxes with a fast, easy & accurate online tax program.
- $7 Trades, Free Dow Jones News
- Mortgage Rates are Low! Time to Refinance!

« UCSY Message list  |  Reply to msg.  |  Post new msg.    « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation



» Lycos Worldwide      · Copyright 2003, Lycos, Inc. All Rights Reserved. Lycos® is a registered trademark of Carnegie Mellon University.
About Terra Lycos | Help · Jobs · Advertise | Business Development

Your use of this website constitutes acceptance of the Lycos Privacy Policy and Terms & Conditions.

## Main Identity

**From:**    "Michael Zwebner" <mjzwebner@sprynet.com>
**To:**       "Michael Zwebner" <mjzwebner@sprynet.com>
**Sent:**     Monday, January 26, 2004 6:28 PM
**Subject:**  Fw: Raging Bull Post 29623 on UCSY Message Board

Skip to message. Skip to access key tips.

 **RAGING BULL**

Enter symbol:
[ ]  [Message Board ▼] [Go] Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feedb**

### Universal Communication Systems Inc (BB: UCSY)

↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.      « Older | Newer »

**By: quondo1**                                    **Msg. 29623 of 29625**
**26 Jan 2004, 05:43 PM EST**        (This msg. is a reply to 29621 by risc85.)

Jump to msg. # [ ]  [Go]

risc85

MICHAEL J. ZWEBNER, THE CEO OF A PUBLICLY TRADED COMPANY
(ALTHOUGH ONE WITH NO REVENUES AND A NEGATIVE NET
WORTH) WAS BEHIND MANY OF THE DEATH THREATS ON RAGING
BULL AND OTCFORUMS.COM.

and

HE HAS BEEN INVOLVED IN FRAUD, STOCK MANIPULATION,
INSIDER TRADING AND MONEY LAUNDERING.

**Scottrade**
NO FEE IRAs
$7 Trades, Apply Now!

**Quote (del. 15 min.)**
3:40 PM ET
**0.0680**
**0.0000** (0.00 )
**Volume:**   1,914,420
- - - - -
Full quote | LiveChart

**My Boardmarks** Help

**Board**     **New** ✍
- - - - -
⊞ Add UCSY
- - - - -
You haven't added
any boardmarks.
- - - - -
Add or remove
boards »

**Keyboard shortcuts**

1/26/2004

Skip to message. Skip to access key tips.



Hello, michaelj123 [ LOG OUT ]    Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info

## RAGING BULL

Enter symbol: [        ]  [Message Board ▼]  **Go**| Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feedl**

**Investment Advice & Tips**
Invest and trade alongside
pro investor Jim Cramer.

**Stocks**
Get Market News, Trading
Tools, Quotes & Research
from Fidelity

**Investment Advice**
Find the right plan for you
Compare schemes- all on
one site

**Stocks**
Find Exclusive Research &
Analysis - Get Your Free
Stock Report Today!

**Tax Free Funds**
No-Load Mutual Funds From
U.S. Global Investors

**Universal Communication Systems Inc (BB: UCSY)**
↳ UCSY Quote | **UCSY Msg Board** | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« **UCSY Message list** | **Reply to msg.** | **Post new msg.** | « **Older** | **Newer** »

**By: quondo1**                                    **Msg. 28868 of 29158**
**15 Jan 2004, 05:36 PM EST**      Jump to msg. # [        ] **Go**

Here is a question


Have the "forged" signatures on certain court affadavits and notary public
documents that have occurred during the last 4 years been investigated....?

let's see what the handwriting experts have to say....

**Advertisements**

- **Do your taxes fast, easy and accurately at hrblock.com.**
- **$7 Trades, No Inactivity Fee**
- **Mortgage Rates are Low! Time to Refinance!**

« **UCSY Message list** | **Reply to msg.** | **Post new msg.** | « **Older** | **Newer** »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**Scottrade**
NO FEE IRAs
$7 Trades, Apply Now!

**Quote (del. 15 min.)**
3:55 PM ET
**0.0630**
**0.0000** (0.00 )
**Volume:**    212,300
- - - - -
Full quote | LiveChart

**My Boardmarks** Help

**Board    New** �

- - - - -
⊞ Add UCSY
- - - - -
You haven't added
any boardmarks.

- - - - -
Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users

*EXHIBIT "1" – "Tobias95"*

Raging Bull : Post 169289 on TVCP Message Board

Skip to message. Skip to access key tips.



Hello, michaelj123  [ LOG OUT ]

# RAGING BULL

Enter symbol:
[ Message Board ▾ ]  [Go] Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **He**

Sapient Job Secrets
Get inside info on hiring, culture, Career paths,
pay, and more

Iciniti Corporation
Get product info or locate local vendors. Find
other options too.

## TALK VISUAL CP (BB: TVCP)

**TVCP Quote** | **TVCP Msg Board** | **TVCP LiveCharts** | **TVCP Chart** | **TVCP News** | **TVCP Company Info** | **TVCP I-Watch** | **TVCP Insider** | **TVCP Analyst Recs** | **TVCP Top Holders**

« **TVCP Message list** | **Reply to msg.** | **Post new msg.**    « **Older** | **Newer** »

HARRISdire

Open Account

**By: tobias95**                                    Msg. 169289 of 170031
**12 Apr 2003, 06:37 PM EDT**        (This msg. is a reply to 169287 by bobushka.)

Jump to msg. # [        ] [Go]

OT: bob? I think you are posting from some asylum at this time? ZWEBNER IS
AN ENEMY TO THE FREE WORLD BECAUSE HE SEELS WEAPONS OF
MASS DESTRUCTION FOR THE $$$ AGAINST ISRAEL.

- - - - -

**View Replies** »

**Advertisements**

- **FREE Term Life Insurance Quote**
- **$7 Online Trades. No FEE IRAs**
- **Mortgage Rates are Low! Time to Refinance!**

« **TVCP Message list** | **Reply to msg.** | **Post new msg.**    « **Older** | **Newer** »

**You can also:**

- **Membermark this poster**
- **Ignore/Hide this poster on all boards**
- **Email this post to a friend**
- **Report TOS violation**

**My Boardmark**

**Board     New**

- - - - -

☐ **Add TVCP**

- - - - -

You haven't add
any boardmarks

- - - - -

**Mark all msgs.**

- - - - -

**Add or remove
boards** »

**Keyboard short**
Pressing these ke.
the same as clicki
their link equival
Note: Netscape u
don't have to pres
after the shortcut.
users - use the C1
key.

**Alt 1**        First u
**[Enter]**

**Alt Z**        Previc
**[Enter]**        Older

Raging Bull: Post 19896 on UCSY Message Board

Skip to message. Skip to access key tips.



Hello, michaelj123   [LOG OUT]     ... ... ...  | ... ... | Account Info

**RAGING BULL**

Enter symbol:
[                    ] [Message Board ▼] [Go] Find symbol

Home | Board Directory | Member Forums | Rules of the Road | My Finance | Portfolios | Help & Feed!

Click here to visit Forbes.com's
New Infoimaging section.

**Universal Communication Systems Inc (BB: UCSY)**
↳ UCSY Quote | UCSY Msg Board | UCSY LiveCharts | UCSY Chart | UCSY News | UCSY Company Info
| UCSY I-Watch | UCSY Insider | UCSY Analyst Recs | UCSY Top Holders

« UCSY Message list | Reply to msg. | Post new msg.     « Older | Newer »

**By: tobias95**
**04 Sep 2003, 10:26 PM EDT**

Msg. 19896 of 21001
(This msg. is a reply to 19880 by tobias95.)
Jump to msg. # [        ] [Go]

UCSY is nothing more than a MOSAD secret police front! They are a classic!
You just ran into some Americans that want to right their deviate wrong!

*(Voluntary Disclosure: Position- No Position)*

- - - - -

View Replies »

**Advertisements**
- Click to refinance. Bad Credit? No Problem.
- Equity Market Weekly Report
- Buy stocks for only $4. no account or investment minimums

« UCSY Message list | Reply to msg. | Post new msg.     « Older | Newer »

**You can also:**

- Ignore/Hide this poster on all boards
- Email this post to a friend
- Report TOS violation

**My Boardmarks** Help

Board     New ☑

- - - - -

☑ Add UCSY

- - - - -

You haven't added
any boardmarks.

- - - - -

Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is
the same as clicking
their link equivalents.
Note: Netscape users
don't have to press enter
after the shortcut. Mac
users - use the CTRL
key.

Alt Z          Previous or
[Enter]        Older

Alt X          Next or
[Enter]        Newer

Raging Bull: Post 171057 on TVCP Message Board

Skip to message. Skip to access key tips.

Hello, michaelj123 [LOGOUT]     Lycos Home | Site Map | My Lycos | Lycos Mail | Account Info



**RAGING BULL**

Enter symbol:
[Message Board ▾] [Go] Find symbol

**Home** | **Board Directory** | **Member Forums** | **Rules of the Road** | **My Finance** | **Portfolios** | **Help & Feedk**

LiveCharts - One Month FREE
a d v e r t i s e m e n t



LiveCharts™
FROM QUOTE.COM
• Best-in-class streaming charts
• Quotes from 15 exchanges
• Detailed time & sales
[Enter ticker ▾]

## TALK VISUAL CP (BB: TVCP)

↳ TVCP Quote | TVCP Msg Board | TVCP LiveCharts | TVCP Chart | TVCP News | TVCP Company Info |
TVCP I-Watch | TVCP Insider | TVCP Analyst Recs | TVCP Top Holders

« TVCP Message list | Reply to msg. | Post new msg.     « Older | Newer »

**By: tobias95**
**29 Oct 2003, 10:45 PM EST**

Msg. 171057 of 171061
(This msg. is a reply to 171056 by arialmaid.)
Jump to msg. # [＿＿＿] [Go]

arial, ZWEBNER is a FELON, he has no business ability! So SUE me!

- - - -
___ View Replies »

### Advertisements
- Click to refinance. Bad Credit? No Problem.
- $7 Trades, Open with $500!

**My Boardmarks** Help

Board     New ☑
- - - - -
⊞ Add TVCP
- - - - -

You haven't added
any boardmarks.

- - - - -

Add or remove
boards »

**Keyboard shortcuts**
Pressing these keys is