IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS, INC. (A Nevada Corporation), MICHAEL J. ZWEBNER (individually) & Others Similarly Situated<br>　　　　　　Plaintiffs<br>vs.<br><br>ROBERTO VILLASENOR, JR.,<br>　　aka *"the_worm06"*<br>JOHN DOE #2 aka *"no_insiders"*,<br>ROBERTO VILLASENOR, JR.,<br>　　aka *"the_worm_06A"*<br>JOHN DOE #4 aka *"65175R"*,<br>JOHN DOE #5 aka *"Henry_Johnson123"*,<br>JOHN DOE #6 aka *"quondo1"*<br>JOHN DOE #7 aka *"Tobias95"* &<br>JOHN DOE #8 aka *"CrawleySmith"*<br>　　　　　　Defendants | CIVIL ACTION<br>CASE NO. 05-11172-REK |

## PLAINTIFFS' NOTICE OF FILING
## SECOND AMENDED COMPLAINT – CLASS ACTION

The PLAINTIFF, UNIVERAL COMMUNICATION SYSTEMS, INC. (herein also "UCSY" or "PLAINTIFF" or "CORPORATE PLAINTIFF") and Michael J. ZWEBNER (herein also "ZWEBNER" or "PLAINTIFF" or "INDIVIDUAL PLAINTIFF"), pursuant to this Court's Memorandum & Order of December 21, 2005, [DE 88], which granted, in part, the Plaintiffs' Motion For Leave To Amend, do hereby file their Second Amended Complaint against the remaining Defendants in this case.

The name of Roberto Villasenor, Jr. has been substituted for the John Doe #1 aka *"the_worm06"* and John Doe #3 aka *the-worm_06A"*, upon confirmation that Roberto

Villasenor, Jr. did in fact adopt and use such pseudonyms, within the context of the dispute before this Court.

Roberto Villasenor has been previously served with the prior complaint in this action, through substituted service upon the Secretary of State in Florida, under Section 48.161, Fla. Stats. Such substituted service in Florida is recognized as effective in this judicial district, *Clark v. U.S. Electric Corp., et al.*, 446 N.E. 754, 15 Mass. App. Ct. 975 (Worcester 1983). Notwithstanding, a new Summons, and copy of the Second Amended Complaint, has been forwarded by Certified Mail, Return Receipt, to Defendant, Villasenor at his Post Office Box in Los Angeles, California.

The jurisdictional and venue allegations have been revised to conform/adapt the Second Amended Complaint to the Massachusetts venue; and, to the deletion of the claims against the corporate defendants, who are no longer in the case. In the case of these allegations relative to personal jurisdiction and venue in the Commonwealth of Massachusetts, as to the remaining Defendants, the Plaintiffs have only made explicit that which was inherently recited in the prior filed complaint.

The Second Amended Complaint is limited to a single count, Count I, for fraudulent manipulation of the market in a publicly traded security. As originally filed within the State of Florida, the factual allegations stated a claim and sought relief under Florida law. The security laws of the State of Florida, which is similar to the security law of the Commonwealth of Massachusetts, are based upon the Federal Security laws. These <u>same</u> allegation, thus, also state a claim under the law in the Commonwealth of Massachusetts and under federal security law, specifically, the common law of the Commonwealth of Massachusetts and MGLA Chapter

110A, Section 410; and, Sections 9 & 10 of the Securities and Exchange Act of 1934. Accordingly, Plaintiffs seeks relief under Count I under both state and federal law.

Respectfully,

John H. Faro, Esq.
Florida Bar No. 527,459
Attorney For Plaintiffs

Faro & Associates
44 West Flagler Street, Suite 1100
Miami, Florida 33130-1808
phone  (305) 424-1112
fax  (305) 424-1114

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading entitled:

**PLAINTIFFS' NOTICE OF FILING
SECOND AMENDED COMPLAINT – CLASS ACTION**

was forwarded this 17th day of February, 2005, to Roberto Villasenor, Jr., by First Class Mail.

Respectfully,

John H. Paro, Esq.

DISTRIBUTION LIST

Roberto Villasenor, Jr. *pro se*
P.O. Box 64914
Los Angeles, CA 90064