IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS, INC. (A Nevada Corporation), MICHAEL J. ZWEBNER (individually) & Others Similarly Situated<br>           Plaintiffs<br>vs.<br><br>ROBERTO VILLASENOR, JR.,<br>   aka *"the_worm06"*<br>JOHN DOE #2 aka *"no_insiders"*,<br>ROBERTO VILLASENOR, JR.,<br>   aka *"the_worm_06A"*<br>JOHN DOE #4 aka *"65175R"*,<br>JOHN DOE #5 aka *"Henry_Johnson123"*,<br>JOHN DOE #6 aka *"quondo1"*<br>JOHN DOE #7 aka *"Tobias95"* &<br>JOHN DOE #8 aka *"CrawleySmith"*<br>           Defendants | CIVIL ACTION<br>CASE NO. 05-11172-REK |

FILED
IN CLERKS OFFICE
2006 MAR 10 P 12:45
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFFS' NOTICE OF FILING
## AMENDED CERTIFICATE OF SERVICE

The PLAINTIFF, UNIVERAL COMMUNICATION SYSTEMS, INC. (herein also "UCSY" or "PLAINTIFF" or "CORPORATE PLAINTIFF") and Michael J. ZWEBNER (herein also "ZWEBNER" or "PLAINTIFF" or "INDIVIDUAL PLAINTIFF"), herein file an Amended Certificate Of Service for their Notice Of Filing Second Amended Complaint – Class Action, annexed hereto as Exhibit "1".

Plaintiffs had sent the Second Amended Complaint, Notice Of Filing Second Amended Complaint & Petition For Writ Of Mandamus, to Boston counsel for review and filing, which did in fact occur on or about February 27, 2006. Based upon a prior conversation with Lycos counsel, Daniel Cloherty Esq., it was the undersigned's understanding that Lycos had no further

2

interest in receiving service copies of pleadings, with respect to the remaining John Doe Defendants, because of the email notices of such filings forwarded to counsel of record by the Court. Mr. Cloherty today indicated that I should continue to forward such service copies, notwithstanding that the claims against Lycos have been dismissed. Accordingly, the Amended Certificate of Service is herein filed to reflect this belated service.

Respectfully,

John H. Faro, Esq.
Florida Bar No. 527,459
Attorney For Plaintiffs

Faro & Associates
44 West Flagler Street, Suite 1100
Miami, Florida 33130-1808
phone (305) 424-1112
fax (305) 424-1114

2

**Exhibit "1"**

## CERTIFICATE OF SERVICE
## (Amended)

I hereby certify that the foregoing pleading entitled:

**PLAINTIFFS' NOTICE OF FILING**
**SECOND AMENDED COMPLAINT – CLASS ACTION**

was forwarded this 7th day of March, 2005, to counsel of record, by First Class Mail, in accordance with the Distribution List annexed hereto.

Respectfully,

John H. Faro, Esq.

## CERTIFICATE OF SERVICE
### (Amended)

I hereby certify that the foregoing pleading entitled:

**<u>PLAINTIFFS' NOTICE OF FILING</u>**
**<u>AMENDED CERTIFICATE OF SERVICE</u>**

was forwarded this 7th day of March, 2005, to counsel of record, by First Class Mail, in accordance with the Distribution List annexed hereto.

Respectfully,

John H. Faro, Esq.

DISTRIBUTION LIST:

Richard Kirby, Esq.
Matthew Zayotti, Esq.
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113
Phone (617) 951-1400
Facsimile (617) 951-1354

Daniel J. Cloherty, Esq.
DWYER & COLLARA, LLP
600 Atlantic Avenue
Boston, MA 02210
Phone (617) 371-1021
Facsimile (617) 371-1037

Thomas G. Rohback, Esq.
James J. Reardon, Jr.
LeBoeuf, Lamb, Greene, & MacRae, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Roberto Villasenor, Jr. *pro se*
P.O. Box 64914
Los Angeles, CA 90064