UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC. AND MICHAEL J. ZWEBNER,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERTO VILLASENOR, JR.,<br>    a/k/a "the_worm06",<br>JOHN DOE #2 a/ka/ "no_insiders",<br>ROBERTO VILLASENOR, JR.,<br>    a/k/a "the_worm_06A",<br>JOHN DOE #4 a/k/a "65175R",<br>JOHN DOE #5 a/k/a "Henry_Johnson123",<br>JOHN DOE #6 a/k/a "quondol",<br>JOHN DOE #7 a/k/a "Tobias95", and<br>JOHN DOE #8 a/k/a "CrawleySmith",<br><br>    Defendants. | Civil Action Number 05-11172-REK |

## AFFIDAVIT OF SERVICE

I, Matthew P. Zayotti, Esq., do hereby certify state and depose as follows:

1. I am an associate with the law firm Keegan Werlin LLP.

2. I am presently, and since 1997, I have been, an attorney in good standing of the bar of the Commonwealth of Massachusetts.

3. Richard Kirby, Esq. and I serve as local counsel to the Plaintiffs, Universal Communications Systems, Inc. and Michael J. Zwebner, in connection with the above-captioned matter.

4. On March 3, 2006, I caused a letter and copies of the Summons, Plaintiffs' Notice of Filing Second Amended Complaint, and Plaintiffs' Second Amended Complaint, true and accurate copies of which are attached hereto as Exhibit A, to be

served upon the Defendant Roberto Villasenor, Jr., aka "the_worm06" and "the_worm_06A", pursuant to the Massachusetts Long Arm Statute, Mass. Gen. L. ch. 223A, § 6(a)(3), by mailing the same to Defendant Villasenor by certified mail, return receipt requested as follows:

> Mr. Roberto Villasenor, Jr.
> P.O. Box 64914
> Los Angeles, CA 90064

5.  Attached hereto as <u>Exhibit B</u> is the original Domestic Return Receipt, evidencing delivery of the items described in paragraph 4 hereof to Defendant Villasenor on March 16, 2006.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___31st___ DAY OF MARCH, 2006.

_____/s/ Matthew P. Zayotti_____

---

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on __March 31, 2006__.
__/s/ Matthew P. Zayotti__

# *EXHIBIT A*

## KEEGAN WERLIN LLP

ATTORNEYS AT LAW
265 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-3113

(617) 951-1400

TELECOPIERS:
(617) 951-1354
(617) 951-0586

March 3, 2006

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

Mr. Roberto Villasenor, Jr.
P.O. Box 64914
Los Angeles, CA 90064

    Re:   *Universal Communications Systems, Inc. and Michael J. Zwebner*
           *v.*
           *Roberto Villasenor, Jr., a/k/a "the_worm06" and "the_worm06A", et al*
           *U.S. District Court Civil Action No. 05 cv 11172 REK*

Dear Mr. Villasenor:

    Pursuant to the Massachusetts Long Arm Statute, Ch. 223A, we hereby serve process on you in the matter commenced by Universal Communications Systems, Inc. and Michael J. Zwebner in the United States District Court, District of Massachusetts, Civil Action No. 05-1172. Pursuant to Ch. 223A and the Massachusetts Rules of Civil Procedure, enclosed please find copies of the following:

1. Summons;
2. Plaintiff's Notice of Filing Second Amended Complaint; and
3. Second Amended Complaint.

    Please note that in accordance with the Federal Rules of Procedure and the enclosed summons, you are required to file an answer or otherwise respond to this complaint within 20 days.

    If you have any questions, please feel free to contact the undersigned.

                            Very truly yours,

                            Matthew P. Zayotti

MPZ:pam
Enclosures
  cc:    John H. Faro, Esq. (w/o encl.)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Boston _____ District of   Massachusetts

Universal Communications Systems, Inc.
and Michael J. Zwebner

V.

Roberto Villasenor, Jr.
aka "the_worm06" and
"the_worm_06A", et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05cv 11172REK

TO: (Name and address of Defendant)

Roberto Villasenor, Jr.
P.O. Box 64914
Los Angeles, CA 90064

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John H. Faro, Esq.
Faro & Associates, LLC
44 West Flagler Street, Suite 1100
Miami, FL 33130
Tel: (305) 434-1112
Fax: (305) 424-1114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK                                                   DATE   March 3, 2006

(By) DEPUTY CLERK

## *EXHIBIT B*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 9646.0 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 3/3/06 |
| Total Postage & Fees | $ 6.32 | 6.32 |

Sent To: Roberto Villasenor Jr
Street, Apt. No.; or PO Box No.: PO Box 64914
City, State, ZIP+4: LA, CA 90064

Article number (left margin): 7003 2260 0004 6678 4773

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roberto Villasenor, Jr.
P.O. Box 64914
Los Angeles, CA
90064

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Roberto Villasenor*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Roberto Villasenor
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: 16 MAR, Los Angeles]

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0004 6678 4773

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540