FILED
IN CLERKS OFFICE
2006 APR 10 P 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

| | |
|---|---|
| UNIVERSAL COMMUNICATION SYSTEMS, INC. (A Nevada Corporation), MICHAEL J. ZWEBNER (individually) & Others Similarly Situated<br>Plaintiffs<br>vs.<br><br>ROBERTO VILLASENOR, JR.,<br>    aka *"the_worm06"*<br>JOHN DOE #2 aka *"no_insiders"*,<br>ROBERTO VILLASENOR, JR.,<br>    aka *"the_worm_06A"*<br>JOHN DOE #4 aka *"65175R"*,<br>JOHN DOE #5 aka *"Henry_Johnson123"*,<br>JOHN DOE #6 aka *"quondo1"*<br>JOHN DOE #7 aka *"Tobias95"* &<br>JOHN DOE #8 aka *"CrawleySmith"*<br>Defendants | CIVIL ACTION<br>CASE NO. 05-11172-REK |

NOTICE OF SERVICE OF
PLAINTIFFS' REPLY TO LYCOS OPPOSITION [DE 108] TO
PLAINTIFFS' MOTION FOR
ENTRY OF SEPARATE & FINAL JUDGMENT [DE 104]

The PLAINTIFF, UNIVERAL COMMUNICATION SYSTEMS, INC. (herein also "UCSY" or "PLAINTIFF" or "CORPORATE PLAINTIFF") and Michael J. ZWEBNER (herein also "ZWEBNER" or "PLAINTIFF" or "INDIVIDUAL PLAINTIFF"), herein notices the service of their Reply to the Lycos, Inc, (LYCOS) Opposition [DE 108] To Plaintiffs' Motion For Entry Of Separate & Final Judgment [DE 104].

Respectfully,

*[signature]*

John H. Faro, Esq.
Florida Bar No. 527,459
Attorney For Plaintiffs

Faro & Associates
44 West Flagler Street, Suite 1100
Miami, Florida 33130-1808
phone (305) 424-1112
fax (305) 424-1114

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading entitled:

**PLAINTIFFS' REPLY TO LYCOS OPPOSITION [DE 108] TO
PLAINTIFFS' MOTION FOR
ENTRY OF SEPARATE & FINAL JUDGMENT [DE 104]**

was forwarded this 5th day of April, 2006, by First Class Mail, as per the attached Distribution List.

Respectfully,

*[signature]*

John H. Faro, Esq.

DISTRIBUTION LIST

Richard Kirby, Esq.
Matthew Zayotti, Esq.
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113
Phone (617) 951-1400
Facsimile (617) 951-1354

Daniel J. Cloherty, Esq.
DWYER & COLLARA, LLP
600 Atlantic Avenue
Boston, MA 02210
Phone (617) 371-1021
Facsimile (617) 371-1037

Thomas G. Rohback, Esq.
James J. Reardon, Jr.
LeBoeuf, Lamb, Greene, & MacRae, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone  860, 293-3596
Fax    860, 293-3555


John J. Moakley, Clerk
U. S. District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Roberto Villasenor, Jr. *pro se*
P.O. Box 64914
Los Angeles, CA 90064