*Roberto Villaseñor*
P.O. Box 64914
Los Angeles, CA 90064
Phone: 310-388-0145
Fax: 310-388-0145

FILED
CLERKS OFFICE

2006 APR 13 P 12: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

April 12, 2006

*via overnight mail*

Clerk, U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:   *Universal Communication vs. Lycos et al*, Civil No. 05-11172-REK
        Third-party Summons Request

Sirs:

I am a pro se Defendant, Counterclaim Plaintiff, and Third-party Plaintiff in the above captioned case.

I am formally requesting that you send me 4 (four) **Third-party Summons** that I can serve on the Third-party defendants in the same case. Please send the Third-party Summons to the following address:

> **Roberto Villasenor**
> **P.O. Box 64914**
> **Los Angeles, CA 90064**

Thank you very much for your prompt attention on this matter.

Very truly yours,

*[signature: Roberto Villasenor]*

Roberto Villasenor
defendant pro se