UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>)<br>UNIVERSAL COMMUNICATION )<br>SYSTEMS, INC., MICHAEL J. )<br>ZWEBNER, and others similarly situated )<br>    Plaintiffs )<br>)<br>    v. )<br>)<br>LYCOS INC. d/b/a THE LYCOS )<br>NETWORK, TERRA NETWORKS, S.A., )<br>ROBERT VILLASENOR, JR., a/k/a )<br>"the_worm06," )<br>JOHN DOE #2 a/k/a "no_insiders," )<br>ROBERT VILLASENOR, JR., a/k/a )<br>"the_worm_06A," )<br>JOHN DOE #4 a/k/a "65175R," )<br>JOHN DOE #5 a/k/a "Henry_Johnson123," )<br>JOHN DOE #6 a/k/a "quondo1," )<br>JOHN DOE #7 a/k/a "Tobias95," and )<br>JOHN DOE #8 a/k/a "CrawleySmith," )<br>CORPORATION, )<br>    Defendants )<br>_____) | CIVIL ACTION<br>NO. 05-11172-REK |

**Final Judgment**
April 18, 2006

    For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

    (1) This case is dismissed as to all defendants.

    (2) This case is now closed.

Approved:                                                          By the Court,


_/s/Robert E. Keeton_____                                   _/s/Jennifer Filo_____

Robert E. Keeton                                                   Jennifer Filo, Deputy Clerk
Senior United States District Judge