# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11172

Universal Communication System, Inc., et al

v.

Roberto Villasenor, Jr., et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

55-118, 20

and contained in Volume(s) I & II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/16/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 19, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/19/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, LEAD

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11172-REK

| | |
|---|---|
| Universal Communications Systems, Inc. et al v. Lycos, Inc. et al | Date Filed: 06/06/2005 |
| Assigned to: Senior Judge Robert E. Keeton | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Universal Communications Systems, Inc.**
*a Nevada Corporation*

represented by **John H. Faro**
Faro & Associates
44 W. Flagler Street
Suite 1100
Miami, FL 33130-1808
305-424-1112
Fax: 305-424-1114
Email: johnf75712@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard B. Kirby**
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, MA 02110-3113
617-951-1400
Fax: 617-951-1323
Email: rkirby@keeganwerlin.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew P. Zayotti**
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, MA 02110-3113
617-951-1400
Fax: 617-951-1323
Email: mzayotti@kwplaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael J. Zwebner**      represented by **John H. Faro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard B. Kirby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew P. Zayotti**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lycos, Inc.**      represented by **Daniel J. Cloherty**
*a Spanish Company with its USA*    Dwyer & Collora LLP
*Offices in Miami Dade County,*    600 Atlantice Avenue
*Florida*    12th Floor
*doing business as*    Boston, MA 02210
Lycos Network    617-371-1000
Fax: 617-371-1037
Email:
dcloherty@dwyercollora.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Bunis**
Dwyer & Collora, LLP
12th Floor
600 Atlantic Avenue
Boston, MA 02210-2211
617-371-1000
Fax: 617-371-1037
Email: dbunis@dwyercollora.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Joseph Walsh**
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
617-371-1000
Fax: 617-371-1037
*TERMINATED: 08/11/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Zoob-Hill**
Goulston & Storrs
400 Atlantic Ave.
Boston, MA 02110
617-371-1009
Fax: 617-371-1037
Email: rzoob-hill@dwyercollora.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Terra Networks, S.A.**     represented by     **Alexander Angueira**
Stearns, Weaver, Miller, Weissler,
Alhadeff & Sitterson, P.A
Museum Tower
150 West Flagler Street
Suite 2200
Miami, FL 33130
305-789-3200
Fax: 305-789-3395
Email: aangueira@swmwas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Barnett**
Stearns, Weaver, Miller, Weissler,
Alhadeff & Sitterson, P.A
Museum Tower
Suite 2200
150 Flagler Street
Miami, FL 33130
305-789-3200
Fax: 305-789-3395

Email: cbarnett@swmwas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Reardon**
LeBoeuf, Lamb, Greene & MacRae, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-293-3500
Fax: 860-293-3555
Email: jreardon@llgm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G. Rohback**
LeBoeuf, Lamb, Greene & MacRae, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-293-3500
Fax: 860-293-3555
Email: trohback@llgm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

John Doe #2 aka "no_insiders"

**Defendant**

John Doe #5 aka "Henry_Johnson123"

**Defendant**

John Doe #6 aka "quondo1"

**Defendant**

John Doe #7 aka "Tobias95"

**Defendant**

John Doe #8 aka

"CrawleySmith"

**Defendant**

John Doe, #4 aka "065175R"

**Defendant**

Roberto Villasenor, Jr., aka "the_worm06"

**Defendant**

Roberto Villasenor, Jr., aka "the_worm_06A"

**ThirdParty Defendant**

Robert H. Cooper

**ThirdParty Defendant**

Andrew Cunningham

**ThirdParty Defendant**

Does 1 through 8

**ThirdParty Defendant**

Omar Ghaffar

**Counter Claimant**

Roberto Villasenor, Jr., aka "the_worm06"

V.

**Counter Defendant**

Universal Communications Systems, Inc.
*a Nevada Corporation*

**Counter Defendant**

Michael J. Zwebner

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2005 | 54 | Case transferred in from District of Southern District of |

| | | |
|---|---|---|
| | | Florida; Case Number 05-20149., filed by Universal Communications Systems, Inc.. (Attachments: # 1 Docket Sheet)(Elefther, Elizabeth) (Entered: 06/07/2005) |
| 06/06/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Elefther, Elizabeth) (Entered: 06/21/2005) |
| 06/24/2005 | 55 | Judge Nathaniel M. Gorton : Electronic ORDER entered. ORDER REASSIGNING CASE. Case assigned to Judge Gorton in error. Case reassigned to Judge Robert E. Keeton for all further proceedings. Judge Nathaniel M. Gorton no longer assigned to case Counsel are directed to the Court's Standing Orders re: Electronic Case Filing.(Nicewicz, Craig) (Entered: 06/24/2005) |
| 06/27/2005 | 56 | NOTICE of Hearing: Status Conference set for 7/26/2005 02:00 PM before Judge Robert E. Keeton. (Folan, Karen) (Entered: 06/27/2005) |
| 07/11/2005 | 57 | NOTICE of Appearance by James J. Reardon on behalf of Terra Networks, S.A. (Folan, Karen) (Entered: 07/13/2005) |
| 07/19/2005 | 58 | NOTICE of Appearance by Richard B. Kirby on behalf of all plaintiffs (Kirby, Richard) (Entered: 07/19/2005) |
| 07/19/2005 | 59 | NOTICE of Appearance by Matthew P. Zayotti on behalf of all plaintiffs (Zayotti, Matthew) (Entered: 07/19/2005) |
| 07/19/2005 | 60 | MOTION for Leave to Appear Pro Hac Vice by John H. Faro by Universal Communications Systems, Inc., Michael J. Zwebner.(Zayotti, Matthew) (Entered: 07/19/2005) |
| 07/19/2005 | 61 | Certificate of Good Standing *of John H. Faro, Esquire Pursuant to Local Rule 83.5.3(B)* by Universal Communications Systems, Inc., Michael J. Zwebner. (Zayotti, Matthew) (Entered: 07/19/2005) |
| 07/20/2005 | 64 | MOTION for Leave to Appear Pro Hac Vice by Thomas Rohback Filing fee $ 50.00, receipt number 65710. by Terra Networks, S.A..(Folan, Karen) (Entered: 08/08/2005) |
| 07/21/2005 | | Filing fee: $ 50.00, receipt number 65758 regarding pro hac vice motion of John Faro (Folan, Karen) (Entered: 07/25/2005) |
| 07/22/2005 | 62 | MOTION to Withdraw as Attorney by Terra Networks, S.A.. (Folan, Karen) (Entered: 07/25/2005) |

| 07/26/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 60 Motion for Leave to Appear Pro Hac Vice of John Faro. (Folan, Karen) (Entered: 07/26/2005) |
|---|---|---|
| 07/26/2005 | | Clerk's Notes for proceedings held before Judge Robert E. Keeton : Status Conference held on 7/26/2005. (Court Reporter O'Hara.) Colloquy re motion to admit pro hac vice: Court will allow motion conditioned upon record indicating that proper payment is made. Colloquy re motions to dismiss: Counsel for defendant Lycos speaks; plaintiffs' counsel responds based upon amended complaint; counsel for defendant Terra Networks speaks on personal jurisdiction; plaintiffs' counsel responds. Colloquy re status of Terra Networks offices in the United States: Terra Networks' counsel cannot state that Terra has no offices in the United States at this time. Colloquy re all motions: Court will deny all pending motions without prejudice because the record indicates that the parties have not fulfilled the obligation to confer in order to narrow issues. Court instructs the Clerk to remove motions from pending motions list and note that their denial is without prejudice. Colloquy re discovery: Court will not lift the stay on discovery. Court will issue procedural order reciting its findings and orders. Colloquy re status conference: Status conference set for Wednesday, September 28, 2005, at 2:00 p.m. Colloquy re consolidation: Court will not dismiss any complaint at this time. Court orders consolidated proceedings and designates CA No. 05-11127 as the lead case. Colloquy re limited discovery: Court will not rule on request for limited discovery at this time. Colloquy re status conference: Defendants expect to file a consolidated motion to dismiss. Plaintiffs object based on their claim they are entitled to limited discovery. Court indicates that it will hear issues at the status conference. (Leen) (Entered: 07/26/2005) |
| 07/26/2005 | 63 | Judge Robert E. Keeton : PROCEDURAL ORDER entered. "...I order that the two cases be consolidated....a status conference is set for Wednesday, September 28, 2005, at 2:00 p.m."(Folan, Karen) (Entered: 07/27/2005) |
| 08/08/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 64 Motion for Leave to Appear Pro Hac Vice Added Thomas G. Rohback for Terra Networks, S.A. (Folan, Karen) (Entered: 08/08/2005) |
| 08/09/2005 | 65 | NOTICE of Appearance by Rachel Zoob Hill on behalf of |

| | | |
|---|---|---|
| | | Lycos, Inc. (Zoob Hill, Rachel) (Entered: 08/09/2005) |
| 08/09/2005 | 66 | First MOTION to Dismiss *the Complaints* by Lycos, Inc.. (Zoob Hill, Rachel) (Entered: 08/09/2005) |
| 08/09/2005 | 67 | MEMORANDUM in Support re 66 First MOTION to Dismiss *the Complaints* filed by Lycos, Inc.. (Zoob Hill, Rachel) (Entered: 08/09/2005) |
| 08/09/2005 | 68 | First MOTION for Extension of Time to August 15, 2005 to File Motion to Dismiss *the Complaint* by Terra Networks, S.A..(Reardon, James) (Entered: 08/09/2005) |
| 08/11/2005 | 69 | Assented to MOTION to Withdraw as Attorney by Lycos, Inc.. (Walsh, Nicholas) (Entered: 08/11/2005) |
| 08/11/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 69 Motion to Withdraw as Attorney. (Nicewicz, Craig) (Entered: 08/11/2005) |
| 08/16/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 68 Motion for Extension of Time. (Folan, Karen) (Entered: 08/16/2005) |
| 08/16/2005 | 70 | MOTION to Dismiss *the Complaints* by Terra Networks, S.A.. (Reardon, James) (Entered: 08/16/2005) |
| 08/16/2005 | 71 | MEMORANDUM in Support re 70 MOTION to Dismiss *the Complaints* filed by Terra Networks, S.A.. (Reardon, James) (Entered: 08/16/2005) |
| 08/19/2005 | 72 | Opposition re 66 First MOTION to Dismiss *the Complaints* filed by Universal Communications Systems, Inc., Michael J. Zwebner. (Attachments: # 1 Part 2# 2 Part 3)(Folan, Karen) (Entered: 08/22/2005) |
| 08/23/2005 | 73 | NOTICE of Voluntary Dismissal by Universal Communications Systems, Inc., Michael J. Zwebner (Zayotti, Matthew) (Entered: 08/23/2005) |
| 09/01/2005 | 74 | MOTION for Extension of Time to September 14, 2005 to File Opposition to Defendant Terra Networks, S.A.'s Motion to Dismiss *Complaints* by Universal Communications Systems, Inc., Michael J. Zwebner.(Zayotti, Matthew) (Entered: 09/01/2005) |
| 09/14/2005 | 75 | Response in Opposition re 70 MOTION to Dismiss *the Complaints* filed by Universal Communications Systems, Inc., |

| | | |
|---|---|---|
| | | Michael J. Zwebner. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Folan, Karen) Additional attachment(s) added on 9/26/2005 (Folan, Karen). (Entered: 09/19/2005) |
| 09/15/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 74 Motion for Extension of Time. (Folan, Karen) (Entered: 09/15/2005) |
| 09/26/2005 | | ELECTRONIC Notice Resetting Status Conference. Conference RESET for Tuesday, October 11, 2005 at 11:00 a.m. (Karen Folan) (Entered: 09/26/2005) |
| 09/27/2005 | 76 | MOTION for Leave to File *Reply* by Lycos, Inc..(Zoob Hill, Rachel) (Entered: 09/27/2005) |
| 09/27/2005 | 77 | MEMORANDUM in Support re 76 MOTION for Leave to File *Reply* filed by Lycos, Inc.. (Zoob Hill, Rachel) (Entered: 09/27/2005) |
| 09/30/2005 | 80 | Unopposed MOTION to Withdraw as Attorney by Terra Networks, S.A..(Folan, Karen) (Entered: 10/14/2005) |
| 10/06/2005 | | Judge Robert E. Keeton : ElectronicORDER entered granting 76 Motion for Leave to File a reply memorandum in support of Motion to dismiss. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Folan, Karen) (Entered: 10/06/2005) |
| 10/06/2005 | 79 | Opposition re 76 MOTION for Leave to File *Reply* filed by Universal Communications Systems, Inc., Michael J. Zwebner. (Folan, Karen) (Entered: 10/14/2005) |
| 10/11/2005 | 78 | REPLY to Response to Motion re 66 First MOTION to Dismiss *the Complaints* filed by Lycos, Inc.. (Zoob Hill, Rachel) (Entered: 10/11/2005) |
| 10/11/2005 | | ElectronicClerk's Notes for proceedings held before Judge Robert E. Keeton : Status Conference held on 10/11/2005, Motions terminated: Allowing 62 MOTION to Withdraw as Attorney filed by Terra Networks, S.A.,, Allowing 70 MOTION to Dismiss *the Complaints* filed by Terra Networks, S.A.,, Allowing 66 First MOTION to Dismiss *the Complaints* filed by Lycos, Inc.,. Court says it doesn't believe injunction against John Doe Defendants is appropriate at this time. Lycos |

|  |  |  |
|---|---|---|
|  |  | counsel raises question of whether there's still federal jurisdiction over plaintiff v. John Doe, then requests filing of separate and final judgment. Court says this is not appropriate for oral hearing, so parties must file papers requesting further remedies. Parties are to tell court whether they need another meeting date. (Court Reporter Twomey.) (Folan, Karen) (Entered: 10/13/2005) |
| 10/11/2005 |  | Motions terminated: finding as moot 80 MOTION to Withdraw as Attorney filed by Terra Networks, S.A.,. (Folan, Karen) (Entered: 11/08/2005) |
| 10/18/2005 | 81 | MOTION for Leave to File *Amended Complaint* by Universal Communications Systems, Inc..(Zayotti, Matthew) (Entered: 10/18/2005) |
| 10/28/2005 | 82 | Opposition re 81 MOTION for Leave to File *Amended Complaint* filed by Terra Networks, S.A.. (Attachments: # 1 Exhibit Exhibit A)(Rohback, Thomas) (Entered: 10/28/2005) |
| 10/31/2005 | 83 | MOTION for Extension of Time to 3 days after receipt of hearing transcript to Oppose Motion to Amend Complaint by Lycos, Inc..(Zoob Hill, Rachel) (Entered: 10/31/2005) |
| 11/08/2005 | 84 | CERTIFICATE OF CONSULTATION re 83 MOTION for Extension of Time to 3 days after receipt of hearing transcript to Oppose Motion to Amend Complaint *(Revised)* by Rachel Zoob Hill on behalf of Lycos, Inc.. (Zoob Hill, Rachel) (Entered: 11/08/2005) |
| 11/14/2005 | 85 | Opposition re 81 MOTION for Leave to File *Amended Complaint* filed by Lycos, Inc.. (Zoob Hill, Rachel) (Entered: 11/14/2005) |
| 11/18/2005 | 86 | MOTION for Leave to File reply memorandum in support of motion for leave to file amended complaint by Universal Communications Systems, Inc., Michael J. Zwebner. (Attachments: # 1 Exhibit 1# 2 Exhibit 1# 3 Exhibit 1)(Folan, Karen) (Entered: 11/23/2005) |
| 12/14/2005 |  | Judge Robert E. Keeton : Electronic ORDER entered granting 86 Motion for Leave to File reply memorandum in support of motion for leave to file amended complaint. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Folan, Karen) (Entered: |

| | | |
|---|---|---|
| | | 12/14/2005) |
| 12/14/2005 | ● | Judge Robert E. Keeton : Electronic ORDER entered granting 83 Motion for Extension of Time to file opposition to motion to file amended complaint. (Folan, Karen) (Entered: 12/14/2005) |
| 12/19/2005 | 87 | Reply memorandum by Universal Communications Systems, Inc., Michael J. Zwebner in support of 81 MOTION for Leave to File *Amended Complaint*. (Attachments: # 1 Exhibit)(Folan, Karen) (Entered: 12/22/2005) |
| 12/21/2005 | 88 | Judge Robert E. Keeton : MEMORANDUM AND ORDER entered granting in part and denying in part 81 Motion for Leave to File amended complaint. (Folan, Karen) (Entered: 12/22/2005) |
| 12/27/2005 | 89 | MOTION for Clarification re 88 Memorandum and Order by Universal Communications Systems, Inc., Michael J. Zwebner. (Folan, Karen) (Entered: 12/28/2005) |
| 01/04/2006 | 90 | MOTION for Sanctions *pursuant to F.R.C.P.11* by Lycos, Inc..(Zoob Hill, Rachel) Additional attachment(s) added on 1/9/2006 (Folan, Karen). Additional attachment(s) added on 2/7/2006 (Filo, Jennifer). (Entered: 01/04/2006) |
| 01/04/2006 | 91 | MEMORANDUM in Support re 90 MOTION for Sanctions *pursuant to F.R.C.P.11* filed by Lycos, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Zoob Hill, Rachel) (Entered: 01/04/2006) |
| 01/06/2006 | 92 | Opposition re 89 MOTION for Clarification re 88 Order on Motion for Leave to File filed by Lycos, Inc.. (Zoob Hill, Rachel) (Entered: 01/06/2006) |
| 01/06/2006 | 93 | Opposition re 89 MOTION for Clarification re 88 Order on Motion for Leave to File filed by Terra Networks, S.A.. (Reardon, James) (Entered: 01/06/2006) |
| 01/09/2006 | ● | Notice of correction to docket made by Court staff. Correction: document #90 - motion for sanctions corrected because: attached correct document to the entry. (Folan, Karen) (Entered: 01/09/2006) |
| 01/13/2006 | 94 | Unopposed MOTION for Extension of Time to February 6, 2006 to respond to motion for sanctions by Universal Communications Systems, Inc., Michael J. Zwebner.(Folan, |

| | | |
|---|---|---|
| | | Karen) (Entered: 01/19/2006) |
| 01/19/2006 | ● | Judge Robert E. Keeton : Electronic ORDER entered granting 94 Motion for Extension of Time until February 6, 2006 to respond to motion for sanctions. (Folan, Karen) (Entered: 01/19/2006) |
| 02/01/2006 | 95 | Judge Robert E. Keeton: MEMORANDUM AND ORDER entered denying 89 Motion for Clarification (Rule 59) or, Alternatively, Modification (Rule 60) of Order [DE 88] denying the Plaintiffs' Motion for Leave to Amend their Complaint Against Lycos, Inc. & Terra Networks, S.A. [DE 81]. (Filo, Jennifer) (Entered: 02/01/2006) |
| 02/06/2006 | 96 | Second MOTION for Sanctions *pursuant to Fed.R.Civ.P. 11* by Lycos, Inc..(Zoob-Hill, Rachel) (Entered: 02/06/2006) |
| 02/06/2006 | 97 | Opposition re 90 MOTION for Sanctions *pursuant to F.R.C.P.11* filed by Universal Communications Systems, Inc., Michael J. Zwebner. (Attachments: # 1 Exhibit A# 2 Exhibit A1# 3 Exhibit B)(Filo, Jennifer) (Entered: 02/07/2006) |
| 02/13/2006 | 98 | Opposition re 96 Second MOTION for Sanctions *pursuant to Fed.R.Civ.P. 11* filed by Universal Communications Systems, Inc., Michael J. Zwebner. (Filo, Jennifer) (Entered: 02/14/2006) |
| 02/16/2006 | 99 | MOTION for Leave to File *Reply in Support of Motions for Sanctions* by Lycos, Inc.. (Attachments: # 1 Exhibit Proposed Reply in Support of Motion for Sanctions# 2 Exhibit A: Giganti v. Gen-X Stretegies, Inc.# 3 Exhibit B: 11th Circuit Court of Appeals Order of Februrary 14, 2006)(Zoob-Hill, Rachel) (Entered: 02/16/2006) |
| 02/17/2006 | 100 | CERTIFICATE OF CONSULTATION re 99 MOTION for Leave to File *Reply in Support of Motions for Sanctions (Revised)* by Rachel Zoob-Hill on behalf of Lycos, Inc.. (Zoob-Hill, Rachel) (Entered: 02/17/2006) |
| 02/24/2006 | ● | Judge Robert E. Keeton: Electronic ORDER entered granting 99 Motion for Leave to File Reply Brief. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Filo, Jennifer) (Entered: 02/24/2006) |
| 02/24/2006 | 101 | REPLY to Response to Motion re 90 MOTION for Sanctions |

| | | |
|---|---|---|
| | | *pursuant to F.R.C.P.11* filed by Lycos, Inc.. (Attachments: # 1 Exhibit A. Giganti v. Gen-X Strategies# (2) Exhibit B. 11th Circuit Order for Costs and Fees)(Zoob-Hill, Rachel) Additional attachment(s) added on 2/28/2006 (Filo, Jennifer). (Entered: 02/24/2006) |
| 02/27/2006 | 102 | AMENDED COMPLAINT - *Class Action* against John Doe #2 aka "no_insiders", John Doe #5 aka "Henry_Johnson123", John Doe #6 aka "quondo1", John Doe #7 aka "Tobias95", John Doe #8 aka "CrawleySmith", John Doe, #4 aka "065175R", Roberto Villasenor, Jr., aka "the_worm06", Roberto Villasenor, Jr., aka "the_worm_06A", filed by Universal Communications Systems, Inc., Michael J. Zwebner. (Zayotti, Matthew) (Entered: 02/27/2006) |
| 02/27/2006 | 103 | NOTICE by Universal Communications Systems, Inc., Michael J. Zwebner re 102 Amended Complaint,, *of Filing Second Amended Complaint - Class Action* (Zayotti, Matthew) (Entered: 02/27/2006) |
| 02/27/2006 | 104 | MOTION for Entry of Judgment under Rule 54(b) *for Entry of Separate and Final Judgment* by Universal Communications Systems, Inc., Michael J. Zwebner.(Zayotti, Matthew) (Entered: 02/27/2006) |
| 03/03/2006 | | Senior Judge Robert E. Keeton: Electronic ORDER entered dismissing as moot 90 Defendant Lycos Inc.'s Motion for Rule 11 Sanctions Against Plaintiffs and Attorney John Faro, denying 96 Defendant Lycos Inc.'s Second Motion for Rule 11 Sanctions Against Plaintiffs and Attorney John Faro. (Filo, Jennifer) (Entered: 03/06/2006) |
| 03/03/2006 | 105 | Senior Judge Robert E. Keeton: ORDER entered MEMORANDUM AND ORDER.(Filo, Jennifer) (Entered: 03/06/2006) |
| 03/03/2006 | 106 | NOTICE of Filing Second Amended Complaint-Class Action by Universal Communications Systems, Inc., Michael J. Zwebner (Filo, Jennifer) (Entered: 03/09/2006) |
| 03/03/2006 | 107 | THIS DOCUMENT IS A DUPLICATE OF DOCKET ENTRY 102. COUNSEL IS REMINDED TO MARK ANY COPIES SENT TO THE COURT CLEARLY AS "COUTESY COPIES." SECOND AMENDED COMPLAINT-class action against John Doe #2 aka "no_insiders", John Doe #5 aka "Henry_Johnson123", John Doe #6 aka "quondo1", John Doe |

| | | |
|---|---|---|
| | | #7 aka "Tobias95", John Doe #8 aka "CrawleySmith", John Doe, #4 aka "065175R", Roberto Villasenor, Jr., aka "the_worm06", Roberto Villasenor, Jr., aka "the_worm_06A", Lycos, Inc., Terra Networks, S.A., filed by Universal Communications Systems, Inc., Michael J. Zwebner. (Attachments: # 1 Exhibits)(Filo, Jennifer) Modified on 3/30/2006 (Filo, Jennifer). (Entered: 03/09/2006) |
| 03/03/2006 | | Summons Issued as to Roberto Villasenor, Jr., aka "the_worm_06". (Filo, Jennifer) (Entered: 03/09/2006) |
| 03/10/2006 | 108 | Opposition re 104 MOTION for Entry of Judgment under Rule 54(b) *for Entry of Separate and Final Judgment* filed by Lycos, Inc.. (Zoob-Hill, Rachel) (Entered: 03/10/2006) |
| 03/10/2006 | 109 | NOTICE of Filing Amended Certificate of Service by Universal Communications Systems, Inc., Michael J. Zwebner (Attachments: # 1 Exhibit)(Filo, Jennifer) (Entered: 03/16/2006) |
| 03/15/2006 | 110 | MOTION for Leave to File Reply to Lycos' Opposition to Plaintiffs' Motion for Entry of Separate & Final Judgment by Universal Communications Systems, Inc., Michael J. Zwebner. (Attachments: # 1 Proposed Reply Brief)(Filo, Jennifer) (Entered: 03/29/2006) |
| 03/30/2006 | 111 | AFFIDAVIT OF SERVICE Executed by Universal Communications Systems, Inc., Michael J. Zwebner. Roberto Villasenor, Jr., aka "the_worm06" served on 3/16/2006, answer due 4/5/2006; Roberto Villasenor, Jr., aka "the_worm_06A" served on 3/16/2006, answer due 4/5/2006. Acknowledgement filed by Universal Communications Systems, Inc.; Michael J. Zwebner. (Zayotti, Matthew) (Entered: 03/30/2006) |
| 04/05/2006 | | Senior Judge Robert E. Keeton: Electronic ORDER entered granting 110 Motion for Leave to File Reply to Lycos' Opposition to Plaintiffs' Motion for Entry of Separate & Final Judgment. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Filo, Jennifer) (Entered: 04/05/2006) |
| 04/06/2006 | 112 | ANSWER to Amended Complaint, THIRD PARTY COMPLAINT against Robert H. Cooper, Andrew Cunningham, Does 1 through 8, Omar Ghaffar, |

| | | |
|---|---|---|
| | | COUNTERCLAIM against Universal Communications Systems, Inc., Michael J. Zwebner by Roberto Villasenor, Jr. (Filo, Jennifer) (Entered: 04/14/2006) |
| 04/10/2006 | 113 | CERTIFICATE OF SERVICE by Universal Communications Systems, Inc., Michael J. Zwebner re 108 Opposition to Motion. (Filo, Jennifer) (Entered: 04/14/2006) |
| 04/12/2006 | 114 | FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS AND THIRD-PARTY CLAIMS to 102 Amended Complaint, by Roberto Villasenor, Jr. (Filo, Jennifer) (Entered: 04/14/2006) |
| 04/13/2006 | 115 | Letter/request (non-motion) from Roberto Villasenor re: Third-Party Summons. (Filo, Jennifer) (Entered: 04/14/2006) |
| 04/18/2006 | 116 | Senior Judge Robert E. Keeton: MEMORANDUM AND ORDER entered denying 104 Plaintiffs' Motion for Entry of Separate and Final Judgment.(Filo, Jennifer) (Entered: 04/19/2006) |
| 04/18/2006 | 117 | Senior Judge Robert E. Keeton: FINAL JUDGMENT entered. (Filo, Jennifer) (Entered: 04/19/2006) |
| 04/20/2006 | 118 | ANSWER to Counterclaim by Universal Communications Systems, Inc., Michael J. Zwebner.(Patch, Christine) (Entered: 04/28/2006) |
| 05/10/2006 | 119 | TRANSCRIPT of Motion Hearing held on October 11, 2005 before Judge Keeton. Court Reporter: Judith A. Twomey. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/10/2006) |
| 05/16/2006 | 120 | NOTICE OF APPEAL as to 117 Judgment by Universal Communications Systems, Inc., Michael J. Zwebner. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/5/2006. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three# 4 Exhibit Four# 5 Exhibit Five# 6 Exhibit Six)(Filo, Jennifer) (Entered: 05/18/2006) |