*CA: 05-1172*
*J Kesh*

# United States Court of Appeals
## For the First Circuit

No. 06-1826

**MANDATE**

UNIVERSAL COMMUNICATION SYSTEMS, INC.;
MICHAEL J. ZWEBNER,

Plaintiffs, Appellants,

v.

LYCOS, INC., D/B/A LYCOS NETWORK; TERRA NETWORKS, S.A.;
ROBERTO VILLASENOR, JR., A/K/A the-worm06; JOHN DOE #2,
A/K/A no-insiders; ROBERTO VILLASENOR, JR.,
A/K/A the-worm06A; JOHN DOE #4, A/K/A 65175R; JOHN DOE #5,
A/K/A Henry-Johnson123; JOHN DOE #6, A/K/A quondo1;
JOHN DOE #7, A/K/A Tobias95; JOHN DOE #8, A/K/A CrawleySmith,

Defendants, Appellees.

ROBERT H. COOPER; ANDREW CUNNINGHAM; DOES 1 THROUGH 8;
OMAR GHAFFAR,

Third-Party Defendants.

## JUDGMENT

Entered: February 23, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of all claims is affirmed. Costs are awarded to appellees.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Deputy Clerk

**Date:** MAR 1 6 2007

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Faro, Mr. Kirby, Mr. Zayotti, Mr. Cloherty, Mr. Bunis, Ms. Zoob-Hill, Mr. Anqueira, Mr. Barnett, Mr. Reardon, Mr. Rohback, & Mr. Villasenor. ]