*05-11172*
*J. Keeton*

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 06-1826

UNIVERSAL COMMUNICATION SYSTEMS, INC., a Nevada Corporation;
MICHAEL J. ZWEBNER, individually & others similarly situated,

Plaintiffs - Appellants,

v.

LYCOS, INC., d/b/a Lycos Network; TERRA NETWORKS, S.A. a Spanish Company with its USA Offices in Miami Dade County, Florida; JOHN DOE #2, a/k/a no-insiders,; JOHN DOE #5, a/k/a Henry-Johnson123; JOHN DOE #6, a/k/a quondo1; JOHN DOE #7, a/k/a Tobias95; JOHN DOE #8, a/k/a CrawleySmith; JOHN DOE #4, a/k/a 65175R;
ROBERTO VILLASENOR, JR., a/k/a the-worm06;
ROBERTO VILLASENOR, JR., a/k/a the-worm06A

Defendants - Appellees,

ROBERT H. COOPER; ANDREW CUNNINGHAM; DOES 1 THROUGH 8; OMAR GHAFFAR,

Third Party - Defendants.

TAXATION OF COSTS

Entered: April 30, 2007
Pursuant to 1st Cir. R. 27(d)

Costs in favor of appellee, Lycos, Inc. are taxed as follows:

Reproduction of appellee's brief:
[(80 pages x $0.10 per page) + $0.20 per cover and $3.50 binding] x 17 copies = $202.30

**TOTAL:**             $202.30

Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation of costs to the mandate issued on March 16, 2007.

By the Court:

Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
　　　Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 4/30/7

[Cert. cc: Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Faro, Kirby, Zayotti, Cloherty, Bunis, Angueira, Barnett, Reardon, Rohback, Villasenor and Ms. Zoob-Hill